AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. ___05 - 524___

# ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___2___ COPIES OF AO FORM 85.

JUL 2 2 2005                    Joseph E. Bartok
(Date forms issued)             (Signature of Party or their Representative)

                                JOSEPH E. BARTOK
                                (Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action