AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

Richard Wilcoxon,
   V.   Plaintiff,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-524

Red Clay Consolidated School District
and Janay Freebery,
       Defendant.

TO: (Name and address of Defendant)

    Red Clay Consolidated School District
    c/o Dr. Robert J. Adnrzekewski, Superintendent
    2916 Duncan Road
    Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Jeffrey K. Martin, Esquire (#2407)
    Timothy J. Wilson, Esquire
    Margolis Edelstein
    1509 Gilpin Avenue
    Wilmington, Delaware 19806
    302-777-4680

an answer to the complaint which is served on you with this summons, within __TWENTY (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO              JUL 2 2 2005

CLERK              DATE

_Evette Walz_ (signature)

(By) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 7/25/05 |
| NAME OF SERVER (PRINT) DENORRIS BRITT | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: RED CLAY CONSOLIDATED SCHOOL DISTRICT AT 2916 DUNCAN RD. WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY SONDRA ALEXANDER.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/25/05
                  Date

Signature of Server
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.