IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD WILCOXON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-524 |
| | ) |
| RED CLAY CONSOLIDATED SCHOOL | ) |
| DISTRICT, and JANAY FREEBERY, | ) |
| | ) |
| Defendants. | ) |

ENTRY OF APPEARANCE

PLEASE ENTER the appearance of the undersigned counsel as attorney for Defendants Red Clay Consolidated School District and Janay Freebery.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ Barry M. Willoughby_
Barry M. Willoughby, Esquire (No. 1016)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6666
Facsimile: (302) 576-3345
Email: bwilloughby@ycst.com
Attorney for Defendants,
Red Clay Consolidated School District, et al.

Dated: August 4, 2005

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2005, I electronically filed a true and correct copy of the foregoing Entry of Appearance with the Clerk of the Court using CM/ECF. A copy of such Entry of Appearance was mailed, First Class Mail, postage prepaid to the following person:

>Jeffrey K. Martin, Esquire
>Margolis Edelstein
>1509 Gilpin Avenue
>Wilmington, DE 19806

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>_____
>Barry M. Willoughby, Esquire (No. 1016)
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE 19899-0391
>Telephone: (302) 571-6666
>Facsimile: (302) 576-3345
>Email: bwilloughby@ycst.com
>Attorney for Defendants

Dated: August 4, 2005