IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD WILCOXON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-524 |
| | ) |
| RED CLAY CONSOLIDATED SCHOOL | ) |
| DISTRICT, and JANAY FREEBERY, | ) |
| | ) |
| Defendants. | ) |

STIPULATION

The parties, by and through the undersigned counsel hereby stipulate and agree, subject to the approval of the Court, that the time for filing of Defendants' Answer or other responsive pleading is hereby extended to September 15, 2005.

MARGOLIS EDELSTEIN

_/s/ Jeffrey K. Martin_
Jeffrey K. Martin, Esquire (ID #2407)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680; (302) 777-4682
E-mail: jmartin@margolisedelstein.com
Attorney for Plaintiff,
Richard Wilcoxon

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

_/s/ Barry M. Willoughby_
Barry M. Willoughby, Esquire (ID #1016)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6666; (302) 576-3345
E-mail: bwilloughby@ycst.com
Attorney for Defendants,
Red Clay Consolidated School District, et al.

SO ORDERED this _____ day of _____, 2005.

_____
United States District Judge