# EXHIBIT B



**RED CLAY CONSOLIDATED SCHOOL DISTRICT**

Robert J. Andrzejewski, Ed.D.
*Chief Executive Officer*

Administrative Offices
2916 Duncan Road
Wilmington, DE 19808

SKYLINE
MIDDLE SCHOOL
2900 Skyline Drive
Wilmington, Delaware 19808

(302) 454-3410
Fax (302) 454-3541

Nick T. Manolakos, Ed.D.
*Principal*

Janet Basara
*Assistant Principal*

To: Rich Wilcoxon
From: Janet Basara
Date: January 22, 2004
RE: Substitute Plans

You took three personal days on January 14, 15, and, 16. The plans you left for your substitute were completely inadequate (see attached). In addition, you did not leave a class list or bell schedule for your substitute to follow. This caused hardship for Mr. Rumford and me as we tried to assist your substitute. This is unacceptable, especially since you knew you would be absent.

This is not the first time this has happened. In December, you were out sick and did not leave class lists or a bell schedule. That day, your lack of responsibility caused Mr. Rumford and Ms. Freebery to disrupt their schedules to assist your substitute. At that time, I informed you of the problem and told you that it was unacceptable.

In addition, you were absent requesting sick time January 20 and 21 following three personal days. You had no emergency plans available because those plans were used in December when you were absent without substitute plans. Your emergency plans were not replaced.

Not having emergency plans is unacceptable. In September, you were directed to prepare three days of emergency plans. You are to update your file by Monday, January 26, 2004 with three days of lesson plans for an unexpected absence. Furthermore, it is your responsibility to continually updated them once they are used or become outdated and an current class list and bell schedule must be included.

_____        1/22/02
Signature acknowledges receipt, not necessarily agreement    Date

The Red Clay Consolidated School District does not discriminate on the basis of race, color, national origin, religion, sex, age or disability in its programs, activities or employment practices as required by Title VI, Title IX and Section 504. The district coordinator of compliance is: Administrator of Human Resources Development. RCCSD 2916 Duncan Road Wilmington DE 19808 (302) 683-6662.

Wed 1/14  Basketball shoot around
- Balls are in cage in supply closet

Thurs 1/5  Repeat wed

Fri 1/6  Scooter team handball
- 3 on 3 — 1st team that scores stays on
- make goals out of large cones
- students must pass the ball across half court otherwise turnover
- can't score from own side
- a goal is when the ball hits the cones between the cones

If this is too hard or not going well, you can shoot around instead

I almost forgot. Each morning you have 2 duties. From 7:30 to 7:45 you need to be in the gym with student leaders. 2 of these students put up the flag. From 7:50-8:15 you have a reading group in the Multi. The students books are under the tv in this room.

Dear Sub,

Thank you for your assistance. If any of the kids give you any problems, please leave a note about them. I am leaving you both TOR slips (to get a student out of the room if they are a problem) and SBR forms (If behavior is so bad you feel an administrator needs to see the student ie fighting). Also I have left a note on the locker room door telling students to report directly to the gym. Students are to put their books on the bleachers next to the doors. The students have been told to wear sneakers in order to participate. If you have any questions, please see Mr Rumford in the main office or Ms. Freebery, the female PE Teacher. The lesson plans are on the bottom of this and the next page. To take attendance, have the students sign in on the pages of this pad. Thank you again.

Richard Wilcoxon

All equipment needed is in storage closet on the left under the table.