# EXHIBIT C

HR



RED CLAY CONSOLIDATED
SCHOOL DISTRICT

Robert J. Andrzejewski, Ed.D.
Chief Executive Officer

Administrative Offices
2916 Duncan Road
Wilmington, DE 19808


SKYLINE
MIDDLE SCHOOL
2900 Skyline Drive
Wilmington, Delaware 19808

(302) 454-3410
Fax (302) 454-3541

Nick T. Manolakos, Ed.D
Principal

Janet Basara
Assistant Principal

To: Rich Wilcoxon
From: Janet Basara
Date: January 20, 2004   1/22/04
RE: Bus sign up

In order to have enough busses to accommodate all of the after school students, it is critical that you sign up each day you keep students after school for activities. You have forgotten several times. I am requesting that you to make signing up for busses a regular part of your daily routine for the safety of the students who need to ride the busses home.


_____    1/22/04
Signature acknowledges receipt, not necessarily agreement    Date

The Red Clay Consolidated School District does not discriminate on the basis of race, color, national origin, religion, sex, age, or disability in its programs, activities or employment practices as required by Title VI, Title IX and Section 504. The district coordinator of compliance is: Administrator of Human Resources Development, RCCSD, 2916 Duncan Road, Wilmington, DE 19808 (302) 683-6662.