IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD WILCOXON )<br><br>    Plaintiff, )<br>)<br>v. )<br>)<br>RED CLAY CONSOLIDATED SCHOOL )<br>DISTRICT BOARD OF EDUCATION )<br>and JANAY FREEBERY, )<br>)<br>    Defendants. | C.A. No. 05-00524 - KAJ<br><br>TRIAL BY JURY DEMANDED |

## MOTION TO DISMISS AND/OR
## FOR JUDGMENT ON THE PLEADINGS

Defendants, by and through their undersigned counsel, hereby move to dismiss and/or for judgment on the pleadings on Counts III, IV, V, and VI of Plaintiff's Complaint for reasons more fully set forth in Defendants' Supporting Brief to be filed in accordance with the Stipulation for briefing of this Motion.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ B_____
Barry M. Willoughby, Esquire (No. 1016)
Michael P. Stafford, Esquire (No. 4461)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6666; (302) 576-3345
bwilloughby@ycst.com; mstafford@ycst.com
Attorneys for Defendants

Dated: September 15, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on September 15th, 2005, I electronically filed a true and correct copy of the foregoing Motion to Dismiss And/Or For Judgment On the Pleadings, with the Clerk of the Court using CM/ECF, and further caused a copy of same to be served by first class mail on the following counsel of record:

>Jeffrey K. Martin, Esquire
>Timothy Wilson, Esquire
>Margolis Edelstein
>1509 Gilpin Avenue
>Wilmington, DE 19801


>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>/s/ B_____
>Barry M. Willoughby, Esquire (No. 1016)
>Michael P. Stafford, Esquire (No. 4461)
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, Delaware  19899-0391
>(302) 571-6666; (302) 576-3345
>bwilloughby@ycst.com, mstafford@ycst.com
>Attorneys for Defendants

Dated: September 15, 2005