IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD WILCOXON, <br><br> Plaintiff, <br><br> v. <br><br> RED CLAY CONSOLIDATED SCHOOL DISTRICT BOARD OF EDUCATION and JANAY FREEBERY, <br><br> Defendants. | ) <br> ) <br> ) <br> ) C.A. No. 05-00524 - KAJ <br> ) <br> ) TRIAL BY JURY DEMANDED <br> ) <br> ) <br> ) <br> ) |

STIPULATION

The parties, by and their the undersigned counsel, hereby stipulate and agree that briefing on Defendants' Motion to Dismiss proceed on the following schedule:

Defendants' Opening Brief on or before October 31, 2005;

Plaintiff's Answering Brief on or before December 9, 2005;

Defendants' Reply Brief on or before December 23, 2005.

| MARGOLIS EDELSTEIN | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Jeffrey K. Martin | /s/ Barry M. Willoughby |
| Jeffrey K. Martin, Esquire (No. 2407) <br> Timothy Wilson, Esquire (No. 4323) <br> 1509 Gilpin Avenue <br> Wilmington, DE 19801 <br> (302) 777-4680; (302) 777-4682 <br> jmartin@margolisedelstein.com <br> Attorneys for Plaintiff | Barry M. Willoughby, Esquire (No. 1016) <br> Michael P. Stafford, Esquire (No. 4461) <br> The Brandywine Building <br> Wilmington, DE 19806 <br> 1000 West Street, P.O. Box 391 <br> (302) 571-6666; (302) 576-3345 <br> bwilloughby@ycst.com; mstafford@ycst.com <br> Attorneys for Defendants |

SO ORDERED this _____ day of _____, 2005.

_____
The Honorable Kent A. Jordan