# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

CHAMBERS OF
KENT A. JORDAN
DISTRICT JUDGE

LOCKBOX 10
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

October 19, 2005

Jeffrey K. Martin, Esq.
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE   19806

Barry M. Willoughby, Esq.
Young, Conaway, Stargatt & Taylor
1000 West Street - 17th Fl.
Wilmington, DE   19801

Re:    Richard Wilcoxon v. Red Clay Consolidated School Dist., et al.
       Civil Action No. 05-524-KAJ

Dear Counsel:

I have been assigned the captioned case and enclose for your consideration a form of Scheduling Order. Please confer and jointly call my secretary within ten days of the date of this letter to schedule a telephone conference to discuss dates you recommend be adopted in the Order.

Very truly yours,

Kent A. Jordan

KAJ:cas
Enclosure
cc:    Clerk of the Court