IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD WILCOXON,<br><br>    Plaintiff,<br><br>v.<br><br>RED CLAY CONSOLIDATED SCHOOL DISTRICT BOARD OF EDUCATION and JANAY FREEBERY,<br><br>    Defendants. | )<br>)<br>)<br>)  C.A. No. 05-00524 - KAJ<br>)<br>)  TRIAL BY JURY DEMANDED<br>)<br>)<br>)<br>)<br>) |

## STIPULATION

The parties, by and through the undersigned counsel, hereby stipulate and agree that briefing on Defendants' Motion to Dismiss and/or for Judgment on the Pleadings shall proceed on the following schedule:

    Defendants' Opening Brief on or before December 9, 2005;

    Plaintiff's Answering Brief on or before January 13, 2006;

    Defendants' Reply Brief on or before January 25, 2006.

| MARGOLIS EDELSTEIN | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Jeffrey K. Martin | /s/ Barry M. Willoughby |
| Jeffrey K. Martin, Esquire (No. 2407)<br>Timothy Wilson, Esquire (No. 4323)<br>1509 Gilpin Avenue<br>Wilmington, DE 19801<br>(302) 777-4680; (302) 777-4682<br>jmartin@margolisedelstein.com<br>Attorneys for Plaintiff | Barry M. Willoughby, Esquire (No. 1016)<br>Michael P. Stafford, Esquire (No. 4461)<br>The Brandywine Building<br>Wilmington, DE 19806<br>1000 West Street, P.O. Box 391<br>(302) 571-6666; (302) 576-3345<br>bwilloughby@ycst.com; mstafford@ycst.com<br>Attorneys for Defendants |

    SO ORDERED this _____ day of _____, 2005.

                                            _____
                                            The Honorable Kent A. Jordan

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2005, I electronically filed a true and correct copy of the foregoing Stipulation Re: Briefing Schedule with the Clerk of the Court using CM/ECF, which will send notification of such to the following counsel of record, and further that I caused a copy of same to be served by hand-delivery on the following counsel of record:

> Jeffrey K. Martin, Esquire
> Margolis Edelstein
> 1509 Gilpin Avenue
> Wilmington, DE 19806

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/

Barry M. Willoughby, Esquire (No. 1016)
Michael P. Stafford, Esquire (No. 4461)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6666, 6553
Facsimile: (302) 576-3345, 3470
Email: bwilloughby@ycst.com; mstafford@ycst.com
Attorneys for Defendants

Dated: October 25, 2005