

ATTORNEYS AT LAW
www.margolisedelstein.com

**DELAWARE OFFICE:**
**1509 GILPIN AVENUE**
**WILMINGTON, DE 19806**
**302-777-4680**
**FAX 302-777-4682**

TIMOTHY J. WILSON, ESQUIRE
twilson@margolisedelstein.com

PHILADELPHIA OFFICE:*
THE CURTIS CENTER, 4TH FLOOR
601 WALNUT STREET
INDEPENDENCE SQUARE WEST
PHILADELPHIA, PA 19106-3304
215-922-1100
FAX 215-922-1772

HARRISBURG OFFICE:*
3510 TRINDLE ROAD
CAMP HILL, PA 17011
717-975-8114
FAX 717-975-8124

PITTSBURGH OFFICE:
310 GRANT STREET
THE GRANT BUILDING, SUITE 1500
PITTSBURGH, PA 15219
412-281-4256
FAX 412-642-2380

SCRANTON OFFICE:
THE OPPENHEIM BUILDING
409 LACKAWANNA AVENUE
SUITE 3C
SCRANTON, PA 18503
570-342-4231
FAX 570-342-4841

SOUTH NEW JERSEY OFFICE:*
SENTRY OFFICE PLAZA
216 HADDON AVENUE, 2ND FLOOR
P.O. BOX 92222
WESTMONT, NJ 08108
856-858-7200
FAX 856-858-1017

NORTH NEW JERSEY OFFICE:
CONNELL CORPORATE CENTER
THREE CONNELL DRIVE
SUITE 6200
BERKELEY HEIGHTS, NJ 07922
908-790-1401
FAX 908-790-1486

* MEMBER OF THE HARMONIE GROUP

November 8, 2005

The Honorable Kent A. Jordan
U.S. District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 10
Wilmington, DE 19801

    RE: **Wilcoxon v. Red Clay Consolidated School District**
           **C.A. No. 05-524 (KAJ)**

Dear Judge Jordan:

    Counsel has conferred and is submitting the Proposed Scheduling Order for your review before the teleconference with you, scheduled for November 14, 2005.

    Should you have any questions, please do not hesitate to contact us.

Respectfully submitted,

TIMOTHY J. WILSON

TJW:cab

CC: Clerk of the Court
     Barry M. Willoughby, Esquire
     Michael P. Stafford, Esquire