IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD WILCOXON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RED CLAY CONSOLIDATED )<br>SCHOOL DISTRICT BOARD OF )<br>EDUCATION, and JANAY FREEBERY, )<br>)<br>Defendants. ) | C.A. No.05-524 (KAJ)<br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF SERVICE

I, Timothy J. Wilson, do hereby certify that on December 13, 2005, I electronically filed ***Plaintiff's Pre-Discovery Disclosures*** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Barry M. Willoughby, Esquire
Michael P. Stafford, Esquire
The Brandywine Building
1000 West Street, P.O. Box 391
Wilmington, DE 19806

MARGOLIS EDELSTEIN

_____
Timothy J. Wilson, Esquire (DE #4323)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
(302) 777-4682 fax
twilson@margolisedelstein.com
*Attorney for Plaintiff*