IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD WILCOXON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No.05-524 (SLR) ) ) JURY TRIAL DEMANDED |
| RED CLAY CONSOLIDATED SCHOOL DISTRICT BOARD OF EDUCATION, and JANAY FREEBERY, | ) ) ) ) |
| Defendants. | ) ) |

### STIPULATION FOR EXTENSION OF TIME

The parties, by and through their attorneys, hereby stipulate and agree to an extension for Plaintiff to file their Answering Brief. The brief will be filed on or before January 30, 2006. The Defendant's reply brief will be due on or before February 15, 2006.

MARGOLIS EDELSTEIN

_____
Timothy J. Wilson, Esquire (ID # 4323)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
*Attorney for Defendant*

Dated: 10 JANUARY 2006

YOUNG CONAWAY STARGATT & TAYLOR

_____
Michael P. Stafford, Esquire (ID # 4461)
The Brandywine Building
1000 West Street, P.O. Box 391
Wilmington, DE 19806
(302) 571-6553
*Attorney for Plaintiff*

Dated:

SO ORDERED this _____ day of January, 2006.

_____
The Honorable Sue L. Robinson