## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD WILCOXON, )<br><br>Plaintiff, )<br><br>v. )<br><br>RED CLAY CONSOLIDATED )<br>SCHOOL DISTRICT BOARD OF )<br>EDUCATION, and JANAY FREEBERY, )<br><br>Defendants. ) | C.A. No.05-524 (SLR)<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION FOR EXTENSION OF TIME

The parties, by and through their attorneys, hereby stipulate and agree to an extension for Plaintiff to file their Answering Brief. The brief will be filed on or before February 10, 2006. Defendant's Reply Brief will be due on or before February 25, 2006.

MARGOLIS EDELSTEIN
TAYLOR

_____
Timothy J. Wilson, Esquire (ID # 4323)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
*Attorney for Defendant*

Dated: January 27, 2006

YOUNG CONAWAY STARGATT &

_____
Michael P. Stafford, Esquire (ID # 4461)
The Brandywine Building
1000 West Street, P.O. Box 391
Wilmington, DE 19806
(302) 571-6553
*Attorney for Plaintiff*

Dated: January 27, 2006

SO ORDERED this _____ day of January, 2006.

_____
The Honorable Sue L. Robinson