IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD WILCOXON,<br><br>      Plaintiff,<br><br>v.<br><br>RED CLAY CONSOLIDATED SCHOOL<br>DISTRICT BOARD OF EDUCATION<br>and JANAY FREEBERY,<br><br>      Defendants. | )<br>)<br>)<br>)  C.A. No. 05-00524 - SLR<br>)<br>)  TRIAL BY JURY DEMANDED<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I, Barry M. Willoughby, Esquire, hereby certify that on January 27, 2006, two copies of Defendant's First Set of Interrogatories Directed to Plaintiff were mailed, postage prepaid, via First Class Mail, to the following counsel of record:

Jeffrey K. Martin, Esquire
Timothy James Wilson, Esquire
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ B_____

Barry M. Willoughby, Esquire (No. 1016)
Michael P. Stafford, Esquire (No. 4461)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19879-0391
Telephone: (302) 571-6666; 6553
Facsimile: (302) 576-3345; 3470
bwilloughby@ycst.com; mstafford@ycst.com
Attorneys for Defendant,
Red Clay Consolidated School District

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2006, I electronically filed a true and correct copy of the foregoing Notice of Service and Certificate of Service of Defendants' First Set of Interrogatories Directed to Plaintiff with the Clerk of the Court using CM/ECF, which will send notification of such to the following counsel of record, and further that I caused a copy of same to be delivered to the following counsel of record:

        Jeffrey K. Martin, Esquire
        Timothy James Wilson, Esquire
        Margolis Edelstein
        1509 Gilpin Avenue
        Wilmington, DE 19806

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        /s/ B—
        Barry M. Willoughby, Esquire (No. 1016)
        Michael P. Stafford, Esquire (No. 4461)
        The Brandywine Building
        1000 West Street, 17th Floor
        P.O. Box 391
        Wilmington, Delaware 19899-0391
        Telephone: (302) 571-6666, 6553
        Facsimile: (302) 576-3345, 3470
        Email: bwilloughby@ycst.com; mstafford@ycst.com
        Attorneys for Defendants