IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD WILCOXON<br><br>　　　Plaintiff,<br><br>v.<br><br>RED CLAY CONSOLIDATED SCHOOL<br>DISTRICT BOARD OF EDUCATION<br>and JANAY FREEBERY,<br><br>　　　Defendants. | )<br>)<br>)<br>) C.A. No. 05-00524 - SLR<br>)<br>)<br>) TRIAL BY JURY DEMANDED<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I, Barry M. Willoughby, Esquire, hereby certify that on January 27, 2006, two copies of Defendant's First Request for Production of Documents were mailed, postage prepaid, via First Class Mail, to the following counsel of record:

        Jeffrey K. Martin, Esquire
        Timothy James Wilson, Esquire
        Margolis Edelstein
        1509 Gilpin Avenue
        Wilmington, DE 19806

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        /s/ B_____
        Barry M. Willoughby, Esquire (No. 1016)
        Michael P. Stafford, Esquire (No. 4461)
        The Brandywine Building
        1000 West Street, 17th Floor
        P.O. Box 391
        Wilmington, Delaware 19879-0391
        Telephone: (302) 571-6666; 6553
        Facsimile: (302) 576-3345; 3470
        bwilloughby@ycst.com; mstafford@ycst.com
        Attorneys for Defendant,
        Red Clay Consolidated School District

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2006, I electronically filed a true and correct copy of the foregoing Notice of Service and Certificate of Service of Defendants' First Request for Production of Documents Directed to Plaintiff with the Clerk of the Court using CM/ECF, which will send notification of such to the following counsel of record, and further that I caused a copy of same to be delivered to the following counsel of record:

> Jeffrey K. Martin, Esquire
> Timothy James Wilson, Esquire
> Margolis Edelstein
> 1509 Gilpin Avenue
> Wilmington, DE 19806

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/
> _____
> Barry M. Willoughby, Esquire (No. 1016)
> Michael P. Stafford, Esquire (No. 4461)
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, Delaware 19899-0391
> Telephone: (302) 571-6666, 6553
> Facsimile: (302) 576-3345, 3470
> Email: bwilloughby@ycst.com; mstafford@ycst.com
> Attorneys for Defendants