IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD WILCOXON, )<br>          Plaintiff, )<br>           )<br>   v. )<br>           )<br>RED CLAY CONSOLIDATED SCHOOL )<br>DISTRICT BOARD OF EDUCATION, )<br>and, JANAY FREEBERY, )<br>          Defendants. ) | C.A. No. 05-524-SLR<br><br>**TRIAL BY JURY DEMANDED** |

**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME**
**FOR DEFENDANTS' TO FILE THEIR REPLY BRIEF**

The parties hereby stipulate, subject to approval of the Court, to extend Defendants' Reply Brief due date to February 28, 2006.

          YOUNG CONAWAY STARGATT & TAYLOR, LLP

          /s/ Michael P. Stafford
          Michael P. Stafford, Esquire (Bar I.D. 4461)
          The Brandywine Building, 17th Floor
          1000 West Street, P.O. Box 391
          Wilmington, Delaware 19899-0391
          Telephone: (302) 571-6553
          Facsimile: (302) 576-3470
          Email: mstafford@ycst.com
          Attorneys for Defendants

          MARGOLIS EDELSTEIN

          /s/ Timothy J. Wilson
          Timothy J. Wilson, Esquire (Bar I.D. 4323)
          1509 Gilpin Avenue
          Wilmington, DE 19806
          Telephone: (302) 777-4680
          Facsimile: (302) 777-4682
          Email: twilson@margolisedelstein.com
          Attorneys for Plaintiff

    IT IS SO ORDERED this _____ day of _____, 2006.

          _____
          Chief Judge Sue L. Robinson