IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD WILCOXON, ) | |
|       Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | C.A. No. 05-524-SLR |
| RED CLAY CONSOLIDATED SCHOOL ) | |
| DISTRICT BOARD OF EDUCATION, and, ) | |
| JANAY FREEBERY, ) | **TRIAL BY JURY DEMANDED** |
| ) | |
|       Defendants. ) | |

<u>NOTICE OF DEPOSITION</u>

TO:    Jeffrey K. Martin, Esquire
           Timothy James Wilson, Esquire
           Margolis Edelstein
           1509 Gilpin Avenue
           Wilmington, DE 19806

       PLEASE TAKE NOTICE that the undersigned will take the oral deposition of Richard Wilcoxon on Wednesday, March 22, 2006, beginning at 9:00 a.m., and continuing thereafter from hour to hour and day to day until completion. The deposition will be held in the law offices of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, DE 19801.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Barry M. Willoughby*

Barry M. Willoughby, Esquire (No. 1016)
Michael P. Stafford, Esquire (No. 4461)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6666; (302) 576-3345
bwilloughby@ycst.com; mstafford@ycst.com
Attorneys for Defendants

Dated: February 16, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2006, I electronically filed a true and correct copy of the foregoing Notice of Deposition with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record, and I further certify that a copy of such Notice of Deposition was sent via First Class Mail, postage prepaid, to:

>Jeffrey K. Martin, Esquire
>Timothy James Wilson, Esquire
>Margolis Edelstein
>1509 Gilpin Avenue
>Wilmington, DE 19806

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>_____
>Barry M. Willoughby, Esquire (No. 1016)
>Michael P. Stafford, Esquire (No. 4461)
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, Delaware 19899-0391
>(302) 571-6666; (302) 576-3345
>bwilloughby@ycst.com; mstafford@ycst.com
>Attorneys for Defendants

Dated: February 16, 2006