IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD WILCOXON, )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>RED CLAY CONSOLIDATED SCHOOL )<br>DISTRICT BOARD OF EDUCATION, )<br>and, JANAY FREEBERY, )<br>)<br>        Defendants. ) | C.A. No. 05-524-SLR<br><br>**TRIAL BY JURY DEMANDED** |

**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME**
**FOR DEFENDANTS' TO FILE THEIR REPLY BRIEF**

The parties hereby stipulate, subject to approval of the Court, to extend Defendants' Reply Brief due date to March 6, 2006.

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        /s/ Michael P. Stafford
        Michael P. Stafford, Esquire (Bar I.D. 4461)
        The Brandywine Building, 17th Floor
        1000 West Street, P.O. Box 391
        Wilmington, Delaware 19899-0391
        Telephone: (302) 571-6553
        Facsimile: (302) 576-3470
        Email: mstafford@ycst.com
        Attorneys for Defendants

        MARGOLIS EDELSTEIN

        /s/ Timothy J. Wilson
        Timothy J. Wilson, Esquire (Bar I.D. 4323)
        1509 Gilpin Avenue
        Wilmington, DE 19806
        Telephone: (302) 777-4680
        Facsimile: (302) 777-4682
        Email: twilson@margolisedelstein.com
        Attorneys for Plaintiff

IT IS SO ORDERED this _____ day of _____, 2006.

_____
Chief Judge Sue L. Robinson