IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD T. WILCOXON )<br>)<br>Plaintiff, )<br>) C.A. No. 05-00524 - SLR<br>v. )<br>) TRIAL BY JURY DEMANDED<br>RED CLAY CONSOLIDATED SCHOOL )<br>DISTRICT BOARD OF EDUCATION )<br>and JANAY FREEBERY, )<br>)<br>Defendants. ) | |

## NOTICE OF SERVICE

I, Timothy J. Wilson, the undersigned Counsel for Plaintiff in the above-captioned case, hereby certifies that two true and correct copies of *Plaintiff's Answers to Defendant's First Request for Production of Documents* were served on March 8, 2006 to the following:

Barry M. Willoughby, Esq.
Michael P. Stafford, Esq.
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

MARGOLIS EDELSTEIN

Timothy J. Wilson, Esquire (DE #4323)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
(302) 777-4682 facsimile
twilson@margolisedelstein.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD WILCOXON | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 05-00524 - SLR |
| v. | ) |
| | ) TRIAL BY JURY DEMANDED |
| RED CLAY CONSOLIDATED SCHOOL | ) |
| DISTRICT BOARD OF EDUCATION | ) |
| and JANAY FREEBERY, | ) |
| | ) |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, Timothy J. Wilson, Esquire, hereby certify that on March 8, 2006, I electronically filed a true and correct copy of the foregoing *Notice of Service* with the Clerk of the Court using CM/ECF, which will send notification of such to the following counsel of record, and further that I caused a copy of same to be delivered U.S. Mail, prepaid, to the following counsel of record:

Barry M. Willoughby, Esq.
Michael P. Stafford, Esq.
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

MARGOLIS EDELSTEIN

_____
Timothy J. Wilson, Esquire (DE #4323)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
(302) 777-4682 facsimile
twilson@margolisedelstein.com
Attorney for Plaintiff