IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD T. WILCOXON, <br><br> Plaintiff, <br><br> v. <br><br> RED CLAY CONSOLIDATED SCHOOL DISTRICT BOARD OF EDUCATION and JANAY FREEBERY, <br><br> Defendants. | ) <br> ) <br> ) <br> ) C.A. No. 05-00524 - SLR <br> ) <br> ) TRIAL BY JURY DEMANDED <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

I, Timothy J. Wilson, the undersigned Counsel for Plaintiff in the above-captioned case, hereby certify that two true and correct copies of *Plaintiff's Answers to Defendant's First Set of Interrogatories* were served on March 8, 2006 to the following:

Barry M. Willoughby, Esq.
Michael P. Stafford, Esq.
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

                                                                  MARGOLIS EDELSTEIN

                                                                  Timothy J. Wilson, Esquire (DE #4323)
                                                                  1509 Gilpin Avenue
                                                                  Wilmington, DE  19806
                                                                  (302) 777-4680
                                                                  (302) 777-4682 facsimile
                                                                  twilson@margolisedelstein.com
                                                                  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD T. WILCOXON | ) <br> ) |
| Plaintiff, | ) <br> ) <br> ) C.A. No. 05-00524 - SLR |
| v. | ) <br> ) TRIAL BY JURY DEMANDED |
| RED CLAY CONSOLIDATED SCHOOL DISTRICT BOARD OF EDUCATION and JANAY FREEBERY, | ) <br> ) <br> ) <br> ) |
| Defendants. | |

### CERTIFICATE OF SERVICE

I, Timothy J. Wilson, Esquire, hereby certify that on March 8, 2006, I electronically filed a true and correct copy of the foregoing *Notice of Service* with the Clerk of the Court using CM/ECF, which will send notification of such to the following counsel of record, and further that I caused a copy of same to be delivered U.S. Mail, prepaid, to the following counsel of record:

Barry M. Willoughby, Esq.
Michael P. Stafford, Esq.
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

MARGOLIS EDELSTEIN

_____
Timothy J. Wilson, Esquire (DE #4323)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
(302) 777-4682 facsimile
twilson@margolisedelstein.com
Attorney for Plaintiff