IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD WILCOXON,<br>        Plaintiff,<br><br>        v.<br><br>RED CLAY CONSOLIDATED SCHOOL<br>DISTRICT, and JANAY FREEBERY,<br>        Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 05-524-SLR<br>)<br>)<br>)<br>)  **TRIAL BY JURY DEMANDED**<br>)<br>) |

<u>RE-NOTICE OF DEPOSITION</u>

TO:    Jeffrey K. Martin, Esquire
Timothy James Wilson, Esquire
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806

PLEASE TAKE NOTICE that the oral deposition of Richard Wilcoxon has been rescheduled to Thursday, May 4, 2006, beginning at 9 a.m., and continuing thereafter from hour to hour and day to day until completion. The deposition will be held in the law offices of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, DE 19801.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ Michael P. Stafford_
Barry M. Willoughby, Esquire (No. 1016)
Michael P. Stafford, Esquire (No. 4461)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6666; (302) 576-3345
bwilloughby@ycst.com; mstafford@ycst.com
Attorneys for Defendants

Dated: March 21, 2006

cc:    Wilcox & Fetzer, Ltd.

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2006, I electronically filed a true and correct copy of the foregoing **Re-Notice of Deposition** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Jeffrey K. Martin, Esquire
> Timothy James Wilson, Esquire
> Margolis Edelstein
> 1509 Gilpin Avenue
> Wilmington, DE 19806

I further certify that on March 21, 2006, I caused a copy of the foregoing **Re-Notice of Deposition** to be served by United States First Class mail on the following counsel of record:

> Jeffrey K. Martin, Esquire
> Timothy James Wilson, Esquire
> Margolis Edelstein
> 1509 Gilpin Avenue
> Wilmington, DE 19806

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ Barry M. Willoughby
> _____
> Barry M. Willoughby, Esquire (No. 1016)
> Michael P. Stafford, Esquire (No. 4461)
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, Delaware 19899-0391
> (302) 571-6666; (302) 576-3345
> bwilloughby@ycst.com; mstafford@ycst.com
> Attorneys for Defendants

Dated: March 21, 2006