IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD WILCOXON | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 05-00524-SLR |
| v. | ) |
| | ) TRIAL BY JURY DEMANDED |
| RED CLAY CONSOLIDATED SCHOOL | ) |
| DISTRICT and JANAY FREEBERY, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

I, Barry M. Willoughby, Esquire, hereby certify that on April 26, 2006, two copies of **Defendants' Second Set of Interrogatories Directed to Plaintiff** were hand delivered to the following counsel of record:

> Jeffrey K. Martin, Esquire
> Timothy James Wilson, Esquire
> Margolis Edelstein
> 1509 Gilpin Avenue
> Wilmington, DE 19806

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Barry M. Willoughby*
Barry M. Willoughby, Esquire (No. 1016)
Michael P. Stafford, Esquire (No. 4461)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6666; (302) 576-3345
bwilloughby@ycst.com; mstafford@ycst.com
Attorneys for Defendants

Dated: April 26, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2006, I electronically filed a true and correct copy of the foregoing **Notice of Service of Defendants' Second Set of Interrogatories Directed to Plaintiff** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Jeffrey K. Martin, Esquire
>Timothy James Wilson, Esquire
>Margolis Edelstein
>1509 Gilpin Avenue
>Wilmington, DE 19806

I further certify that on April 26, 2006, I caused a copy of the foregoing **Notice of Service of Defendants' Second Set of Interrogatories Directed to Plaintiff** to be served by hand delivery on the following counsel of record:

>Jeffrey K. Martin, Esquire
>Timothy James Wilson, Esquire
>Margolis Edelstein
>1509 Gilpin Avenue
>Wilmington, DE 19806

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Barry M. Willoughby*
Barry M. Willoughby, Esquire (No. 1016)
Michael P. Stafford, Esquire (No. 4461)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6666; (302) 576-3345
bwilloughby@ycst.com; mstafford@ycst.com
Attorneys for Defendants

Dated: April 26, 2006