IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD WILCOXON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RED CLAY CONSOLIDATED )<br>SCHOOL DISTRICT BOARD OF )<br>EDUCATION, and JANAY FREEBERY, )<br>)<br>Defendants. ) | C.A. No.05-524 (SLR)<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that two (2) true and correct copies of the foregoing *Plaintiff's First Request for Production of Documents.* were sent, via U.S. Postal Service, first class postage prepaid on May 1, 2006, to the following:

Barry M. Willoughby, Esquire (DE #1016)
Michael P. Stafford, Esquire (DE #4461)
 YOUNG CONAWAY STARGATT
& TAYLOR, LLP
The Brandywine Building
1000 West Street, P.O. Box 391
Wilmington, DE  19801
(302) 571-6666

MARGOLIS EDELSTEIN


_____/s/_____
Timothy J. Wilson, Esquire (DE #4323)
1509 Gilpin Avenue
Wilmington, DE  19806
(302) 777-4680
twilson@margolisedelstein.com
Attorney for Plaintiff

Dated: May 1, 2006

9