IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD WILCOXON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No.05-524 (SLR) |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| RED CLAY CONSOLIDATED ) | |
| SCHOOL DISTRICT BOARD OF ) | |
| EDUCATION, and JANAY FREEBERY, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that two (2) true and correct copies of the foregoing *Plaintiff's First Set of Interrogatories Directed to Defendant Red Clay Consolidated School District Board Of Education* were sent, via U.S. Postal Service, first class postage prepaid on May 1, 2006, to the following:

Barry M. Willoughby, Esquire (DE #1016)
Michael P. Stafford, Esquire (DE #4461)
 YOUNG CONAWAY STARGATT
& TAYLOR, LLP
The Brandywine Building
1000 West Street, P.O. Box 391
Wilmington, DE  19801
(302) 571-6666


MARGOLIS EDELSTEIN


_____/s/_____
Timothy J. Wilson, Esquire (DE #4323)
1509 Gilpin Avenue
Wilmington, DE  19806
(302) 777-4680
twilson@margolisedelstein.com
Attorney for Plaintiff