IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD WILCOXON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No.05-524 (SLR) |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| RED CLAY CONSOLIDATED ) | |
| SCHOOL DISTRICT BOARD OF ) | |
| EDUCATION, and JANAY FREEBERY, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### NOTICE TO TAKE DEPOSITION OF FRANK RUMFORD

TO:  Barry M. Willoughby, Esq.
Michael P. Stafford, Esq.
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

PLEASE TAKE NOTICE that Plaintiff Richard Wilcoxon, by his attorney, Timothy J. Wilson, will take the oral deposition of Frank Rumford pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, on **Thursday May 25 at 10:30 a.m.** in the office of Margolis Edelstein, 1509 Gilpin Avenue, Wilmington, Delaware 19806-3015. The deposition shall be conducted before a person duly authorized by law to administer oaths, and shall continue on the scheduled day until completed.

MARGOLIS EDELSTEIN

/s/ Timothy J. Wilson

Timothy J. Wilson, Esquire (DE #4323)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
(302) 777-4682 facsimile
twilson@margolisedelstein.com
Attorney for Plaintiff

Dated: May 10, 2006
cc: Wilcox & Fetzer

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH A. BOYD, | : |
| | : |
| Plaintiff, | : |
| | : C.A. No. 05-178 KAJ |
| v. | : TRIAL BY JURY DEMANDED |
| | : |
| WILMINGTON POLICE DEPARTMENT, | : |
| | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I, Timothy J. Wilson, Esquire, do hereby certify that on May 10, 2006, I caused two (2) true and correct copies of the foregoing ***Notice of Deposition of Frank Rumford*** were delivered via US mail, postage prepaid, to the following:

Barry M. Willoughby, Esq.
Michael P. Stafford, Esq.
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

MARGOLIS EDELSTEIN

Timothy J. Wilson, Esquire (DE #4323)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
(302) 777-4682 facsimile
twilson@margolisedelstein.com
Attorney for Plaintiff