IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD WILCOXON, )<br>)<br>Plaintiff, )<br>)<br>)<br>v )<br>)<br>)<br>RED CLAY CONSOLIDATED )<br>SCHOOL DISTRICT BOARD OF )<br>EDUCATION, and JANAY FREEBERY, )<br>)<br>Defendants. ) | C.A. No 05-524 (SLR)<br><br>JURY TRIAL DEMANDED |

## STIPULATION AND ORDER

The parties, by and through the undersigned counsel, and subject to the approval of the Court, hereby stipulate and agree that briefing on their respective Motions for Summary Judgment in the above matter shall be in accordance with the following schedule: Opening Briefs to be filed on or before July 12, 2006; Answering Briefs to be filed on or before August 2, 2006; and Reply Briefs shall be due on or before August 9, 2006

Oral argument shall be at the discretion of the Court as provided in the Local Rules.

MARGOLIS EDELSTEIN

_____
Jeffrey K. Martin, Esquire (ID #2407)
Timothy James Wilson, Esquire (ID #4323)
1509 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 777-4680
Facsimile: (302) 777-4682
Email: jmartin@margolisedelstein.com
Attorneys for Plaintiff

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

_____
Barry M. Willoughby, Esquire (ID #1016)
Michael P. Stafford, Esquire (ID# 4461)
The Brandywine Building
1000 West Street
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6666; 6553
Facsimile: (302) 576-3345
Email: bwilloughby@ycst.com;
mstafford@ycst.com
Attorneys for Defendants

DB02:5390905 1

061778 1003

Dated: June ____, 2006

    SO ORDERED this _____ day of _____, 2006

                                                 _____
                                                 The Honorable Sue L. Robinson