IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD WILCOXON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-524 (SLR) |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| RED CLAY CONSOLIDATED ) | |
| SCHOOL DISTRICT BOARD OF ) | |
| EDUCATION, and JANAY FREEBERY, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR SUMMARY JUDGMENT

Defendants, by and through the undersigned counsel, hereby move for entry of an Order granting them Summary Judgment on all Counts of Plaintiff's Complaint for the reasons more fully set forth in their Opening Brief to be filed in accordance with the Briefing Schedule set by the Court.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Barry M. Willoughby, Esquire (ID# 1016)
Michael P. Stafford, Esquire (ID# 4461)
The Brandywine Building
1000 West Street
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6666; 6553
Facsimile: (302) 576-3345
Email: bwilloughby@ycst.com; mstafford@ycst.com
Attorneys for Defendants

Dated: June 27, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD WILCOXON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No.05-524 (SLR) |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| RED CLAY CONSOLIDATED ) | |
| SCHOOL DISTRICT BOARD OF ) | |
| EDUCATION, and JANAY FREEBERY, ) | |
| ) | |
| Defendants. ) | |

ORDER

Defendants' Motion for Summary Judgment on all Counts of the Complaint having been duly presented and heard by the Court, is now hereby ordered this ___ day of _____, 2006, that Defendants' Motion is granted.

_____
The Honorable Sue L. Robinson

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2006, I electronically filed a true and correct copy of the foregoing Motion for Summary Judgment and Order with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record, and I further certify that a copy of such Motion for Summary Judgment and Order was sent via First Class Mail, postage prepaid, to:

> Jeffrey K. Martin, Esquire
> Timothy James Wilson, Esquire
> Margolis Edelstein
> 1509 Gilpin Avenue
> Wilmington, DE  19806

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Barry M. Willoughby
_____
Barry M. Willoughby, Esquire (No. 1016)
Michael P. Stafford, Esquire (No. 4461)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware  19899-0391
(302) 571-6666; (302) 576-3345
bwilloughby@ycst.com; mstafford@ycst.com
Attorneys for Defendants

Dated:  June 27, 2006