IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD WILCOXON,<br><br>Plaintiff,<br><br>v.<br><br>RED CLAY CONSOLIDATED<br>SCHOOL DISTRICT BOARD OF<br>EDUCATION, and JANAY FREEBERY,<br><br>Defendants. | )<br>)<br>)<br>)<br>) C.A. No.05-524 (SLR)<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR SUMMARY JUDGMENT

Plaintiff, by and through his undersigned counsel, hereby moves for entry of an Order granting him Summary Judgment for the reasons more fully set forth in his Opening Brief to be filed in accordance with the Briefing Schedule set by the Court.

MARGOLIS EDELSTEIN

_____
Timothy J. Wilson, Esq. (No. 4323)
1509 Gilpin Ave.
Wilmington, DE 19806
(302) 777-4680 – Telephone
(302) 777-4682 – Facsimile
twilson@margolisedelstein.com
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD WILCOXON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No.05-524 (SLR) |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| RED CLAY CONSOLIDATED ) | |
| SCHOOL DISTRICT BOARD OF ) | |
| EDUCATION, and JANAY FREEBERY, ) | |
| ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

I, Timothy J. Wilson, Esq., hereby certify that on June 27, 2006, I electronically filed a true and correct copy of the foregoing Plaintiff's Motion for Summary Judgment with the Clerk of the Court using CM/ECF, which will send notification of such to the following counsel of record, and further that I caused a copy of same to be delivered to the following counsel of record:

Barry M. Willoughby, Esq.
Michael P. Stafford, Esq.
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

MARGOLIS EDELSTEIN

/s/ Timothy J. Wilson
Timothy J. Wilson, Esq. (No. 4323)
1509 Gilpin Ave.
Wilmington, DE 19806
(302) 777-4680 – Telephone
(302) 777-4682 – Facsimile
twilson@margolisedelstein.com
*Attorney for Plaintiff*