IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD WILCOXON,           ) | |
| )                             | |
| Plaintiff,              )     | |
| )                             | C.A. No.05-524 (SLR) |
| v.                      )     | |
| )                             | **JURY TRIAL DEMANDED** |
| RED CLAY CONSOLIDATED   )     | |
| SCHOOL DISTRICT BOARD OF )    | |
| EDUCATION, and JANAY FREEBERY, ) | |
| )                             | |
| Defendants.             )     | |

## ORDER

Plaintiff's Motion for Summary Judgment, having been duly presented and heard by the Court, is now hereby ordered this ____ day of _____, 2006, that Plaintiff's Motion is granted.

_____
The Honorable Sue L. Robinson.