IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD WILCOXON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-524-SLR |
| | ) |
| RED CLAY CONSOLIDATED | ) |
| DISTRICT BOARD OF EDUCATION | ) |
| and JANAY FREEBERY, | ) |
| | ) |
| Defendants. | ) |

O R D E R

At Wilmington this 30th day of June, 2006, for the reasons stated in the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Defendants' motion to dismiss for failure to state a claim (D.I. 7) is denied with respect to plaintiff's claims for violation of his First Amendment rights, wrongful termination, and defamation.

2. Defendants' motion to dismiss for failure to state a claim (D.I. 7) is granted with respect to breach of implied covenant of good faith and fair dealing.

                                                _____
                                                United States District Judge