

SQUIBB'S
Lesson Plan Book
No. 5

C00325

# SQUIBB'S
# WEEKLY PLAN BOOK
## No. 5

TEACHER *Rumford*

ROOM _____ GRADE *6, 7, 8*

SCHOOL *SKYLINE*

Academic Year _____ - _____

_____

**ALVAH M. SQUIBB COMPANY, INC.**
Publishers
P. O. BOX 428
McKEESPORT, PENNSYLVANIA 15134

C00326

A29

# SCHOOL CALENDAR

SCHOOL OPENS ⎯⎯⎯⎯⎯⎯⎯⎯⎯     ⎯⎯⎯⎯⎯⎯⎯⎯⎯
                            DAY                          DATE

FIRST MARKING PERIOD ENDS ⎯⎯⎯⎯⎯ REPORT CARDS DUE ⎯⎯⎯⎯⎯

SECOND MARKING PERIOD ENDS ⎯⎯⎯⎯ REPORT CARDS DUE ⎯⎯⎯⎯⎯

THIRD MARKING PERIOD ENDS ⎯⎯⎯⎯⎯ REPORT CARDS DUE ⎯⎯⎯⎯⎯

FOURTH MARKING PERIOD ENDS ⎯⎯⎯⎯ REPORT CARDS DUE ⎯⎯⎯⎯⎯

FIFTH MARKING PERIOD ENDS ⎯⎯⎯⎯⎯ REPORT CARDS DUE ⎯⎯⎯⎯⎯

SIXTH MARKING PERIOD ENDS ⎯⎯⎯⎯⎯ REPORT CARDS DUE ⎯⎯⎯⎯⎯

SCHOOL CLOSES ⎯⎯⎯⎯⎯⎯⎯⎯     ⎯⎯⎯⎯⎯⎯⎯⎯⎯
                            DAY                          DATE

HOLIDAYS:

LABOR DAY ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

VETERANS' DAY ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

THANKSGIVING ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

CHRISTMAS ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

EASTER ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

MEMORIAL DAY ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

SPECIAL DATES:

HALLOWEEN ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

LINCOLN'S BIRTHDAY ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

VALENTINE DAY ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

WASHINGTON'S BIRTHDAY ⎯⎯⎯⎯⎯⎯⎯⎯⎯

C00327

A30

# DAILY PROGRAM

SCHOOL _____ TEACHER _____

GRADE _____ ROOM _____ TERM _____

### FIRST SEMESTER

| | PERIOD BEGINS | NUMBER MINUTES | SUBJECT | SECTION |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### SECOND SEMESTER

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### SPECIAL ACTIVITIES

| | DAY | PERIOD | ACTIVITY | SECTION |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

C00328

A31

DAILY LESSON PLANS

| | SUBJECT | SUBJECT | SUBJECT |
|---|---|---|---|
| **MONDAY** | | | |
| **TUESDAY** | Students will<br>1 sit in bleachers<br>2 receive copy of activities<br>  and assignments.<br>3 Receive copy of course (P.E)<br>  Rules and Regulations<br>4 Review Rules and<br>  Regulations<br>5 Review Activities and<br>  Assignments | Homework option for<br>6th grade:<br>  List Activities<br>  they participated<br>  in during the<br>  Summer. | |
| **WEDNESDAY** | Report directly to Gym.<br>Review - Rules & Regulations<br>   for PE<br>Push/Pull activity<br>  students do not change<br>Equipment: 6-8 Jump ropes, 6-8 mat squares, 6-8 plastic concrete large weight<br>object: To get opponent to step or pull off their block<br>Rules: each player holds one end of the jump rope; by pulling and releasing the rope they | | |
| **THURSDAY** | Report to the locker room<br>1 Distribute Locks/combinations and locks<br>2 Explain Rules for the Locker room<br>3 procedure for large and small lockers<br>4 Consequences for forgetting combinations continually - 6th grade will get the<br>5 Where to line up, moving to the gym; return and dismissal<br>NO DRESSING | | |
| **FRIDAY** | Squads are formed Alphabetically<br>Pre Activity procedure for sitting and water and bathroom.<br>Around the world activity<br>1 How can a group at a ball so everyone touches in less time (6th grade)<br>Cross the river activity<br>1 Jump ropes and scooters<br>2 How to get all people and equipment across the river; nothing may | | |

C00328

A32

DAILY LESSON PLANS                                    WEEK BEGINNING_____

| SUBJECT | SUBJECT | SUBJECT | |
|---|---|---|---|
| | | | MONDAY |
| | | | TUESDAY |
| | | | WEDNESDAY |
| 'y to GET THE OPPONENT TO STEP OFF THE BLOCK. | | | THURSDAY |
| no help; the 7th - 8th grade voate. | | | |
| ENTANGLEMENTS<br>1 cut pieces of Rope Alternating with group in Circle formation<br>2 How to get untangled with little or no Verbal Communication.<br><br>ch water on it returns to the beginning | | | FRIDAY |

C00330

A33

**SEPT  DAILY LESSON PLANS**

| SUBJECT | SUBJECT | SUBJECT |
|---|---|---|

**MONDAY**

**11**

TWO WARMUPS: Jumping Jacks, r-stretch (left right middle) Lg arm circles; trunk

Must DRESS Now.

Soccer Activity: Soccer Baseball

    Equipment : 4 bases  5 cones  scoreboard  soccerball

    Object : Kick ball circle bases  ball is kicked between

    Rules: Pitcher rolls with hand K1 kicks K2 becomes goalie, Defense

        Kick ball between cones past goalie  2 outs for inning

**TUESDAY**

**14**

WARMUPS: 1 person leads the class through exercises

SOCCER DODGEBALL - PLAYED INSIDE

    Equipment : 12-15 NERF BALLS, 6 BOWLING PINS

    Object - to knock ALL opponents bowling pins down; or eliminate

    Rules: Game limit 3 minutes. students attempt to knock opponents

        or legs to stop a ball in the air - using the head is legal

        players go to side ; After 3 minutes or end of game  teams

**WEDNESDAY**

**15**

WARMUPS

SKILL: THROW-IN - demonstrate and students perform proper throwins

4 GOAL SOCCER - outside

    Equipment : 8 cones for goals 1-2 soccer balls. 3 sets of

    Object: 4 teams attempt to kick ball through one of the

    Rules: may score in any of the other goals. rotate goal keepers after

        must use a throw-in. ball may be passed from back of

**THURSDAY**

**16**

WARM UPS

SKILL: Dribbling - demonstrate - inside and outside of foot  through 5 cone

4 is 4  Inside  or Dribble Relay Race  4-8 teams

    Equipment  4 cones, 1 soccer ball, pinnies

    Object  score into opponents goal

    Rules  4 on floor at a time; 2 minute time limit 1st team to score wins

        Pinnie team  always gets ball - goalie may not throw ball

**FRIDAY**

**17**

WARMUPS

COED Activity

OUTSIDE - Tennis baseball

    Equipment : Trash can, tennis racket, tennis ball  bases (4)

    Object  hit tennis ball with racket  run bases, score runs

    Rules: Pitcher 1 bounce ball to batter who hits w/ e or 1 hand, on way

        no tagging or hitting ball at runner  all outs are force outs

C00331

A34

| DAILY LESSON PLANS | | WEEK BEGINNING_____ | |
|---|---|---|---|
| **SUBJECT** | **SUBJECT** | **SUBJECT** | |
| twists; Left & Right over stretching | | | **MONDAY** |
| cones fr all out. must keep out of Penalty area and | | Penalty Area  goal    scoreboard on deck area | |
| all opposing players bowling pins down by Kicking soccer balls; may not use hands chest Once a pin has been Knocked down it remains down - eliminated switch sides. | | | **TUESDAY** |
| 2 hands, over head - hands, thumbs together form a "W" feet must remain on the ground at all times Throw and catch with partners. Pinneys opponents goals each goal, Keeper goal to front, but may not score that way. | | | **WEDNESDAY** |
| obstacle course by sounds 13 spread to 2 time; Race last time and says on the floor. If tied both teams go off past half court stress spreading, out + passing | | | **THURSDAY** |
| to 1st base puts racket in trash Can (must remain in Can) Baseball Rules or bases. | | | **FRIDAY** |

C00332

A35

481 DAILY LESSON PLANS

| 18 | SUBJECT | SUBJECT | SUBJECT |
|---|---|---|---|
| **MONDAY** | WARM UPS - outside<br>Juggling Drill Activity<br>Attempt to keep the ball in the air using legal parts of the<br>Full field soccer - explain goalie play<br>- Enforce rules - stress spreading out - stop play when | SQUADS divided in 1/2 | |
| **TUESDAY** | WARM UPS<br>Passing Drill : keep Away 4 vs 1 in small area - when defender<br>Full field Soccer<br>- enforce rules - and subety. | | |
| **WEDNESDAY** | WARM UPS<br>Full field Soccer<br>5th grade chooses their own teams | | |
| **THURSDAY** | WARM UPS<br>Full field Soccer<br>7th and 8th grade chose their own teams | | |
| **FRIDAY** | WARM UPS<br>COED ACTIVITY - outside<br>KICKBALL<br>Rules: Boy pitches to a boy, girl to a girl, alternating boy and girl<br>at bases 3 outs per TEAM. Options: Boys only can catch boys | | |

C00333

A36

| DAILY LESSON PLANS | | WEEK BEGINNING_____ | |
|---|---|---|---|
| SUBJECT | SUBJECT | SUBJECT | |
| body - determine winner by # of legal hits. <br><br> players bunch up. | | | MONDAY |
| touches the ball - switch with offensive player | | ✱ Benchmark Testing <br> shortened <br> periods | TUESDAY |
| | | ✱ Benchmark Testing <br> alternate schedule | WEDNESDAY |
| | | | THURSDAY |
| batters. No THROWING ball at runners or tagging them Force outs <br> ball girls can only catch girls ball | | | FRIDAY |

C00334

A37

| 4 | DAILY LESSON PLANS | | |
|---|---|---|---|
| 126 | SUBJECT | SUBJECT | SUBJECT |
| **MONDAY** | WARMUPS<br><br>Speedball (similar to soccer and football)<br>  Equipment - soccaball, 4 cones, pinneys<br>  Object - to kick or catch the ball over or through the<br>  Rules - Games begin with a flick - player then has 3 secs to run<br>    dribble ball - If running and tagged defense gets in. Ball must<br>    part of the body. If ball is kicked between soccer goal worth<br>    beyond football goal worth 1 point. | | over or through the<br>defense gets in. Ball must<br>between soccer goal worth<br>NO DEFENSE ON THE |
| **TUESDAY** | WARM UPS   soccer<br><br>Speedball | ball<br><br> | |
| **WEDNESDAY** | WARM UPS<br><br>Speedball | | |
| **THURSDAY** | WARM UPS<br><br>Speedball | Acad Throw<br>231/380 | |
| **FRIDAY** | WARM UPS<br>  COED<br>Relays - using scooters, plastic spoon, hula hoops<br>  Fun activity<br>  Boy-girl-boy-girl<br><br>C00335 | basketballs, balloons | |

A38

| DAILY LESSON PLANS | | WEEK BEGINNING_____ | |
|---|---|---|---|
| SUBJECT | SUBJECT | SUBJECT | |
| designated area.<br>Pass punt or soccer<br>only be picked up if played from foot or some other<br>2 points. If ball is kicked or thrown and caught<br>BALL. NO CONTACT - SPREAD OUT - When ball is on the ground it is a | A — A.   A — A.   A<br>football   soccer   goal<br>         goal | | MONDAY |
| ) | | | TUESDAY |
| | | | WEDNESDAY |
| | | | THURSDAY |
| | | | FRIDAY |

C00336

A39

DAILY LESSON PLANS

| SUBJECT | SUBJECT | SUBJECT |
|---|---|---|
| **MONDAY** WARM UPs Presidents Physical Fitness TEST Week 1.) SHUTTLE Run    Equipment - 2 erasers; stop watch, measured area. | | |
| **TUESDAY** 2.) 1 mile Run/WALK    Equipment - Cones, stop watch; measured COURSE | | |
| **WEDNESDAY** 3.) 1 minute Crunches    Equipment - stop watch; mats | | |
| **THURSDAY** 4.) Push Ups    Equipment - mats; 8-10 NERF SOCCER BALLS | | |
| **FRIDAY** 5.) V-sit Flexibility TEST    Equipment - measured test area, Ruler. ✱ AWARDS GIVEN OUT — SEE MANUAL | | |

C00337

A40

OCT DAILY LESSON PLANS

| | SUBJECT | SUBJECT | SUBJECT |
|---|---|---|---|
| **MONDAY** | HEALTH - ALCOHOL (Add 1.2, 2, 3,4) PG 4 · 8th Alcohol: PRETEST AND REVIEW (SA-1) ★Homework: "Exploding the Myths" 7th Alcohol PRETEST AND REVIEW ★Homework: written paragraph completing statement - (MMM) 6th Alcohol: PRETEST AND REVIEW ★Homework: DEFINITIONS: 1. Depressant 2. Addiction 3. Intoxication 4. Abuse | I SEATING ASSIGNED - REVIEW Health Grading Procedure ALL on A SEPARATE PAPER | GRADES |
| **TUESDAY** | 8th COLLECT AND REVIEW homework READ AND DISCUSS Fact SHEET - 2 perso groups read and answer questions in complet ★Homework #2 - "You be the Judge" 7th COLLECT AND REVIEW homework - read PARAGRAPHS READ AND DISCUSS "SPREADING THE NEWS" FACT SHEET - Do fact sheet individually ★Homework: "EFFECTS OF ALCOHOL" + (SA3) PROOF IT 6th COLLECT AND Review homework READ AND DISCUSS ALCOHOL MADD PACKET COMPLETE READING PACKET FOR HOMEWORK | | |
| **WEDNESDAY** | 8th REVIEW AND DISCUSS HOMEWORK GROUP ACTIVITY "WHAT HAPPENED?" WORK with group handout and scenario (11-3E) ★Homework: ALCOHOLISM IS A DISEASE WORKSHEET 7th Review homework EFFECTS & Proof IT ALCOHOL AND ADVERTISING - brainstorm known beer ADS - (seen during supple CLASS Assignment: ALCOHOL ATTITUDES (individually done) (4,3) 6th Reasons to USE AND NOT USE ALCOHOL worksheet - complete and discuss. ★WORK on work sheet questions - complete for homework (8 QUESTIONS) | | |
| **THURSDAY** | 8th VIDEO: "Contract for Life" 46 minutes - Hockey Players & NO Quiz 7th VIDEO: "OPEN SECRETS" - Alcoholic Family QUIZ 6th VIDEO: "ALCOHOL - WHAT DO YOU KNOW?" PARTS 1 + 2 AL COHOL CHA 706H QUIZ Sunburst | | |
| **FRIDAY** | WARM UPS Coed. Scooter Tennis Handball - See previous classes for rules and equipment C0033B | | |

A41

DAILY LESSON PLANS                                    WEEK BEGINNING_____

| SUBJECT | SUBJECT | SUBJECT | |
|---|---|---|---|
| 8th GRADE QUIZ <br><br> NO ALCOHOL <br> QUIZ DUE TO THE <br> Length of the VIDEO. <br> * TAKE HOME Quiz | | | MONDAY |
| sentences - review <br><br> or w/ partner + review answers | | | TUESDAY |
| 7th GRADE Quiz <br> 1. What type of drug is alcohol? <br> 2. 100 proof = ___ % alcohol <br> 3. NAME 3 Things that will influence how alcohol <br>    Affects A person. <br> 4. What is the _____ drug found in alcohol <br> 5. What is the only thing that will sober a person up? | | | WEDNESDAY |
| 6th GRADE Quiz <br> 1. What do depressant drugs do to the body? <br><br> 2 What is the legal age to use alcohol <br><br> 3. GIVE 3 reasons PEOPLE CHOOSE not to drink. | | | THURSDAY |
| | | | FRIDAY |

C00339

OCT. DAILY LESSON PLANS

| | SUBJECT | SUBJECT | SUBJECT |
|---|---|---|---|
| **MONDAY** | WARM UPS<br>FLAG BATTLE ACTIVITY<br>Equipment: Flags & Flag belts 6 Cones 2 Footballs hula hoops(2)<br>Object: Capture the opponents football and return it to your<br>Rules: Each player will have 2 flags attached down the sides of a flag<br>and capture the other teams football and return it<br>if moved they must immediately go to the teams out<br>removed they must drop the football there and go to the out | | |
| **TUESDAY** | WARM UP<br>SKILL - PASSING - holding the football on the laces, index finger at<br>at target.<br>FLAG Football<br>Equipment: 2 footballs, pinneys, 9 cones, flags, flag belts. 2 FIELDS<br>Rules- Center shotguns to QB center may not go out - center is last<br>QB may move around but may not run past scrimmage line.<br>is removed or missing, runner is down NO BLOCKING. | | |
| **WEDNESDAY** | DISTRICT WIDE TEST<br><br>COVER   CLASSES | GRADES 2 - 10.<br><br>ACCORDING TO SCHEDULE. | |
| **THURSDAY** | WARM UP<br>COED<br>SUICIDE BASEBALL<br>Tennis baseball Rules with the addition of a glove or two.<br>Catching with the glove is automatically 3 outs.<br>alternate Boys and girls use of gloves | | |
| **FRIDAY** | WARM UP<br>COED<br>SUICIDE BASEBALL<br><br>SEE ABOVE DAY | | |

C00340

A43

DAILY LESSON PLANS

WEEK BEGINNING_____

| SUBJECT | SUBJECT | SUBJECT | |
|---|---|---|---|
| Safe Area<br>Belt On Command  students attempt to move across<br>to the safe area; if any ones flag is<br>area  if the person with the football has flag<br>Area. When ball reaches safe area, GAME OVER - RESET. | | SAFE AREA<br>(△)<br>football<br>Out<br>area     out<br>area<br><br>△     football △     △<br>soft area | MONDAY |
| the back point, stand spread of fingers opposite shoulder and foot — | | | TUESDAY |
| person to touch, run or be thrown the ball<br>NO First downs 4 plays to score. kickoff is a punt. When a flag<br>NO CONTACT. QB may not QB more than 2 plays in a Row. | | | |
| | | | WEDNESDAY |
| | CONFERENCES<br>PAI & WARNER | | THURSDAY |
| | 1/2 DAY | | FRIDAY |

C00341

A44

**DAILY LESSON PLANS**

| | SUBJECT | SUBJECT | SUBJECT |
|---|---|---|---|
| **MONDAY** | WARM UPS<br>Skill - Punting - Toe up, 2 steps extend ball drop to foot<br>Flag Football<br>See previous rules  ADD Punt to 4th down if they have not reached 4th Down  line | | |
| **TUESDAY** | WARM UPS<br>Skill - Kick off w/ TEE 3 steps soccer style & conventional<br>Flag Football<br>ADD TEE & Kickoff to begin game and following touchdowns | | |
| **WEDNESDAY** | WARM UPS<br>Flag Football<br>Skill - Centering - bend Knees, look back to QB, both hands | | |
| **THURSDAY** | WARM UPS<br>Flag Football<br>Include all previous used Rules | | |
| **FRIDAY** | WARM UPS<br>Coed<br>Kickball<br><br>C00342 | | |

A45

DAILY LESSON PLANS                                    WEEK BEGINNING_____

| SUBJECT | SUBJECT | SUBJECT | |
|---|---|---|---|
| | | | MONDAY |
| | | | TUESDAY |
| | | | WEDNESDAY |
| | | | THURSDAY |
| | | | FRIDAY |

C00343

A46

DAILY LESSON PLANS

| SUBJECT 6, 8, 7 | SUBJECT | SUBJECT |
|---|---|---|

**MONDAY**

HEALTH - DRUGS (100; 2, 1, 3, 9, 5, (6th grade only, 1.1, 1.3, 1.4)

6th - Reasons for Drug Use (discuss) Discuss what OTC drugs are / Prescription
*H.W. What do you Know about drugs? - work sheet

7th - Pre Test SA 45 - How drugs enter the blood stream (review) - "Drug Talk" FACT SHEET - READ SSR
*H.W. Narcotics, Stimulants, Depressants Hallucinogens - W sheet

8th Pretest 1.1. "what do you Know about drugs" (60) (co) Drug Categories Stim. Hall. Depres. Inha

**TUESDAY**

6th Review H.W.; Safety Rx Rules Caffeine Survey - discuss in class
*Rx Label - H.W. Handout

7th H.W. review; Group Work H.W. "Reasons for Marijuana use" *H.W.
"Your Sister Smokes What?" REASONS

8th Review Cocaine Homework:

**WEDNESDAY**

6th Rev H.W. (Legal & Illegal) - Group Work "Types of DRUG Abuse (SA - 60) posted on walls a round -
May delete Types of drug abuses 6 sections w 4 sheets

7th Review H W - discuss FAST FACTS (5.1)
Quickly - Group activity Check Your Drug Facts *(5.9)
Place DRUG FACTS on walls around the room —

8th Drug Trivia H W due - Overheads notes Review HW. Group Activity "Here comes the
HW! Face the Facts using

**THURSDAY**

6th Marijuana What do you Know? QUIZ
Sunburst

7th Quiz, Michael & Lauren's Story & Crack "the big lie"
UH 11 I J H 3

8th Video Benney & the ROIDS
QUIZ VH2

**FRIDAY**

C00344

A47

DAILY LESSON PLANS                                    WEEK BEGINNING_____

| SUBJECT | SUBJECT | SUBJECT | |
|---|---|---|---|
| | | | MONDAY |
| Sherrods: Narcotics  & COCAINE FACT SHEETS — HW. | | | |
| for Marijuana use | | | TUESDAY |
| HW "FACING THE FACTS - // Assignment | | | |
| the room - groups of 4 assigned : live answer questions between and share answers with partners on walls - organize groups - return to share information | | | WEDNESDAY |
| groups assign one another to answer specific questions return to share answers with partners | | | |
| | | | THURSDAY |
| | | | FRIDAY |

C00345

A48

## DAILY LESSON PLANS

| SUBJECT | SUBJECT | SUBJECT |
|---|---|---|
| **MONDAY** WARM UP<br><br>Ultimate Frisbee<br>Equipment - Frisbee 4 Cones, pinneys<br>Rules - Class is divided into 2 teams. One team kicks off to the other<br>Play Person w/ frisbee may not be defended and has 3 seconds<br>receives 6 pts Everytime the frisbee is intercepted or touches the | | |
| **TUESDAY** WARM UP<br><br>Ultimate Frisbee | | |
| **WEDNESDAY** WARM UP<br><br>Ultimate Frisbee | | |
| **THURSDAY** WARM UP<br><br>Ultimate Frisbee | | |
| **FRIDAY** WARM UP    C00346<br><br>COED<br><br>Scooter Team Handball<br>Equipment - 20 yellow and 20 blue scooters, NERF BALL, pinneys, & cones<br>Rules - Class is divided into 4 equal teams 2 sit and 2 play<br>Ball is moved by scooting while seated on the scooters. 3<br>may not score past half court if you fall off scooter you | | |

A49

DAILY LESSON PLANS                                          WEEK BEGINNING_____

| SUBJECT | SUBJECT | SUBJECT | |
|---|---|---|---|
| (Throws frisbee) Receiving team picks up or catches frisbee a.c begins to pass to a teammate. If the frisbee is carried past goal line team ground possession changes. NO CONTACT. Keep the frisbee level. | | | MONDAY |
| | | | TUESDAY |
| | | | WEDNESDAY |
| | | | THURSDAY |
| The team that scores first wins and stay on the floor boys or 3 girls may not pass the ball to each other consecutively must go around penalty line. If you have the ball it is tossed up | | | FRIDAY |

C00347

A50

DAILY LESSON PLANS

NOV

| 13 | SUBJECT | SUBJECT | SUBJECT |
|---|---|---|---|
| **MONDAY** | HEALTH - <br><br> REVIEW GAME <br> for WEDNESDAY's EXAM | | |
| **TUESDAY** | INSERVICE DAY | | |
| **WEDNESDAY** | EXAM # 1   DRUGS AND ALCOHOL <br> Use Scantron sheets | | |
| **THURSDAY** | WELLNESS   ( PI :5th 2, 3, 4 (6th only 1, 2) <br> Definition Of Wellness - all sides of the triangle are fit <br> Wellness triangle <br> SOCIAL relationships - spiritual - self esteem - how you feel about yourself <br> begins at - mental - how well you deal with others - relaxation techniques <br> birth   Physical - exercise (lifetime activities) nutrition, sleep/rest | | |
| **FRIDAY** | WELLNESS <br> Quiz    I ✓ 10 <br> Video   I ⊃ <br>         IJн ⊃ | | |

C00348

A51

DAILY LESSON PLANS                                    WEEK BEGINNING_____

| SUBJECT | SUBJECT | SUBJECT | |
|---|---|---|---|
| | | | MONDAY |
| | | | TUESDAY |
| | | | WEDNESDAY |
| 8th grade homework — | What are your changing sides in triangle _____? — 1 pg PAPER | | THURSDAY |
| 7th grade homework — | who are you? SM-46 | | |
| 6th grade homework — | How Do I see myself | | |
| | | | FRIDAY |

C00349

A52

## DAILY LESSON PLANS

| 20 | SUBJECT | SUBJECT | SUBJECT |
|---|---|---|---|
| **MONDAY** | WARM UP<br>COED    or    Soccer dodgeball<br>Scooter Team<br>Handball | | |
| **TUESDAY** | WARM UP<br>COED<br>Tennis baseball | | |
| **WEDNESDAY** | Inservice<br>Scooter be on be team handball small goals penalty cones place for people that fall BB their scooters 1 minute time limit Ball must be thrown across half court not carried | | |
| **THURSDAY** | Thanksgiving Break | | |
| **FRIDAY** | | | |

C00350

A53

DAILY LESSON PLANS

WEEK BEGINNING

| SUBJECT | SUBJECT | SUBJECT | |
|---|---|---|---|
| | | | MONDAY |
| | | | TUESDAY |
| Winner stays on the court. Ties mean both teams leave may have a goalie. | | | WEDNESDAY |
| | | | THURSDAY |
| | | | FRIDAY |

C00351

A54

DAILY LESSON PLANS

| 20 | | SUBJECT | SUBJECT |
|---|---|---|---|
| **MONDAY** | WARM UP COED<br>Heart Rate Activity<br>1- Find resting pulse<br>2. figure moderate notes<br>3. 1 minute acitivty — Check pulse<br>Moved to 12/4 | move 8 min | |
| **TUESDAY** | HEALTH - SEX. ED.<br>7th grade - Intro review game;<br>6th grade - difficulties of teen pregnancy - brain storm;<br>Puberty Age;<br>8th GRADE - THE PURPOSE OF ARC, WHAT ARC is AND DOES. | ARC - MRS BOWEN<br>6th grade body part review<br>ground rules for class;<br>TEEN Pregnancy | |
| **WEDNESDAY** | 7th finish review; Questions and Answers<br>ROLE PLAY - SAY NO USING SWAT TECHNIQUES.<br>6th female anatomy - handout & discussion.<br>8th STD's - HANDOUT - discussion. Q + A<br>Sink the card activity - statistics of HIV in DE who's in it? | PACE MODEL - decisions<br>SWAT TECHNIQUE - Refusal Skills<br>STI's?<br>Viral STI's | |
| **THURSDAY** | 7th Decision making - ROLE PLAY - decision<br>6th - male anatomy handout and<br>8th - Abstinence - making good choices | making SWAT; PACE<br>discussion<br>STI's - contraception | |
| **FRIDAY** | 7th VIDEO - DISCUSSION -<br>6th VIDEO - DISCUSSION<br>C00352<br>8th VIDEO DISCUSSION - | post test; evaluation<br>post test; evaluation<br>post test; evaluation | |

DAILY LESSON PLANS          2000-200  WEEK BEGINNING_____

| SUBJECT | SUBJECT | SUBJECT | |
|---------|---------|---------|---|
| Scoliosis Testing<br>All classes with the exception of the 11³⁰<br>Class which will be made up 12/7 | | | MONDAY |
| Performance indicators<br>8- the impact of changes in family dynamics<br> how to be a responsible family member<br> - Benefits of making healthful sexual decision making<br> - most students are not sexually active<br> - how to refuse unwanted unprotected sex<br> - risks of unattended pregnancy & disease.<br> - valid sources of info<br>7- changes during puberty and adolesence | | 6- Changes in puberty<br> and adolescence | TUESDAY |
| 8 - influences that result in violence in relationships ie. date rape & abuse<br> how behaviors and situations may lead to sex<br> - Risks of unprotected sex for Pregnancy & STI's<br> - abstinence is most effective way to prevent STI & pregnancy<br> - consequences of untreated STI's, HIV<br>7- ways to communicate respect for self & others<br> demonstrate refusal skills "I" statements | | STI & pregnancy | WEDNESDAY |
| 8- health risks with multiple partners<br> - facts & myth about contraception<br> - abstinence<br> - valid sources of info<br>7- benefits of sexual limits, - staying in school, reputation<br> sexual decision making | | 6 - Changes during the life cycle | THURSDAY |
| 8. benefits of setting sexual limits eg. stay in school reputation, future goals<br>7- benefits of healthful decision making (sexual) | | 6- Changes during<br> the life cycle | FRIDAY |

C00353

A56

DCC DAILY LESSON PLANS                                                      15⁰⁰

| | SUBJECT | SUBJECT | SUBJECT |
|---|---|---|---|
| **MONDAY** | WARM UPS<br>SCOLIOSIS TESTING<br>$8^2, 7^1, 6^2$ | Hockey<br>SKILLS - Passing - Introduce proper stick -<br>Games 3vs 3 1 minute time limits - Keep<br>off new team replace - NO Goalies | |
| **TUESDAY** | WARM UPS<br>SKILL Passing Review - Cross from one line to another<br>stop the ball 1st<br>Hockey - see day above larger Cones added as<br>goal tenders | | |
| **WEDNESDAY** | WARM UP<br>SKILL - Ball Control - Carry ball using both sides of stick<br>1-2 x's As individuals pace. Last time As a relay<br>Hockey - SEE above  3 Cones ADDED As<br>GOALTENDERS | | |
| **THURSDAY** | MULTI - GYM CLOSED<br>VIDEO to $7^1, 7^2, 8^2, 6^1, 6^2$ | | |
| **FRIDAY** | SCOLIOSIS TEST 8'<br>WARM UPS<br>COED<br>Tennis<br>Baseball<br>C00354 | | |

A57

DAILY LESSON PLANS                                          WEEK BEGINNING_____

| SUBJECT | SUBJECT | SUBJECT | |
|---|---|---|---|
| | | | MONDAY |
| holding, Athletic Stance, Pass from one partner, receive and Return stick below waist scoring team stays Ties and losing team go | | | |
| and back - option | are a second out' | | TUESDAY |
| around once and | once | | WEDNESDAY |
| - full speed | | | |
| | | | THURSDAY |
| | | | FRIDAY |

C00355

## DAILY LESSON PLANS

| 13 | SUBJECT | SUBJECT | SUBJECT |
|---|---|---|---|
| MONDAY | HEALTH - Tobacco<br>8th Pre Test. NICOTINE - TOBACCO: TAKE AND REVIEW - Q AND A, DISCUSSION<br>Homework - "Dear Gabby" writing assignment<br>7th Pre Test - "Test your Smoking I Q." - TAKE AND REVIEW TAKE AND REVIEW, DISCUSS<br>Homework: "What is Nicotine<br>6th Pre Test : "What do you know about tobacco - TAKE REVIEW; Discuss<br>Homework: Reasons to and not to SMOKE | TOB: 1, 2, 3, 4<br>IN; 1 | |
| TUESDAY | 8th - Read homework "Dear Gabby" #3 types of cigarette Smoke<br>- Effects of cigarette smoke - Fact sheet<br>2nd hand smoke glowg activity<br>7th Homework review Curt Schilling Article for homework<br>Cost of Advertising - who, how, why<br>- group activity using ads Tobacco for SALE<br>H.W. The surgeon general says - - | | 6th<br>Review H.W.<br>Tobacco Fact Sheet<br>read + discuss<br>H.W<br>Smoke and Croak<br>word euscramble.<br>*3 Types of cigarette Smoke |
| WEDNESDAY | 8th Smokeless Tobacco - Spreading the news - factsheet<br>Read + review<br>Fact Sheet questionaire - Homework<br><br>7th Physical effects of smoking<br>Chemical ingredients<br>Go figure - HW *3 Types of cigarette Smoke | | 6th Overhead projector<br>review smoke + croak.<br>What do you know<br>Respiratory System<br>H.W<br>How to stop from<br>people starting |
| THURSDAY | Half Day Begin each class with a QUIZ<br>8·1 Sean Marsee Dirty business Videos<br>7·1 The truth about tobacco<br>AD Libing<br>6·1 Smoke Signals<br>Smoke research update | | |
| FRIDAY | Half Day<br>8·2 S Marsee<br>7·2 Truth about Tobacco<br>6·1 Smoke Signals | C00356 | |

A59

DAILY LESSON PLANS                    WEEK BEGINNING_____

| SUBJECT | SUBJECT | SUBJECT | |
|---|---|---|---|
| 3 types of smoke<br>1. mainstream<br>2. side stream<br>3. second hand | | 6 grade quiz<br>1. What is the drug in tobacco<br><br>2. 3 types of smoke<br><br>3. 4 forms of tobacco | MONDAY |
| 3 main ingredients of tobacco smoke<br>1. Tar<br>2. Nicotine<br>3. Carbon monoxide | | 7th grade quiz.<br>1 What is the drug in cigars<br><br>2. Name 1 type of heart disease<br><br>3 List | TUESDAY |
| to smoke | | 8th grade quiz<br>1.<br>2<br>3 | WEDNESDAY |
| | | | THURSDAY |
| | | | FRIDAY |

C00357

A60

DEC DAILY LESSON PLANS

| SUBJECT 6, 8, 7 | SUBJECT | SUBJECT |
|---|---|---|
| **MONDAY** WARM UPS<br>Skill - Centering<br>Floor Hockey   3 vs 3 | 6₁  Scoliosis TESTING<br>7₂  Scoliosis Testing<br>1 minute time limit<br>3 wins means you must be defeated to<br>Be put off. OTHERWISE<br>Puts the threesome off. | A LOSS OR A TIE |
| **TUESDAY** WARM UPS<br>Floor Hockey<br>6,7,8 graders<br>Choose their<br>own teams<br>3x3 or 4x4<br>depending on the size of<br>the class | | Skills:<br>Control: use both<br>sides of stick maneuver<br>around cones<br>Centering - both ends<br>• shooting line<br>record line   ☐  - pass line |
| **WEDNESDAY** WARM UPS<br>COED ACTIVITY<br><br>gym closed for bleacher installation | | |
| **THURSDAY** | | |
| **FRIDAY**<br>C00358 | | |

A61

**DAILY LESSON PLANS**                              WEEK BEGINNING_____

| SUBJECT | SUBJECT | SUBJECT | |
|---|---|---|---|
| | | | MONDAY |
| Skills:<br>Passing<br>5 squads divided in half<br>Pass ball on the floor to<br>Partner and receive pass<br>from partner + rotate | | | TUESDAY |
| | | | WEDNESDAY |
| | | | THURSDAY |
| | | | FRIDAY |

C00359

A62

DAILY LESSON PLANS

| | SUBJECT | SUBJECT | SUBJECT |
|---|---|---|---|
| MONDAY 1-3 | | | |
| TUESDAY 1-1 | WARM UPS # Writing assignment passed out (1999) Volleyball  bumping - in squads form circles and attempt to keep the Volleyball SQUADS should attempt to Keep the ball in the air GAME: Give initial RULES for scoring, boundaries, touches - # emphasize Communication and positive interaction with team mates. | | |
| WEDNESDAY 1-5 | WARM UPS Volleyball 6th under hand only SERVE 7th & 8th - open hand serve against the partition using shoulder, Keep eyes on the ball GAME: Review RULES - allow a second serve for people | | |
| THURSDAY | WARM UPS    # Pass out Hoops & Jump Rope for Hearts SET & SPIKE - two lines one person tosses or sets the their hit with an open hand w/o touching GAME - SAME serve rules previously used. | | |
| FRIDAY | WARMUPS    # Collect writing assignment (1999-2000) Volleyball | | |

C00360

A63

DAILY LESSON PLANS                                      WEEK BEGINNING_____

| SUBJECT | SUBJECT | SUBJECT | |
|---|---|---|---|
| | | | **MONDAY** |
| in the air using the bump technique demonstrated in class. 10 bumps. | | | **TUESDAY** |
| an open hand - left foot forward toss high over left who attempt an over hand serve and fail | | | **WEDNESDAY** |
| ~~Materious f~~ ball to spike line - spike line jump and times the net | | | **THURSDAY** |
| | | | **FRIDAY** |

C00361

A64

DAILY LESSON PLANS

| | SUBJECT | SUBJECT | SUBJECT |
|---|---|---|---|
| **MONDAY** 1:10 | Health Review for final Silent study Organize the folder | Game format as previously used | |
| **TUESDAY** 1:10 | Health Final exam Collect Folders | | |
| **WEDNESDAY** | Hoops & Jump (1999) Rope for Heart Double Periods All Day | | |
| **THURSDAY** | Warm Ups. Volleyball (2000) game | 2001 Hockey games only 3 v 3 w/ cones as goalies | |
| **FRIDAY** | (Coed) C00362 | | |

A65

**DAILY LESSON PLANS**

| | SUBJECT | SUBJECT | SUBJECT |
|---|---|---|---|
| **MONDAY** | WArmups<br>Volleyball<br><br>students choose their own teams | | |
| **TUESDAY** | Warm up<br>Volleyball<br><br>students choose their own teams | | |
| **WEDNESDAY** | Warm up<br>Volleyball<br><br>students choose their own teams | | |
| **THURSDAY** | WARM UP<br>Basketball<br>Rapid fire shooting activity | | |
| **FRIDAY** | Coed<br><br><br>C00363 | | |

A66

## DAILY LESSON PLANS

| | SUBJECT | SUBJECT | SUBJECT |
|---|---|---|---|
| **MONDAY** | Collect Locks CLEAN Locker Room | | |
| **TUESDAY** | BasKetball Locks CLEAN | | |
| **WEDNESDAY** | END 2ND MARKING PERIOD Rules + Regulations P.E. Unit sheet | | |
| **THURSDAY** | Scoliosis Testing | | |
| **FRIDAY** | Locks PASSED out Locker room Rules | | |

C00364

A67

DAILY LESSON PLANS

| 1/31 | SUBJECT | SUBJECT | SUBJECT |
|---|---|---|---|
| MONDAY | LOCKS COLLECTED | AND   CLEANED | FREE TIME IN GYM WHEN FINISHED |
| TUESDAY | HEALTH - ALCOHOL Rules & Regulations Alcohol Pretests Homework 6, 7, 8 | SEE (OCTOBER) (11th) for Lesson PLAN & Homework assignments | |
| WEDNESDAY | | | |
| THURSDAY | | | |
| FRIDAY | C00365 | | |

A68

FEB DAILY LESSON PLANS

| 7 | SUBJECT | SUBJECT | SUBJECT |
|---|---------|---------|---------|
| MONDAY | Rules & Regulations<br>Meet in the gym<br><br><br>No Dress | | |
| TUESDAY | Locks & Lockers<br>Locker Room Rules<br><br>No Dress | | |
| WEDNESDAY | 1st Day to dress<br>Squads Assigned<br>Warm ups<br>Deibble shoot race - 2 lines speed dribble to basket at<br>North Carolina drill - short pass w/ partner shuffle feet from<br>12 point game - 2 teams shoot at 1 basket 1st team to 12 pts wins<br>do not interfer w/ opposing teams ball | | |
| THURSDAY | Dribble only warm up - no shooting<br>Roll Taker in squads while dribbling<br>Skill: dribbling left + right hand, switch on whistle while statmen<br>do not bump into any one<br>Dribble shoot -<br>N. Carolina -<br>12 point game - | | |
| FRIDAY | Coed - Explain Rules<br>Kickball : See September 20 for Rules | | |

C00366

A69

DAILY LESSON PLANS

WEEK BEGINNING _____

| SUBJECT | SUBJECT | SUBJECT | |
|---|---|---|---|
| | | | MONDAY |
| | | | TUESDAY |
| same time perform layup or 3 misses. Return to line speed dribble one sides line to the other.<br>- one shot per player, get your own rebound, good pass to next shooter | | | WEDNESDAY |
| on double whistle move to open space two double whistle STOP | | | THURSDAY |
| | | | FRIDAY |

C00367

| FEB | DAILY LESSON PLANS | | |
|---|---|---|---|
| 14 | SUBJECT | SUBJECT | SUBJECT |
| **MONDAY** | DRUGS<br><br>_8th_<br>Pre Test<br>Drug Categories - BRAINstoem<br>Drug Category homework - directions and<br>Due Thurs | INHALANTS   NARcotics<br>STimulants   hallucinogenic<br>depressants   Marijuana | 2 drup |
| **TUESDAY** | | | |
| **WEDNESDAY** | _8th_ - Restate homework<br>Role Play - HERE Comes the Joint !<br>Marijuana fact sheet - spreading the news | | |
| **THURSDAY** | _8th_<br>Drug Category - use over heads<br>review all drug categories | | |
| **FRIDAY** | _8th_  VIDEO   QUIZ<br>Benny + the ROIDS | | |

C0036B

A71

DAILY LESSON PLANS     3RD - 4TH M.X WEEK BEGINNING 2ND HEALTH WEEK

| SUBJECT | SUBJECT | SUBJECT | |
|---|---|---|---|
| 7th<br>Fact Sheet<br>"Drug Talk - Read & Review<br>Drug Categories<br>Narcotic --- --- Categories H.W. | | 6th<br>Reasons to use/not to use<br>OTC - what is it?<br>"What do you know - homework | MONDAY |
| | | | TUESDAY |
| 7th ☆ Finish Categories - if necessary<br>Discuss H.W<br>Group work "Your sister Smokes what?}<br>Reasons for Marijuana use<br>H.W | | 6th<br>Review H.W<br>Prescription Safety Rules<br>Caffeine Survey<br>Rx Label - same section H.W. | WEDNESDAY |
| 7th<br>Review drug quest. reasons for pot use<br>Marijuana; fact sheet - or drug talk<br>✓ fact sheet.<br><br>Class work | | 6th<br>Rev. H.W.<br>Legal vs illegal<br>define & discuss.<br>relating to drugs<br>Brainstorm<br>Street<br>names Homework<br>EXPLAIN THE DIFFERENCE BETWEEN<br>OTC AND PRESCRIPTION DRUGS | THURSDAY |
| 7th<br>VIDEO<br>michael & Lauren's story<br>+<br>Quiz Crack the Showed<br>Big Nightmare<br>LIE on Drug<br>(mine) STREET<br>35 min | | 6th<br>VIDEO<br>MARIJUANA<br>what do you<br>Know? | FRIDAY |

C00369

A72

**FEB** DAILY LESSON PLANS

| 21 | SUBJECT | SUBJECT | SUBJECT |
|---|---|---|---|
| **MONDAY** | BASKETBALL DRIBBLE WARM up No shooting<br>Bounce + Chest pass Skill<br>3 on 3 or 4 on 4 game<br>Rule restrictions:<br>No Full court defense<br>must pass one time before shooting<br>all fouls are 1 and 1 | | |
| **TUESDAY** | BASKetball warmup<br>Layup Skill - jump from left foot if you are Right handed<br> - beginners start closer w/ no dribble<br> - more advanced further back with dribble +<br>3 on 3 or 4 on 4 game<br>modified Rules | | |
| **WEDNESDAY** | BASKetball warm up<br>Shooting use wall not basket<br>ball up - one hand follow through - Off hand used<br>3 on 3 or 4 on 4<br>no defense full court<br>No 1 pass minimum. | | |
| **THURSDAY** | warm up Basketball<br>3 on 3 or 4 on 4 | | |
| **FRIDAY** | CoED<br>TENNIS Baseball<br>see September 17 for Rules. | | |

C00370

A73

DAILY LESSON PLANS

WEEK BEGINNING_____

| SUBJECT | SUBJECT | SUBJECT | |
|---|---|---|---|
| | | | MONDAY |
| Jump from Right foot<br>head up. | if left handed | | TUESDAY |
| for support. | | | WEDNESDAY |
| | | | THURSDAY |
| | | | FRIDAY |

C00371

A74

DAILY LESSON PLANS

2/18

| | SUBJECT | SUBJECT | SUBJECT |
|---|---|---|---|
| MONDAY | ARC - Mrs Jane Bowers<br>SEX ED - Waiver forms passed out last week<br>6th GRADE - Puberty, definition, discussion, class rules, AGE, E.S.P changes<br>8th GRADE - Description of ARC  STD sign activity (handshake)<br>7th GRADE - Puberty Review (game) | | |
| TUESDAY | ARC<br>6th GRADE - Female Puberty Worksheet; conclusion of ESP CHANGES<br>8th GRADE - STD's - gonnereah; warts, Herpes Simplex I, II, Clamydia<br>Viral STD -permaplant<br>HIV/AIDS DISCUSSION<br>7th GRADE - Review cont. - DECISIONS | | |
| WEDNESDAY | COED Soccer balls<br>Crab 2-3 jerseys<br>4 cones | 1. 2 TEAMS<br>2. Begin in Crab walk position; rear down on<br>3 use feet only to maneuver the ball; hands<br>4 3 balls will be put in play; object is to<br>5 SAFETY; Do not lay down; Do not widely kick | |
| THURSDAY | ARC | | |
| FRIDAY | ARC | | |

C00372

A75

DAILY LESSON PLANS

WEEK BEGINNING _____

| SUBJECT | SUBJECT | SUBJECT | |
|---|---|---|---|
| Emotional, Social, Physical Changes | | | MONDAY |
| | | | TUESDAY |
| hands and feet, must move about from this position. Should only be used to protect oneself. Kick the ball between the opponents cones for a goal at the ball Protect yourself at all times | | | WEDNESDAY |
| | | | THURSDAY |
| | | | FRIDAY |

C00373

A76

## DAILY LESSON PLANS

**3/6**

| | SUBJECT | SUBJECT | SUBJECT |
|---|---|---|---|
| **MONDAY** | REVIEW FOR 1st EXAM<br><br>Jeopardy type — TIC TAC TOE on 2,5,10 point game<br><br>using review 3×5 CARDS | | |
| **TUESDAY** | 1st EXAM<br><br>ALCOHOL<br>DRUGS      } Topics on 1st EXAM.<br>SEX ED | | |
| **WEDNESDAY** | WELLNESS<br><br>THE WELLNESS TRIANGLE<br>discuss the parts + their<br>Meanings | Spiritual<br><br>SOCIAL      Mental<br><br><br>Physical | |
| **THURSDAY** | HALF DAY<br><br>WELLNESS VIDEO<br><br>Quiz at the beginning<br>                    VIDEO<br>½ Class seen | 8th NO BIG DEAL — INHALANTS<br>(LIBRARY) (1J10)<br>@ Wellness Triangle<br><br>7th Fun to BE Fit (I-2)<br>LIBRARY<br><br>6th TRIANGLE (1J14)<br>OF HEALTH<br>SERIES | |
| **FRIDAY** | HALF DAY        C00374<br><br>Quiz at the beginning<br>                    VIDEO<br>other ½ seen | | |

A77

DAILY LESSON PLANS

WEEK BEGINNING_____

| SUBJECT | SUBJECT | SUBJECT | |
|---|---|---|---|
| | | | MONDAY |
| | | | TUESDAY |
| | | | WEDNESDAY |
| CONFERENCES ⟶ 5:00 | AT WARNER 5³⁰ — 8⁰⁰ | | THURSDAY |
| CONFERENCE ⟶ NOON | | | FRIDAY |

C00375

A78

DAILY LESSON PLANS

| 3/13 | SUBJECT | SUBJECT | SUBJECT |
|------|---------|---------|---------|
| MONDAY | Volleyball — Gym being worked on Floor <u>Hockey</u><br>Skill: Dumping<br>Warm up<br>Skill in circles 6th — 7th Grade Practice<br>8th Grade: discuss — play game<br>6,7 — game following skill practice | | |
| TUESDAY | Volleyball<br>Warm up<br>Skill: Serving | | |
| WEDNESDAY | Volleyball<br>Warm up<br>Skill: Setting | | |
| THURSDAY | Volleyball<br>Game | | |
| FRIDAY | (COED)<br>Kickball<br>C00376 | | |

A79

DAILY LESSON PLANS

| 3/20 | SUBJECT | SUBJECT | SUBJECT |
|---|---|---|---|
| **MONDAY** | Tobacco<br>6th Grade: Pre Test "What | We Know about Tobacco" | Review & discuss |
| | 7th Grade: Pre. Test Your | Smoking I.Q - review & discuss; Homework: | |
| | 8th Grade: Pre Test - | "Smoking Quiz" - Review & Discuss.- Home- | |
| | THE FAR SIDE DINOSAURS | | |
| **TUESDAY** | 6th Grade: Homework discussed (Reasons)<br>Tobacco Fact Sheet Read And Discuss.<br>H.W.: "Smoke And Cloak" - decipher the words | | |
| | 7th Grade: Cost of Advertising (who, how, why) Homework discussion<br>Groupwork: Advertising sheet w/ magazine Articles<br>H.W. - THE Surgeon General Says... | | |
| | 8th Grade: Homework discussion<br>Effects of cigarette smoke on a person - Long + short Term Effects<br>Group: 2nd Hand Smoke: Partners | | |
| **WEDNESDAY** | 6th Grade: H.W. Smoke & Cloak<br>OVER HEAD: your Amazing respiratory system<br>discuss + fill out.<br>H.W. Cigarette pack word code | | |
| | All Grade: H.W "Surgeon General Says ---<br>Fact Sheet: Physical Effects of Smoking<br>Discuss Chemicals + Ingredients found in cigarettes<br>H.W. Go Figure | | |
| | 8th Grade: Discuss Chewing + smokeless tobacco Fact Sheet Fact Sheet 10 out<br>What Chewing Tobacco can do for you (SA DB side) back | | |
| **THURSDAY** | Inservice Day<br><br>C00377 | | |
| **FRIDAY** | 6th review "CODE" Homework<br>"Smoke Signals Video"<br><br>7th Review Go Figure<br>"Truth About Tobacco"} Video<br>"Ab Libbing IT"<br><br>8th Quiz #3<br>"Jean Marser Video" | | |

A80

DAILY LESSON PLANS                    WEEK BEGINNING_____

| SUBJECT | SUBJECT | SUBJECT | |
|---|---|---|---|
| REASONS to And NOT to smoke. - Homework<br><br>What is nicotine? | #CAUSE of DEATH HANDOUT #1 preventible<br>Cause of death | | MONDAY |
| (ON THE BOARD)<br>work ! What ARE THE 3 MAIN ingredients and by products of burning<br>that ARE CONTAINED IN tobacco. | | | |
| | | | TUESDAY |
| | ✱ NOTE ✱<br>6B to the play at<br>8:50 AM<br>6B will do "your amazing<br>respiratory system"<br>FRIDAY instead | | WEDNESDAY |
| Curt Schilling Article ~~Read for~~ Homework: | Questions from fact<br>sheet. | | |
| In class - or homework | | | THURSDAY |
| | | | FRIDAY |

C00378

DAILY LESSON PLANS

| 3/27 | SUBJECT  Lunch duty | SUBJECT | SUBJECT |
|---|---|---|---|
| MONDAY | FLOOR Hockey<br><br>Make up in | health due to | flooding on WED |
| TUESDAY | WRITING ASSIGNMENT<br>↓          ↓<br><br>7 - 6 - 8 | PASSED OUT     DUE<br>↓ | WEDNESDAY: 3/29/00<br>↓ |
| WEDNESDAY | | | |
| THURSDAY | | | |
| FRIDAY | COED<br><br>C00379 | | |

A82

## DAILY LESSON PLANS

| 4/3 | SUBJECT | SUBJECT | SUBJECT |
|---|---|---|---|
| **MONDAY** | REVIEW for FINAL | | |
| **TUESDAY** | FINAL HEALTH EXAM | | |
| **WEDNESDAY** | SOCCER DODGEBALL  See Sept 14 | | |
| **THURSDAY** | Push/Pull Activity  See Sept 8th | | |
| **FRIDAY** | COED  Crab soccer | | |

C00380

A83

## DAILY LESSON PLANS

4/10

| SUBJECT | SUBJECT | SUBJECT |
|---------|---------|---------|
| **MONDAY** Volleyball<br>Bump<br>+ Hints Keeping<br>it alive Keeping<br>Game Both hands together<br>make contact with<br>the forearms | | |
| **TUESDAY** Serve<br>underhand against<br>closed Well<br>game | Closed fist<br>thumb to side<br>Bend Knees; hit through<br>the ball<br>8th grade practice overhead | |
| **WEDNESDAY** Setting<br>in groups<br>similar to<br>Bump activity | Finger tip<br>contact used above<br>when ball is above<br>the shoulders much more<br>Control. | |
| **THURSDAY** Games; stress<br>use of fundamentals<br>previously taught<br>pre-game warm up<br>Bump and setting - no<br>Bumping with hands<br>apart | | |
| **FRIDAY** COED<br>Coed Soccer | | |

C00381

A84

**DAILY LESSON PLANS**

| | SUBJECT | SUBJECT | SUBJECT |
|---|---|---|---|
| **MONDAY** 4/17 | Lunch duty<br>Volleyball<br>Bump/Set warm up<br>game best of 3 | | |
| **TUESDAY** | | | |
| **WEDNESDAY** | COED →<br>Volleyball | ⟹ | Observation<br>warm up<br>Set/Bump warm up<br>team - same as yesterday<br>Review - rules<br>PLAY<br>SQUADS - have student repeat<br>back rules. |
| **THURSDAY** | COED<br>Tennis baseball | | |
| **FRIDAY** | GOOD<br>FRIDAY<br>NO school | | |

C00382

A85

DAILY LESSON PLANS

| 4/24 | SUBJECT | SUBJECT | SUBJECT |
|---|---|---|---|
| MONDAY | | | |
| TUESDAY | | | |
| WEDNESDAY | Vacation? | | |
| THURSDAY | | | |
| FRIDAY | | | |

C003B3

A86

DAILY LESSON PLANS

| 5/1 | SUBJECT | SUBJECT | SUBJECT |
|---|---|---|---|
| **MONDAY** | <u>Lacrosse</u><br>- Safety<br>- drag & scoop pick up;<br>- Grid Battle - 8th (1 on 1)<br>- dems & scoop relays —<br>     6th - 7th<br>     4 balls | Shovel pickup - ball stationary + slightly moving<br>person gaining control<br>straight, roll to partner; | may shoot at net.<br>drop + leave |
| **TUESDAY** | 8th } Throw & Catch — Throw<br>7th } Skill<br><br>7th - Grid Battle<br>6th + Relay<br><br>6th pickup practice skill | to targets on Wall - scoop up rebound. | |
| **WEDNESDAY** | Kickball<br><br>J Around Out | | |
| **THURSDAY** | 6th Throw + Catch<br>1 on 1 to goal<br><br>7th } Face off, Throw/catch<br>8th }<br>     Game<br>   Stress positioning | | |
| **FRIDAY** | 6th Throw + Catch<br>    Face off<br>    Full field<br>    game<br>7th } Throw / catch<br>8th } Game | C00384 | |

A87

DAILY LESSON PLANS

| 5/2 | SUBJECT | SUBJECT | SUBJECT |
|---|---|---|---|
| **MONDAY** | President Fitness Test Shuttle Run in the gym 2 eraser 2 lines stop | Week watch | Pass out Hoops for HEART / Jump Rope |
| **TUESDAY** | 1 mile Run/WALK 2x's Around Course | | |
| **WEDNESDAY** | Pushups / Situps | | |
| **THURSDAY** | FLExibility / MAKE UPS Awards given out | | |
| **FRIDAY** | Hoops for HEART / C00385 | Jump Rope for | HEART. |

A88

DAILY LESSON PLANS

| 5/15 | SUBJECT | Lunch duty | SUBJECT | SUBJECT |
|---|---|---|---|---|
| MONDAY | LACROSSE GAME Week stress positionins / no Contact Skill | | | |
| TUESDAY | | | | |
| WEDNESDAY | | | | |
| THURSDAY | | | | |
| FRIDAY | COED | | | |

C00386

A89

DAILY LESSON PLANS

| 5/22 | SUBJECT | SUBJECT | SUBJECT |
|---|---|---|---|
| MONDAY | Ultimate Frisbee<br>Lower Field<br>Rules — Throw + Catch Practice<br>Larger classes are divided into<br>3 and 4 teams | | |
| TUESDAY | | | |
| WEDNESDAY | | | |
| THURSDAY | | | |
| FRIDAY | | | |

C00387

A90

DAILY LESSON PLANS

| 5/29 SUBJECT | SUBJECT | SUBJECT |
|---|---|---|
| MONDAY | | |
| TUESDAY 30 — Speedball — soccer Field Rules — Large classes divided into Multiple Lines | | |
| WEDNESDAY | | |
| THURSDAY | | |
| FRIDAY — COED | | |

C00388

A91

DAILY LESSON PLANS

| 6/15 | SUBJECT     Lunch duty | SUBJECT | SUBJECT |
|---|---|---|---|
| MONDAY | FLAG Football<br>2 ½ Field games 4 teams<br>Switch so all teams play each other<br>SEE OCTOBER 18th For Rules | | |
| TUESDAY | FLAG Football | | |
| WEDNESDAY | Collect 8th GRADE Locks | | |
| THURSDAY | COED ACTIVITIES | | |
| FRIDAY | C00389 | | |

A92

DAILY LESSON PLANS

| 6/12 | SUBJECT | SUBJECT | SUBJECT |
|---|---|---|---|
| **MONDAY** | Collect 6th & 7th Grade Locks<br><br>Clean Lockers | | |
| **TUESDAY** | Small ball game w/ small playground ball and alluminium bat | | |
| **WEDNESDAY** | | | |
| **THURSDAY** | | | |
| **FRIDAY** | Final Day<br><br>C00390 | | |

A93

| DAILY LESSON PLANS | | |
|---|---|---|
| 16/19 SUBJECT | SUBJECT | SUBJECT |
| **MONDAY** Other Activities Scooter team handball indoor speed ball | | |
| **TUESDAY** | | |
| **WEDNESDAY** | | |
| **THURSDAY** | | |
| **FRIDAY** C00391 | | |

A94