1

1          IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF DELAWARE
2
   RICHARD WILCOXON              :  CIVIL ACTION
3              Plaintiff         :
                                 :
4        -v-                     :
                                 :
5  RED CLAY CONSOLIDATED         :
   SCHOOL DISTRICT BOARD OF      :  NO. 05-524-SLR
6  EDUCATION, and JANAY          :
   FREEBERY                      :
7              Defendants        :

8          Deposition of JANET BASARA, taken before
   Elaine Gallagher Parrish, Registered Professional
9  Reporter, at 1509 Gilpin Avenue, Wilmington, Delaware on
   May 25, 2006, commencing approximately at 9:05 a.m.
10
   APPEARANCES:
11
               TIMOTHY J. WILSON, ESQ.
12         Margolis Edelstein
               1509 Gilpin Avenue
13             Wilmington, Delaware 19806
               for the Plaintiff,
14
               BARRY M. WILLOUGHBY, ESQ.
15         Young Conaway Stargatt & Taylor, LLP
               P.O. Box 391
16             The Brandyine Building
               1000 West Street, 17th Floor
17             Wilmington, Delaware 19801
               for the Defendants.
18
   ALSO PRESENT:
19
               RICHARD WILCOXON
20             DIANE DUNMON
               JANAY FREEBERY
21

22

23              WILCOX & FETZER
       1330 King Street - Wilmington, Delaware 19801
24              (302)655-0477



WILCOX & FETZER LTD.
Registered Professional Reporters



A238

JANET BASARA                                    8

1     Q.    At one point you were the acting principal,

2    correct?

3     A.    Correct.

4     Q.    And when was that?

5     A.    2002-2003 school year.  Is that right?

6              MR. WILLOUGHBY:  I think it was 2003-2004.

7              THE WITNESS:  2003-2004 school year.

8    BY MR. WILSON:

9     Q.    Okay.  In your role as assistant principal at

10   Skyline, did you perform functions such as disciplining

11   employees on behalf of the School Board?

12    A.    As an assistant principal?

13    Q.    Yes?

14    A.    No.

15    Q.    What about as acting principal?

16    A.    Yes.

17    Q.    What did you do to prepare for today's

18   deposition?

19    A.    I refreshed my memory by reading over some of my

20   notes that I had taken at the time, knowing that it was

21   two years -- two years ago.

22    Q.    Your own personal notes?

23    A.    Yes.

24              MR. WILLOUGHBY:  I want to be clear, that

1     Q.    And what subjects did they team teach?

2     A.    PE and health.

3     Q.    Can you give me a brief explanation as to how

4   team teaching works?

5     A.    Usually they plan together, when teachers team

6   teach they plan together, help each other prepare

7   materials and whatnot, work together sometimes in the

8   same room.  In the gym they would -- they could be

9   separated because there was a divider or they could

10   leave the divider open and do a coed, and in health they

11   work together in a multi-purpose room which was our

12   auditorium which was a little smaller than an auditorium

13   but they would put both classes together and teach

14   health.

15     Q.    Okay.  Prior to this school year Miss Freebery

16   had been on sabbatical, correct?

17     A.    Yes.

18              MR. WILLOUGHBY:  I object.  I'm not sure

19   that she was on sabbatical.  She was on maternity leave.

20              MR. WILSON:  Well, she just answered yes.

21              THE WITNESS:  Well, maternity leave.

22              MR. WILLOUGHBY:  You got to be clear in the

23   question.  That's why I objected.

24              THE WITNESS:  She was on maternity leave.

1   She had a baby.

2   BY MR. WILSON:

3       Q.   Was she out the whole year?

4       A.   Half a year.

5       Q.   During the 2002-2003 school year were you aware

6   of any tension between Miss Freebery and Miss Wilcoxon?

7       A.   Is that the year this all started?

8               MR. WILLOUGHBY:   He's referring to the

9   first year when she came back from maternity leave.

10  BY MR. WILSON:

11      Q.   The first year they would have team taught

12  together.

13      A.   No.   There was not a problem that I was aware

14  of.

15      Q.   How long have you known Miss Freebery?

16      A.   Since I started working at Skyline.

17      Q.   When was that?

18      A.   What -- do I know what year -- I really don't

19  remember what year.  Let's see, it would be 2001, I

20  think 01-02 school year, maybe.

21      Q.   So for about five or six years --

22      A.   Uh-huh.

23      Q.   -- is that approximate?  Are you a personal

24  friend of Miss Freebery's?



1    A.   No, I am not.

2    Q.   Do you ever socialize with her out of work?

3    A.   I have never.

4    Q.   Never gone to lunch?

5    A.   No, I didn't.

6    Q.   Out for drinks?

7    A.   No.

8    Q.   Ever been to her house?

9    A.   Only for Christmas parties which she held for

10   the staff.

11   Q.   Parties or party?

12   A.   I believe there may have been two.  There was a

13   baby shower, and the Christmas party that I remember.

14   Q.   Other than those two instances you haven't done

15   anything with Miss Freebery outside of work?

16   A.   No, I have not.

17   Q.   Were you aware of any problems that Miss

18   Freebery was having in her personal life during the

19   2002-2003 school year?

20   A.   Yes.

21   Q.   And what were those?

22   A.   She had just separated from her husband, was

23   getting a divorce and had just had a baby.

24   Q.   Did that have an impact on her professional

JANET BASARA                                    17

1   with Mr. Wilcoxon performing his duties?

2       A.    Do you mean that were in writing or just that

3   indicated there might be issues?

4       Q.    Anything that you were aware of?

5       A.    He had issues with classroom control.  He sent

6   students out of class quite a bit to be disciplined.  He

7   was working with Frank Rumford and Frank was mentoring

8   him trying to help him get control; lesson plans, help

9   him with lesson plans, things like that.

10      Q.    So, is it inappropriate to send students out of

11  the class if you're having problems with them?

12      A.    Not inappropriate.  If you're having a

13  discipline problem you would send them out to a timeout

14  room.  I just remember that there were a lot coming out

15  of Mr. Wilcoxon's room.

16      Q.    Okay.

17      A.    And that's when you're comparing a staff of 40,

18  40 teachers or so, he had a large number.

19      Q.    Is it possible that that could be an issue of

20  the makeup of the students in his class as opposed to

21  Mr. Wilcoxon?

22      A.    As opposed to him?

23      Q.    Yes.

24      A.    No, all the teachers had the same students.  I



WILCOX & FETZER LTD.
Registered Professional Reporters

A243

JANET BASARA                                    24

1    Q.   Yes.  Any type of discipline?

2    A.   Yes.

3    Q.   Okay.  For what?

4    A.   The things that Rich -- Richard put on the

5  documentation, he had not brought that to my attention,

6  but when it was found I spoke to Miss Freebery and at

7  that point Rich had already said, I'm sorry, Richard,

8  had already said that he had exaggerated, he had written

9  it in anger and some of it was not true.  So when I

10  spoke to Miss Freebery I said verbal reprimand, whatever

11  was true, whatever part of that is true, it needs to

12  stop.

13    Q.   Okay.  Did you do any investigation into what

14  was true and what was not true?

15    A.   We talked about that together as a group.

16    Q.   Okay.  With Mr. Wilcoxon?

17    A.   Yes.

18    Q.   Okay.  When did he tell you that he exaggerated?

19    A.   In that meeting.

20    Q.   And what date was that meeting?

21    A.   There were a lot of meetings on the 15th, 16th

22  and 17th.  We had a lot of in and out, in and out, and

23  we were trying to figure out what exactly happened.

24    Q.   Okay.  Was the meeting that he allegedly said

A244

BY MR. WILSON:

Q.    So it's a two-year cycle?

A.    It is.  And it's usually one per year because of time, it just takes a long time to do them.

Q.    Are you aware of any negatives or recommendations on Miss Freebery's observations from that year?

A.    No, I am not aware of any.

Q.    Were you aware from any source that Miss Freebery arrived late for morning duty at any time during that school year?

A.    I was not until Richard made his documentation.

Q.    If she had been late for morning duty would she have been required to sign in anywhere?

A.    If she was late?

Q.    Yeah.

A.    No, we didn't have a sign-in in the morning for teachers.

Q.    So they could just come in whenever they wanted?

A.    No.  They were due in before the students.  7:30 the teachers needed to be in the building; 7:45 the students came in.

Q.    How do you keep track of teachers that came in late?



1      Q.    During that whole school year?

2      A.    Uh-huh.

3      Q.    Just to bring flowers?

4      A.    If even that, yes, maybe two times, brought her

5   flowers, left them in the office.

6      Q.    What about 2003-2004 school year?

7      A.    I don't remember if I saw Bruce in the building.

8   I don't remember if it happened.  I don't.

9      Q.    What about the other guy that you can't remember

10  his name during 2002-2003?

11     A.    Never met him.

12     Q.    How did you know she was dating someone else?

13     A.    I don't know.

14     Q.    Okay.  And were you informed by Mr. Wilcoxon

15  that Mr. Hannah was not following the proper sign-in

16  procedures?

17     A.    Not until he wrote his document.

18     Q.    And that was in December, correct?

19     A.    Yes, but until that point he had never said a

20  word.

21     Q.    Were you informed by Mr. Wilcoxon that

22  Mr. Hannah was frequently at the school to see Miss

23  Freebery?

24     A.    Not until he -- we found the documents.  He

1    Q.    And was she team teaching with Mr. Wilcoxon at

2    the time?

3    A.    Yes.

4    Q.    Would have Mr. Wilcoxon been notified of this?

5    A.    By her.

6    Q.    So you wouldn't have given any notification?

7    A.    No.  No.  Normally the procedure would be if a

8    teacher is going to leave or is asking permission to

9    leave, they usually come to us with a plan.  I'd like to

10   go see this or I'd like to do that or I have a doctor's

11   appointment and so and so is going to cover my class.

12   Q.    Okay.  Are there records of this?

13   A.    I doubt it.  Not now.

14   Q.    When did Miss Freebery first come to you with

15   her complaints about the alleged inappropriate comments

16   that Mr. Wilcoxon had made to her?

17   A.    The day that she saw that he was documenting her

18   and she came up in tears and said she couldn't believe

19   that he would do that because she had put up with so

20   much and didn't want to get him in trouble for all the

21   things that he had been saying to her and here he is

22   documenting her.  She was in shock and she was upset and

23   she said he had been making inappropriate comments.

24   Q.    What did she say that he had said?



1    A.    At that particular meeting or in general those

2    three days?

3    Q.    At any time.

4    A.    Okay.  In general during those three days

5    eventually when she calmed down we asked the question,

6    what has he said.  And at that time she stated several

7    comments that he had made, some of them of a sexual

8    nature.  She looked really good in those pants, made her

9    feel uncomfortable.  She had asked Bruce -- he had said

10   something to Bruce about congratulations, you're a daddy

11   again.  She had said -- he had said something to some

12   teachers that she was pregnant because she had to keep

13   going to the bathroom, and all of this was embarrassing

14   to her and she had asked him to stop and he kept it up.

15   Q.    When did she ask him to stop?

16   A.    Each time.  According to her.  I wasn't there.

17   Q.    Do you know when the comments were made?

18   A.    When he made those comments to her?

19   Q.    Yes.

20   A.    I know one of them.  I heard it.

21   Q.    Okay.  Which one was that?

22   A.    He had won a poinsettia at our A-plus drawing

23   for the teachers at a meeting, and that afternoon or the

24   next day we had a faculty party, staff Christmas party



1   at Miss Freebery's house, and he pointed out the

2   poinsettia was there at her class and said he had given

3   it to her because she was the closest thing he had to a

4   wife and a bitch.

5       Q.   And he said this directly to you?

6       A.   He said this to a group of people who were in

7   the foyer as he was pointing to the flower in the foyer.

8   I was standing on the steps.  Everybody turned around

9   and moved away.  It was an uncomfortable comment.

10      Q.   Okay.  You have mentioned a couple times about

11  the notes that Mr. Wilcoxon kept on Miss Freebery?

12      A.   Uh-huh.

13      Q.   I am going to refer to that as a journal, okay?

14      A.   Okay.

15      Q.   And I mean obviously you're aware of the

16  journal, correct?

17      A.   Yes.  Uh-huh.

18      Q.   And at some point you came into possession of

19  the journal, correct?

20      A.   Yes.

21      Q.   Can you tell me how that happened?

22      A.   Janay brought it upstairs the morning that it

23  was found.

24      Q.   And upstairs means to your office?



1    A.    Yeah.  I'm sorry, yes.

2    Q.    And what did she say?

3    A.    She couldn't believe that he was doing this, why

4    would he write all these lies, why would he do this?

5    What was his point?  She had put up with so much from

6    him and she couldn't believe that he was going to do

7    something like this.  Why was he trying to do this?  She

8    had absolutely no idea.

9    Q.    What did she think he was trying to do?

10   A.    We didn't know.  Why would you keep a log like

11   that?  It didn't make any sense.

12   Q.    Did she say how she got the journal?

13   A.    Yes.

14   Q.    How did she get the journal?

15   A.    Mr. Wilcoxon was absent that day, called in

16   sick.  He did not have lesson plans and Mr. Rumford went

17   to try to find lesson plans.  If a teacher is absent

18   they often leave them on their desk.  We have emergency

19   plans in our file.  When Mr. Rumford looked for those

20   they were outdated by two years, so they couldn't be

21   used.  He went downstairs into Mr. Wilcoxon's office

22   hoping that he had left plans on his desk.  He didn't.

23   But there was a notepad there.  The substitute was with

24   Mr. Rumford, and he said here, just get kids to sign in

1    at this point, we have kids coming in, so sign the kids

2    in and we'll get something going here.  So he had to

3    talk to Miss Freebery about getting a lesson and what

4    was going to happen with the kids that day.  There were

5    no plans.

6        Q.   So you thought those were lesson plans?

7        A.   No, he took the book to get the kids to sign in.

8    Teachers should have a class list so that a substitute

9    would know who is supposed to be in class, otherwise you

10   could have half your class missing and you'd not even

11   know it.

12       Q.   Okay.  Wouldn't Mr. Rumford have access to the

13   class list on his computer?

14       A.   Not on -- he might have been able to pull that

15   up eventually but, as I said, I have never seen a

16   teacher not leave plans in some form.

17       Q.   Okay.

18       A.   And you need a class list.  So it would be

19   assumed it would be on your desk.  You have a record

20   book where you keep grades, that could have been on his

21   desk and that would be the quickest way to find out.

22       Q.   So if --

23       A.   You're looking for lesson plans, you're looking

24   for bell schedule, you're looking for class list.  You



1    need those all to be together.  For somebody to pull

2    those together when the students are coming in takes

3    time.  It would be assumed it would be on the desk or in

4    a mailbox for the substitute.

5        Q.   So I don't understand if he got this information

6    for the substitute how it ended up with Miss Freebery?

7        A.   Because she was the other teacher in the room.

8    They were team teaching at that point in the same gym.

9        Q.   If they were team teaching wouldn't Miss

10   Freebery have lesson plans --

11       A.   No.  She had her list of students, he had his.

12   In the gym they could draw the door.  But without a

13   substitute there -- without a lesson plan there then I'm

14   assuming, and you can ask Mr. Rumford, he was looking

15   for some direction on what the kids were working on,

16   what they were doing so they could continue.

17       Q.   But it wouldn't have been Miss Freebery's

18   obligation to teach Mr. Wilcoxon's class?

19       A.   No, it would not.  No.

20       Q.   How did she end up with the notebook?

21       A.   He took the notebook, had the students sign in,

22   and then told the substitute to give them to Miss

23   Freebery and that way we could figure out if anybody was

24   missing, any students that cut class, everybody was



A252

JANET BASARA                                    49

1    didn't you just talk to her?  If she was coming in late

2    and that was bothering you why didn't you say something?

3    If she was asking you to do something you didn't want to

4    do why didn't you just say something to her?  You saw

5    her every day.  Why wouldn't you just speak to her about

6    that?  Why would you keep a log?  Especially then tell

7    me that the log is fabricated in some way, that it's

8    exaggerated and that some parts aren't even true.  What

9    would be the point of that?  So this log, that's what

10   I'm saying, that this log didn't make a whole lot of

11   sense.

12   BY MR. WILSON:

13       Q.   Okay.  But there is no rule against it?

14       A.   No.

15       Q.   All right.  And you requested a meeting with

16   Mr. Wilcoxon that day, correct?

17       A.   It would have been the following day, the 16th.

18       Q.   The following day?

19       A.   The following day.

20       Q.   And that was December 16th?

21       A.   Yes.  He was absent the 15th and that's what

22   started all of that.

23       Q.   Okay.

24            MR. WILSON:  I'd like to have this marked.



**WILCOX & FETZER LTD.**
Registered Professional Reporters

A253

JANET BASARA                                    57

1   than just speak to her.

2       Q.    Okay.  Why was it important that you find out

3   who?

4       A.    It wasn't important.

5       Q.    Okay.  You said why he kept the journal, what

6   did he answer when you asked him that?

7               MR. WILLOUGHBY:  Objection.  Asked and

8   answered.

9   BY MR. WILSON:

10      Q.    You can answer.

11              MR. WILLOUGHBY:  You can answer again, if

12  you want but --

13              THE WITNESS:  Okay.  Say the question

14  again, please.

15  BY MR. WILSON:

16      Q.    You said that you asked him why he kept the

17  journal?

18      A.    Uh-huh.  And he said he had overheard -- someone

19  had told him that he was difficult -- that he was -- I'm

20  sorry.  Someone had told him that they heard Janay say

21  that he was difficult to work with, and he talked to a

22  group of friends and someone advised him to cover his

23  ass.

24      Q.    Had you read the journal prior to this meeting?

1              MR. WILLOUGHBY:  Just to be clear, this is

2   December 16th?

3              MR. WILSON:  December 16th.

4              THE WITNESS:  Then I would have seen it on

5   the 15th.

6   BY MR. WILSON:

7      Q.    And you read the allegations in the journal?

8      A.    Yes.

9      Q.    And had you met with Miss Freebery prior to this

10  meeting?

11     A.    Yes.

12     Q.    Was Mr. Rumford at that meeting?

13     A.    Yes.

14     Q.    What happened at that meeting?

15     A.    Well, there were several meetings on the 15th,

16  16th and 17th.  So the meeting that I had with Janay was

17  to clarify what had happened, if any of this was true,

18  if any of -- what was going on with this, and basically

19  she said no, this was -- this was fabricated.  This

20  wasn't true.  Why was he lying?  Why would he do all of

21  this?  She put up with so much.  She was trying not to

22  get him into trouble and to deal with it herself, and so

23  she never said a word about the things that he was

24  saying to her, so she just couldn't understand it.



1     Q.    So she denied everything that was in the

2   journal?

3     A.    Uh-huh.  And then in the meeting when we had

4   Mr. Wilcoxon he agreed, he wrote it in anger, he

5   exaggerated and some of the stuff was not true.  Those

6   were his words.

7     Q.    Did Miss Freebery ever admit to you that she was

8   often late?

9     A.    No.  No.

10    Q.    Never?

11    A.    She did not admit that she was often late, no.

12  Whether she came in a couple minutes late, she didn't --

13  we didn't get into that, but she was never late when the

14  kids were there and that was on the paper.

15    Q.    That's what she said?

16    A.    Yes.

17    Q.    Did you do any further investigation into that?

18    A.    Well, how could I?

19    Q.    I don't know.  Could you talk to the students

20  perhaps?  Did you talk to the students?

21    A.    No.

22    Q.    Why not?

23    A.    What would I say to a student?  Did you see Miss

24  Freebery come in late?  I wouldn't go to a student over



1    that, especially after Mr. Wilcoxon said that it was

2    fabricated and it was exaggerated.

3        Q.   He said everything in the journal was

4    fabricated?

5        A.   He agreed that there were exaggerations, he

6    wrote it in anger, and that some of it was not even

7    true.

8        Q.   Did you ask him specifically --

9        A.   Yes.

10       Q.   -- the things that weren't true?

11       A.   Yes.

12       Q.   What did he say?

13       A.   In particular he pointed out that she -- he had

14   said something on the journal about she --

15       Q.   I'll tell you what.  Why don't we look at the

16   journal and that might help you go through it a little

17   better.

18       A.   Okay.

19       Q.   I apologize.  I was here by myself last night so

20   I still have your sticker on there.

21             MR. WILLOUGHBY:  Why don't you just refer

22   to it as Wilcoxon-1?

23             MR. WILSON:  Off the record.

24             (Discussion held off the record.)

1                (Basara Deposition Exhibit Basara-3 was

2    marked for identification.)

3                THE WITNESS:  This one in particular --

4                MR. WILLOUGHBY:  Wait.  Are you ready now?

5                THE WITNESS:  I'm just saying on one in

6    particular that I was looking for.

7    BY MR. WILSON:

8        Q.    Okay.

9        A.    He said -- he wrote --

10               MR. WILLOUGHBY:  Let's get to the right

11   page.  Bates number is 00760?

12               THE WITNESS:  Yes.

13   BY MR. WILSON:

14       Q.    And what's the date of the --

15       A.    It is the third little bullet down under

16   November 24th continued.

17       Q.    Okay.

18       A.    Arrived at 6:22 for choice open house.  Teachers

19   were supposed to arrive at 6 p.m. leaving me to set up

20   everything.  And that in particular Janay said I had set

21   everything up beforehand and you know it.  It was all

22   ready before I left.  You know that.  Why would you

23   write that?  And he said yes, that's true.

24       Q.    Okay.  So he fabricated this one?

1      A.    Uh-huh.

2      Q.    Any others?

3      A.    That was the one I remember off the top of my

4   head.

5      Q.    Okay.  Can you go through and read this and tell

6   me the other ones?

7      A.    As far as lates, he said yes, he was

8   exaggerating.

9      Q.    Well, how about the very first one, September

10  8th:  Janay was so late to school she missed her first

11  two classes, first planning and half of third class?

12     A.    Yeah.  I asked her about that.  She said she

13  didn't remember.  I didn't remember that.  I mean if she

14  had missed classes we would have had to have a

15  substitute or she would have called in.

16     Q.    It says the office called a sub in for her?

17     A.    Okay.

18     Q.    So did he admit to fabricating this?

19     A.    I don't know that -- I can't remember which

20  specific ones he did except for that one in particular I

21  did remember, but I can't tell you which ones he said

22  were and were not, but he generally admitted that this

23  was not the whole truth and so then that becomes really

24  hard to say that any of it is true.  He said he wrote it



1    in anger, and he was upset with her because she had said

2    he was difficult to work with.

3        Q.    But you didn't endeavor to find out which ones

4    were fabricated and which ones were exaggerated and

5    which ones were true, correct?

6        A.    Well, we were talking about the whole paper.

7        Q.    Uh-huh.

8        A.    The whole log.  He admitted - and I think I have

9    said this about four times now - he admitted that there

10   were fabrications in here.

11       Q.    Right.

12       A.    That this was exaggerated.  So then the whole

13   thing becomes --

14       Q.    Did you ask him if anything in here was true?

15       A.    He was -- he was saying that generally what she

16   was doing was coming in late.  She said she wasn't.  It

17   becomes he said she said.  If he had told me this I

18   would have been able to go down and look, if need be, or

19   to talk to her about it, which is what I would have

20   done, or talked to him.

21       Q.    So this was an instance of he said she said?

22              MR. WILLOUGHBY:  Are you talking about the

23   stuff in the log?

24              MR. WILSON:  Yeah, during this meeting and



A260

1    the stuff in the log.

2               THE WITNESS:  That's two questions.  He

3    said, she said is on here.  He admitted that this had

4    fabrications and exaggerations.

5    BY MR. WILSON:

6       Q.    Okay.

7       A.    That's it.

8       Q.    Okay.  So you didn't endeavor to find out if any

9    of this was true?

10              MR. WILLOUGHBY:  I think it's been asked

11   and answered.

12              MR. WILSON:  If she can answer.

13              THE WITNESS:  I don't know how many more

14   times I have to say that.

15              MR. WILLOUGHBY:  She's been through this.

16              THE WITNESS:  He admitted that this was not

17   truthful.

18              MR. WILSON:  That nothing in here was true?

19   He said nothing in here was true?

20              THE WITNESS:  He said he exaggerated.  He

21   wrote it in anger.  So what -- what would you want me to

22   do with that I guess?  What do you want me to do with

23   it?  He admitted that it wasn't truthful.  And I asked

24   him at that point, please tell me if it happens again.

1      A.    Four of us:  Mr. Wilcoxon, Miss Freebery, myself

2  and Mr. Rumford; and the purpose of that meeting was

3  conflict resolution.

4      Q.    Okay.  Did Mr. Wilcoxon have a union

5  representative of his choice there?

6      A.    No.

7      Q.    Was he given 48-hours notice of the meeting?

8      A.    He doesn't need 48-hours notice.

9      Q.    Why is that?

10     A.    Because that's if he's going to a district level

11 meeting, not an in-school meeting.

12     Q.    Was he given the notice in writing, notice of

13 the meeting in writing?

14     A.    I don't remember.

15     Q.    Do you know how much time he was given, how much

16 notice he was given before the meeting started?

17     A.    I don't know.

18     Q.    What happened at this meeting?

19     A.    At this meeting my goal was to help the two of

20 them be able to work together, to get past this whole

21 issue, and to make it clear what has been said to each

22 of them about each of them so that they both --

23 everybody was on the same page, and to make it clear

24 that it shouldn't happen again.



1       Q.    All right.  Did Miss Freebery say anything at

2    this meeting?

3       A.    Yes.

4       Q.    What did she say?

5       A.    She talked about the comments that he had made,

6    that they were offensive.

7       Q.    Is this the first time you heard about it?

8       A.    No.  The 15th.

9       Q.    Okay.  Did you tell Mr. Wilcoxon what the

10   comments were?

11      A.    Miss Freebery did.

12      Q.    She did?  And what did she say the comments

13   were?

14            MR. WILLOUGHBY:  I think this has been

15   asked and answered a long time ago in the deposition.

16            MR. WILSON:  That's what Miss Freebery said

17   in the initial meeting on the 16th.  Were they the same

18   comments on the 17th?

19            THE WITNESS:  Yes.

20   BY MR. WILSON:

21      Q.    Did Mr. Wilcoxon deny the comments?

22      A.    No.  Actually he acknowledged it.

23      Q.    How did he acknowledge it?

24      A.    He said, oh, I was just joking, and she opened



1    the door.  She started talking about when she went on

2    her honeymoon she was on a nude beach, so I thought it

3    was okay.  To me that was an acknowledgment that he had

4    said something and that he knew what we were talking

5    about, what she was talking about.

6        Q.    Did Miss Freebery demand to know who advised him

7    to keep the journal?

8        A.    No.

9        Q.    Did you?

10       A.    No demands.

11       Q.    Did you ask?

12       A.    A request, yes, but that was at an earlier

13   meeting, I believe when it was just Mr. Wilcoxon there.

14       Q.    Did Miss Freebery make a request at this meeting

15   to know who told him to keep the journal?

16       A.    I believe that she asked.

17       Q.    Did Mr. Wilcoxon tell her?

18       A.    No.

19       Q.    Did he say why not, why he wouldn't tell her?

20       A.    He wouldn't say why not, no.

21       Q.    Did this upset Miss Freebery?

22             MR. WILLOUGHBY:  Did what upset Miss

23   Freebery?

24             MR. WILSON:  That he refused to tell her



1   who told him to keep the journal.

2                   THE WITNESS:  Minor issue, minor compared

3   to everything else that was going on, absolutely.

4   BY MR. WILSON:

5       Q.    Okay.  Did you make a statement to Mr. Wilcoxon

6   that you needed to figure out how he and Miss Freebery

7   could finish out the year together?

8       A.    I said we have got a long year, we need to

9   figure out how to make this work, and it was December,

10  so it was a long year, and there was huge tension and

11  great upset on both parts.  He was very, very upset.

12  She was very, very upset, and so I said, yeah, we got a

13  long year, we got to figure out how to make this work.

14      Q.    And did Mr. Wilcoxon ask you about this

15  statement?

16      A.    Later he did.

17      Q.    Okay.  And did you respond you're not tenured,

18  are you?

19      A.    No, well, that comment was made in there

20  somewhere.  But when he asked me why did I say that, he

21  said maybe I'm reading too much into this, but you said

22  we have a long year, and I said, Rich, yeah, you're

23  reading too much into it.  We do have to get this year

24  -- we have a lot of time left this year and you're both



1    very, very upset. That's what I was talking about.

2    Summer is a break and you come back and you're

3    refreshed. Hopefully that would have happened.

4        Q.   So how did the tenured comment come into play?

5        A.   I believe he asked me if this was going to be a

6    problem because he was non-tenured and I said you're

7    non-tenured, just acknowledging you're non-tenured and

8    actually I wasn't sure that he was non-tenured at that

9    point because I knew he had some time in at other

10   schools, didn't really think about it that much.

11       Q.   Did you begin consider terminating Mr. Wilcoxon

12   at that time?

13       A.   No. Again, my job was to try to work with him,

14   work with Janay, try to get that relationship working

15   again because it was very broken at that point, and I

16   had two teachers in the same space trying to work

17   together and that was going to be very hard on the

18   students, and I didn't want to see that happen.

19       Q.   Okay. So that was the first meeting on December

20   17th, correct?

21       A.   Yes. With -- well, there were many meetings on

22   the 15th and 16th.

23       Q.   Okay.

24       A.   The 17th meeting with all of us, that's where



1    that -- well, I don't even know when he said that.  He

2    didn't say that there.  I think he said that after

3    school that day.  He came back in, met with Mr. Rumford

4    and I at one point and said I feel sick, I feel sick to

5    my stomach.  I know that she just made accusations in

6    front of my supervisors.  I know where that can lead.  I

7    have researched this or I have experience with this.  He

8    said something along the line that he knew what this --

9    what this meant.  He did.  I didn't know what he was

10   talking about at that point.

11       Q.   Okay.  Did he deny making the comments at this

12   after-school meeting on December 17th?

13       A.   I don't remember.  At that point he was more

14   concerned with my comment about we have a long year

15   ahead of us.  He took -- he interpreted that as at the

16   end of the year he wasn't going to be there.  That was

17   not my intention.

18       Q.   At the after-school meeting on December 17th did

19   he tell you that he thought that this was Miss

20   Freebery's way of getting back at him for keeping the

21   journal?

22       A.   No.  I don't remember that.  And by that point

23   he had already said she opened the door.  And he said it

24   in front of three people.



WILCOX & FETZER LTD.
Registered Professional Reporters

1    A.   Yes.

2    Q.   And the date says January 20th, 2004?

3    A.   Correct.

4    Q.   And in handwriting beside it it says 1-22-04?

5    A.   Correct.

6    Q.   JB?

7    A.   Yes.

8    Q.   Is that your writing?

9    A.   Yes.  Do you want to know why?

10   Q.   Yes.

11   A.   He was out of school for three days previous to

12   the 20th.  The 20th he was expected to be back in

13   school, and so when I wrote the letters I planned to

14   meet with him on the 20th but he was absent two

15   additional days and so I had to wait two more days to

16   the 22nd to have our meeting.

17   Q.   Okay.  And what was he being disciplined for

18   with this letter?

19   A.   This letter was a statement that we had met, we

20   talked, that there were comments made.  This was a

21   documentation of the meeting that we had the meeting.

22   In addition, Miss Freebery was going to press charges if

23   it happened again, and so I felt it was important that

24   he have that in writing should another comment be made



WILCOX & FETZER LTD.
Registered Professional Reporters

A268

1    so that there would be no misunderstanding that he had

2    been warned that if these comments continued she was

3    going to press charges.

4        Q.    Okay.  And this letter references the December

5    17th, 2003 meeting, correct?

6        A.    Yes.  Right.

7        Q.    So there was some discipline that came out of

8    that December 17th meeting, correct?

9        A.    This is just a statement that we had the meeting

10   and that those comments needed to be stopped.

11       Q.    Okay.  And if the comments --

12       A.    Continued there would be action.

13       Q.    And if they stopped there would be no further

14   action?

15       A.    Right.  She was not pressing charges at that

16   time.

17       Q.    So this letter is not a form of discipline?

18       A.    Yes, it is.

19       Q.    Okay.

20       A.    It's a statement of what happened, and what was

21   discussed.

22       Q.    All right.  And when you presented -- was this

23   the first letter you gave to Mr. Wilcoxon at that

24   meeting?



1    A.    Yes.  Yes.

2    Q.    When you presented him with this letter did he

3    request a union representative?

4    A.    Yes.

5    Q.    Was he provided one?

6    A.    No.  What I told him was that at this time I'm

7    meeting with him as a principal with a teacher and he

8    could receive the letters and then go directly to his

9    representative and talk to them and then we would meet

10   again, but all I was doing was giving him the letters at

11   that point.  He did not need to make any comments

12   whatsoever.  I wasn't asking him to comment.

13   Q.    So you told him he couldn't have a union

14   representative?

15   A.    I just said, all I'm going to do is give you the

16   letters.  You can take them directly to your

17   representative or you can call Mr. Norton, you can do

18   whatever you need and then we'll deal with that.  But

19   this was just a matter of getting the letters to him

20   which could have been mailed or put in his mailbox but I

21   was handing them to him.

22   Q.    Okay.  I'd like to mark another exhibit.

23          (Basara Deposition Exhibit Basara-6 was

24   marked for identification.)



1    Q.   Okay.  Overall was this a good --

2    A.   Acceptable.

3    Q.   And you referred to the last one as an announced

4    observation, and on the front page of this there is a X

5    beside --

6    A.   Unannounced, correct.

7    Q.   -- unannounced.  So is this an unannounced

8    observation?

9    A.   Correct, and it was PE rather than health,

10   totally different setting.

11   Q.   How so?

12   A.   One is in the gym, students are being active,

13   and the other one was in an auditorium-type setting

14   called the multi-purpose room where students were doing

15   written work, reading, discussion, small group work.

16   Q.   And as of February 12th, 2004 Mr. Wilcoxon was

17   no longer team teaching with Miss Freebery, was he?

18   A.   Probably not by then.  Absolutely not.

19   Q.   Okay.  I'd like to have that marked as 13.

20        (Basara Deposition Exhibit Basara-13 was

21   marked for identification.)

22   BY MR. WILSON:

23   Q.   Okay.  Can you review that and let me know when

24   you're finished?



1      A.    Uh-huh.  I think there is a page missing.  There

2    is a page missing.

3      Q.    What page?

4      A.    It would have been the one before the signature

5    page.

6      Q.    Okay.  Do you recall what was on that page?

7      A.    It would have been my recommendations and

8    commendations and more of what happened in class, I

9    suppose.

10               MR. WILLOUGHBY:  Here is, I got .  .  .

11               Do you want to mark that one as the next

12   one so we have the page?  What number are we up to?

13               MR. WILSON:  Okay.  I'll just get some

14   copies of this made.

15               MR. WILLOUGHBY:  If you just want to mark

16   it as the next exhibit, I have got copies here.

17               MR. WILSON:  You do?

18               MR. WILLOUGHBY:  Yes.  What number are we

19   on?

20               MR. WILSON:  This would be 14.

21               (Basara Deposition Exhibit Basara-14 was

22   marked for identification.)

23   BY MR. WILSON:

24      Q.    Off the record.



1          (Discussion held off the record.)

2          THE WITNESS:  Okay.

3   BY MR. WILSON:

4      Q.    Okay.  You have been handed two exhibits, one

5   was exhibit 13 and one is exhibit 14.  When you were

6   handed 13 you indicated that one page was missing and

7   Mr. Willoughby was kind enough to supply one with all

8   the pages intact.  So I am going to ask you about

9   exhibit 14, okay?

10     A.    Okay.

11     Q.    And can you tell us what this is?

12     A.    This is a lesson analysis, unannounced, in

13  health which was in the multi-purpose room.

14     Q.    And is that your signature on --

15     A.    Yes.

16     Q.    -- the third page -- excuse me, fourth page?

17     A.    Uh-huh.  Yes.

18     Q.    So you conducted this --

19     A.    Yes.

20     Q.    -- analysis?

21     A.    Yes.

22     Q.    Did Mr. Wilcoxon receive unsatisfactory grades

23  on this lesson analysis?

24     A.    Well, there is no term for that.

1      Q.   Okay.  Let me rephrase it.  Is this an

2  unsatisfactory lesson analysis?

3      A.   There were parts of it that were unsatisfactory.

4  They're stated in the recommendations.

5      Q.   Okay.  And what is that?

6      A.   Do you want me to read them all?

7      Q.   Well, you can just mention them if you can.

8      A.   Mr. Wilcoxon had written an objective on the

9  board but the screen was pulled down so the kids

10  couldn't see what he wrote up there, so I was basing

11  what his objective was on what he said rather than what

12  he wrote, and I felt that it wasn't clear enough

13  compared to what it should have been, what it could have

14  been, that that piece is critical, and that's been

15  stated in previous observations.

16      Q.   Okay.  Is that it?

17      A.   Oh, no.  I recommended in here that he do more

18  careful planning when he does a group assignment.  The

19  students were allowed to just pick their own groups and

20  move wherever they wanted.  Having been a classroom

21  teacher myself I know you need to give some direction to

22  that.  Oftentimes you would want to put students

23  together who could work well together, for example a

24  high rating student with a lower rating student, and you



1   look for those differences in order to help students

2   help each other.  There didn't appear to be anything

3   like that going on.  Students were able to pick whoever

4   they wanted to work with, which is fine, that happens

5   from time to time also.

6              He said that they could move to their

7   groups, and everybody moved over to the same side except

8   for two groups, one behind and one to the side.  That

9   clustered so many kids together that they then became

10  loud in trying to talk to each other.  Again, we're in

11  an auditorium, kind of a horse-shoe shape, and one

12  group, the groups were lining themselves this way, chair

13  one, two, three and four.  So when partner one is

14  talking to partner four he has to yell.  So had he

15  thought that through a little bit he might have put them

16  in a group of four so that they could have talked to one

17  another in a lower voice.  But he had what, 34 students

18  in there?  38 students, and so in forming groups my

19  suggestion was that he think it through a little bit

20  more, and make those kinds of directions clear to the

21  students.

22             He also had not told the students initially

23  that they were going to be making a presentation.  If

24  students know they're going to make a presentation then



1    they need to be prepared who is going to speak on their

2    behalf and what is that person going to say, to stand up

3    and do that.  He did not give that direction in the

4    beginning of the lesson but as everybody returned to

5    their seats then he said okay, so I want to have

6    somebody come up and tell us what you did.

7                 There was a serious issue with noises where

8    the students were whistling and one student started on

9    one side of the room making a whistle sound and when

10   Mr. Wilcoxon looked that way another student on the

11   other side of the room whistled and when he looked over

12   that way another student made a whistle somewhere else,

13   so he was trying to figure out who was doing what.  And

14   that seemed to be students were embarrassing him.  That

15   doesn't happen normally.

16       Q.    Okay.

17       A.    That went on for quite a bit.  He did attempt to

18   stop that by saying everybody -- by saying to the whole

19   group, you need to stop, stop that.  And then at one

20   point he said if you do that again you're going to get

21   sent out but he did not look at a particular student

22   when he said that.  He just said it in general.  Well,

23   if you don't know who is doing it how are you going to

24   send them out and the kids know that.  So then that



1   becomes a threat that you can't follow through on which

2   undermines your authority.

3        Q.   Now, this --

4              MR. WILLOUGHBY:  I don't think she was

5   done.

6              MR. WILSON:  Okay.

7              THE WITNESS:  No, there is more.

8   BY MR. WILSON:

9        Q.   Okay.

10       A.   Let's see.  Clearer directions was in here as a

11  recommendation that the students have all the

12  information, such as you're going to need to report out,

13  pick a person to report for your group.  That needed to

14  be clearer.

15             Off task, when attempting to control . . .

16  When students close an activity or when he closes an

17  activity for the day, then you should revisit the

18  standard, what was it you were trying to teach the

19  students, and then you want them to tell you that in

20  that -- in the reporting out you would expect to hear

21  the students got what they were supposed to learn, and

22  there was no connection there.  And I recommended that

23  he try to have closure match up with the performance

24  indicators.  I suggested heterogenous groupings was a



1   great idea.  I'm glad that he tried to group students

2   because that's a good way to learn, but that it would

3   have been more effective if he put highs with lows or

4   one behavior problem in a group or something like that,

5   some way that you differentiate based on some individual

6   need.

7           This lesson was not brought to closure.

8   And, again, higher order thinking questions was

9   encouraged.  He had two in the lesson and I was

10  suggesting that he put more, which is similar to what I

11  had said in the other one.

12      Q.   Is that it?

13      A.   I think so.

14      Q.   Okay.  Did he do anything good?

15      A.   Yes.

16      Q.   Okay.  Can you tell me that?

17      A.   He varied the activities.  He had some whole

18  group discussion.  He did review what he had done the

19  day before.  You want to mix it up a little bit.  Kids

20  can't sit there for 45 minutes and listen, so he did

21  have them try group activities.  To have them present

22  out to the class was a good idea.  It just wasn't

23  executed in a good way.  It could have been improved.

24  Having students work together in groups of four was a

1    good idea so that they could talk through and more

2    people can share in that way, so those were compliments.

3              Let's see.  The activities that he had were

4    good.  The discussion that he had about news articles or

5    magazine articles and how they tried to get you to buy

6    cigarettes, that was a good lesson to have so the kids

7    can understand the influences.

8              I didn't feel that he really made that

9    point and that was a suggestion in here, in that there

10   was a discussion early on in this lesson, what could you

11   buy with the money that you saved from cigarettes.  If

12   you didn't buy cigarettes, how much money would you save

13   in a year and what could you buy, and then it dropped

14   and it was sort of -- would have been a lot better if

15   you then came to the conclusion as a group or

16   individuals came to the conclusion then we shouldn't

17   smoke, then we're wasting our money, but that was a

18   piece that just -- it just fell because it didn't get

19   concluded.

20        Q.    Okay.  Are you done?

21        A.    Yes.

22        Q.    Okay.  Would you view this as an acceptable

23   observation?

24        A.    Not particularly.



```
1        Q.    Unacceptable?

2        A.    Unacceptable.  Lots of way to improve, and after

3    two years I wouldn't expect to see the same -- these

4    kinds of problems.

5        Q.    Had he had an unacceptable observation prior to

6    this?

7        A.    Just what we read, there were recommendations in

8    there, in the first one that I did.

9        Q.    But those were acceptable?

10       A.    They were relatively acceptable.  The first one

11   was with a team teacher.  The team teacher was Miss

12   Freebery was keeping classroom control as he was

13   teaching.  She was adding in pieces that he forgot

14   during that team teaching time.  This time he was on his

15   own for the first time.

16       Q.    Well, he was on his own with Mr. Bartoli,

17   correct?

18       A.    In the gym.  In the gym.  A different set.

19       Q.    Okay.  And when Miss Freebery would get observed

20   when they were team teaching she would have the benefit

21   of Mr. Wilcoxon's presence, too, as well, correct?

22       A.    I suppose.  I can't say I observed her with

23   that.  I don't remember that.

24       Q.    Did you observe Miss Freebery during this school
```



1      A.    Yes.

2      Q.    -- just as much as you always had?

3      A.    Yes.

4      Q.    Okay.  We're going to mark another one.

5            (Basara Deposition Exhibit Basara-15 was

6      marked for identification.)

7      Q.    Can you tell me what this is?

8      A.    Performance appraisal for the end of the year.

9      Q.    For the end of the school year 2003-2004?

10     A.    Correct.

11     Q.    And is that your signature on the last page?

12     A.    Yes.

13     Q.    Okay.  Just briefly can you identify the areas

14     where Mr. Wilcoxon received effective -- the categories

15     that Mr. Wilcoxon was rated effective?

16     A.    That was organization and management, barely but

17     effective, instructional strategies, student-teacher

18     interactions, and evaluations of student performances.

19     Q.    And what categories was he graded as

20     unsatisfactory?

21     A.    Instructional planning and related

22     responsibilities.

23     Q.    Okay.

24     A.    What goes into this is the observations, letters

1    teacher you would expect to get some kind of help and

2    that was a lot of help.  He took those plans and used

3    them as his own for two years and didn't change much

4    other than a little thing here or there.

5        Q.   Is it relevant that they were in Mr. Rumford's

6    handwriting or just that they were Mr. Rumford's plans?

7        A.   It is relevant.  You would expect a teacher is

8    going to write their own lesson plans.

9        Q.   Okay.  So if he had just copied Mr. Rumford's in

10   his own handwriting?

11       A.   That wouldn't make it any better technically.

12   Technically he should be doing his own lesson plans.  He

13   should be spending time thinking about what lesson needs

14   to be learned, what is the objective, and how am I going

15   to reach that and what can I use and take a look at the

16   lessons -- the materials that were there and decide if

17   he wanted to use them or not.

18       Q.   So was the issue that they were ineffective

19   plans or that he didn't do them himself?

20       A.   The issue was that he was using someone else's

21   plans for two years and didn't take the time to improve

22   the plans in any way really.

23       Q.   Okay.  This is the last issue I am going to hit.

24   Was Mr. Wilcoxon disciplined for a theft of money from



1   back to you to give his explanation?

2       A.    Yes.

3       Q.    I am just going to ask you, I am not going to

4   have you respond to all of the things, but on the first

5   page he in the third paragraph in the narrative section

6   talks about C.J. laying across two desks in the

7   multi-purpose room.  I don't think you covered that when

8   you were being asked questions about that earlier?

9       A.    No.

10      Q.    What was going on with that?

11      A.    C.J. was a big boy.  The desks were -- you sat

12  at a chair and then you could flip the desk up and over

13  and C.J. had himself stretched out over the desk and the

14  other desk next to him.  He wasn't putting his feet up.

15  He wasn't laying down that way but he had himself

16  stretched out across two desks.

17      Q.    And you observed that in the observation?

18      A.    Yes.

19      Q.    And then he said makes comments about you

20  allegedly exaggerating the noise level, and the

21  whistling issue?

22      A.    Uh-huh.

23      Q.    Now, during the course of this whistling that

24  was going on, did you ever hear him say a student name,



1   Johnny, stop whistling?

2       A.    No, he did not.

3       Q.    He didn't identify anybody?

4       A.    No.  No.  And I didn't even see him look

5   directly at a person.  He was looking at a whole

6   section.

7       Q.    Okay.  And then let's go over to the second

8   page.  On the second full paragraph he's responding to

9   your comments that the students were playing cat and

10  mouse game?

11      A.    Uh-huh.

12      Q.    In here he now identifies two students by name

13  apparently?

14      A.    Uh-huh.

15      Q.    Did he ever do that in the --

16      A.    No, he did not.

17      Q.    -- in the classroom?

18      A.    No.

19      Q.    He makes a response to your comments about the

20  students picking their own groups?

21      A.    Uh-huh.

22      Q.    What did he say about that?

23      A.    He said this was the first time that he ever did

24  that.  And that normally he does put them in groups.



1      Q.    So he was saying --

2      A.    That would have been heterogenously grouped a

3   high and a low, but this happened to be the first time

4   because a student wanted to do it, so he let him do it.

5      Q.    So this just happened to be a coincidence?

6      A.    Yes, first time, just happened to be that I was

7   observing.

8      Q.    He makes a comment about he says finally.  Can

9   you read that?

10     A.    Finally, Mrs. Basara states that the class was

11  not brought to closure.  I did not bring the activity to

12  closure because we were not finished.  Closure was done

13  the following day after all groups presented their

14  information and was tied back into the State standard.

15     Q.    Now, is it appropriate for a teacher not to

16  bring closure to a lesson because they're going to

17  continue on the following days with lessons on the same

18  subject?

19     A.    No.  Each day you bring closure to what you have

20  done each day, and if several students have presented,

21  then at that point you would draw some conclusions and

22  then say what we would be doing tomorrow.  So closure is

23  finish what we did today, wrap it up, bring it back to

24  the standard, bring it back to the performance



1    indicator, and then say and tomorrow we will and you

2    talk about what you'll do tomorrow to give them a little

3    taste of the lesson for the next day.

4        Q.   Don't some of these units like tobacco and

5    alcohol --

6        A.   Yes, they would take weeks.

7        Q.   -- let me finish.  Don't some of these lessons

8    take a long time to present to the students?

9        A.   Yes.

10       Q.   All right.

11       A.   Could be a week, could be two weeks in some

12   cases.

13       Q.   So you wouldn't just wait until you were done

14   the unit to all of a sudden bring closure to the whole

15   unit?

16       A.   Correct.

17              MR. WILLOUGHBY:  Okay.  That's all I have.

18              MR. WILSON:  Okay.

19              MR. WILLOUGHBY:  All right.  We will read

20   and sign.

21              (Discussion held off the record.)

22              (Whereupon the Deposition concluded at

23   approximately 12:15 p.m.)

24

1

1          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF DELAWARE
2
RICHARD WILCOXON                 :   CIVIL ACTION
3                 Plaintiff       :
                                  :
4          -v-                    :
                                  :
5   RED CLAY CONSOLIDATED         :
    SCHOOL DISTRICT BOARD OF      :   NO. 05-524-SLR
6   EDUCATION, and JANAY          :
    FREEBERY                      :
7                 Defendants      :

8              Deposition of FRANK RUMFORD, taken before
Elaine Gallagher Parrish, Registered Professional
9   Reporter, at 1509 Gilpin Avenue, Wilmington, Delaware on
May 25, 2006, commencing approximately at 1:15 p.m.

10

11  APPEARANCES:

12          TIMOTHY J. WILSON, ESQ.
            Margolis Edelstein
13            1509 Gilpin Avenue
              Wilmington, Delaware 19806
14            for the Plaintiff,

15          BARRY M. WILLOUGHBY, ESQ.
            Young Conaway Stargatt & Taylor, LLP
16            P.O. Box 391
              The Brandyine Building
17            1000 West Street, 17th Floor
              Wilmington, Delaware 19801
18            for the Defendants.

19  ALSO PRESENT:

20          DEBORAH COLES, Paralegal
            RICHARD WILCOXON
21          JANAY FREEBERY
            DIANE DUNMON

22

23             WILCOX & FETZER
    1330 King Street -  Wilmington, Delaware 19801
24             (302)655-0477



**WILCOX & FETZER LTD.**
Registered Professional Reporters



1     A.    No.

2     Q.    Miss Basara?

3     A.    No.  At the meetings with Mr. Willoughby, yes.

4     Q.    And that's all, no other conversations besides

5  that?

6     A.    Right.

7     Q.    Okay.  Did Mr. Wilcoxon and Miss Freebery team

8  teach during the 2002-2003 school year?

9     A.    That's correct.

10    Q.    Okay.  And did they teach phys ed and health?

11    A.    That's correct.

12    Q.    And you team taught for a period of time with

13  Miss Freebery, correct?

14    A.    That's correct.

15    Q.    And when was that?

16    A.    '96 to 2002, approximately six years, I think.

17    Q.    Okay.  So did Mr. Wilcoxon take over team

18  teaching with her right after you stopped team teaching?

19    A.    When I became student advisor.

20    Q.    When you team taught did you become friends with

21  Miss Freebery?

22    A.    Correct.

23    Q.    Were you friends outside of work?

24    A.    No.



1    Q.    That being a mother was making being a teacher

2    more difficult?

3    A.    Did she say that exactly?  No.

4    Q.    Did she infer that?

5    A.    She did not infer that.

6    Q.    Did she say anything similar to that?

7    A.    Not that I'm aware of.

8    Q.    Okay.  Are you aware of any problems that Miss

9    Freebery was having with her professional life during

10   the 2003-2004 school year?

11   A.    I am not.  During -- you're saying during the

12   whole school year?

13   Q.    Yes.

14   A.    With her professional life.

15   Q.    Yes.

16   A.    Yes.

17   Q.    Okay.  What was that?

18   A.    At one point in time she shared with me that

19   Mr. Wilcoxon was making inappropriate comments.  That

20   was in December, I believe.

21   Q.    Anything else?

22   A.    That's it.

23   Q.    Was it early December, late December?

24   A.    Mid December.

1    Q.    Was it at about the time that the journal --

2   that you found the journal?

3    A.    Prior.

4    Q.    How much prior?

5    A.    I don't recall.

6    Q.    Did she tell you what he said?

7    A.    No.  If I can correct that, I don't recall that

8   she did.

9    Q.    Okay.  Did she tell you how many inappropriate

10  comments he made?

11   A.    She did not.

12   Q.    Did you ask her what he said?

13   A.    No, I did not.

14   Q.    Where were you when she made these comments?

15   A.    Front lobby of Skyline Middle School, trophy

16  case area in front of the office, outside the office.

17   Q.    You're absolutely certain this happened before

18  the journal --

19   A.    Correct.

20   Q.    -- came to light?

21   A.    Absolutely certain.

22   Q.    During that school year was Miss Freebery

23  disciplined for any reason?

24   A.    During the school year?  I believe she received

1      A.    I'm aware.

2      Q.    And you actually found this journal, correct?

3      A.    I did.

4      Q.    And where did you find it?

5      A.    On top of the desk in the phys ed teacher's

6   office.

7      Q.    Can you tell me how this all came about, how you

8   came to find the journal?

9      A.    On, I want to say, December 15th Mr. Wilcoxon

10  had called in sick.  I was made aware of it late in the

11  morning when classes were about to begin.  I don't know

12  who made me aware of it, but immediately went to the

13  emergency -- with the substitute to the emergency plans

14  in the main office.  Opened the drawer, pulled out

15  lesson plans that said PE, in fact they had my name on

16  it, I believe.  I opened them up and they were out of

17  date.  The bell schedule wasn't even correct.  There

18  were -- the class lists weren't correct.  I searched

19  through the rest of it thinking I had the wrong one.

20  Couldn't find it.

21           Took the substitute down to the PE

22  teacher's office, opened the door, went in looking for

23  plan book.  Plan book was not on top of the desk.  There

24  was a notepad similar to the one you have in front of



1    you laying upside down on the top of the desk.  I took
2    that and I told the substitute here, this will get you
3    started and have students sign in.  He took that, went
4    upstairs to cover the class that was coming in.
5        Q.    Okay.  When you gave him the notebook did you
6    read what was in the notebook?
7        A.    I did not.
8        Q.    Okay. How would the notebook get him started?
9        A.    It's a blank pad for students to sign in on.
10   That would tell us who's in the class.  It would not
11   tell us who's not in the class.  So this teacher was
12   blind in the students that belonged in the class.  Only
13   the students that showed up would have signed it.
14       Q.    Couldn't you have printed a class list from your
15   computer, couldn't you have taken roll that way?
16       A.    I could have but in time we -- we had to get
17   that class going.  A professional teacher would have had
18   appropriate plans for the substitute in case of a
19   last-minute callout.
20       Q.    So why didn't you print the class list?
21       A.    Because I -- that wasn't my responsibility to do
22   that.  I tried to get that -- I went above and beyond
23   trying to find grade book and bell schedule which
24   weren't available.  At that point in time, here, just



1  BY MR. WILSON:

2     Q.   Did he ever tell you that he thought this was

3  Miss Freebery's way of getting back at him for keeping

4  the journal?

5     A.   Not that I recall.

6     Q.   At one of these meetings did Mr. Wilcoxon state

7  that Miss Freebery brought up the topic of sex with him?

8     A.   Can you ask that again?

9     Q.   At any of these meetings did Mr. Wilcoxon ever

10 say that Miss Freebery brought up the topic of sex to

11 him?

12    A.   He did.

13    Q.   And do you recall what he said that she had

14 said?

15    A.   I don't recall what he said she said, but he

16 used the term she opened the door as though there was a

17 conversation regarding sex or comments and that because

18 she had made those comments it was now okay for him to

19 say what he said.

20    Q.   Okay.  Now, I believe you testified that in one

21 of these meetings Miss Basara said to Mr. Wilcoxon if

22 you made these comments you're not to make them any

23 more, correct?

24    A.   Correct.



```
1       Q.   And was a similar direction given to Miss

2    Freebery when Mr. Wilcoxon accused her of making

3    comments?

4       A.   I don't think he accused her and said she made

5    comments other than the open the door.

6       Q.   Okay.  So that --

7       A.   So --

8       Q.   Go ahead and finish.

9       A.   Go ahead.

10      Q.   So when he said the opened the door comment that

11   wasn't explored any further?

12      A.   I don't recall.  I don't -- that was his defense

13   to what she had said.

14      Q.   Okay.  On January 22nd, 2004, there was another

15   meeting with Mr. Wilcoxon?

16      A.   Excuse me.  What was the date again?

17      Q.   January 22nd, 2004.

18      A.   Okay.

19      Q.   Do you recall that meeting?

20      A.   I do not.  Not the date.

21      Q.   Do you recall a meeting where Mr. Wilcoxon was

22   given three disciplinary letters?

23      A.   I do.

24      Q.   I'll represent to you that the record reflects
```

1      A.    I do.

2      Q.    You also talked about having a discussion with

3   her, I think you said at a trophy case?

4      A.    Lobby area.

5      Q.    And that was prior to December 15th?

6      A.    Yes.

7      Q.    Can you give us a little more detail on what

8   Miss Freebery said to you about the comments

9   Mr. Wilcoxon was making and what you said back?

10     A.    Miss Freebery said that Mr. Wilcoxon was making

11  inappropriate comments to her and my response to her was

12  you need to tell him to stop.

13     Q.    Okay.  And that was prior to December 15th?

14     A.    That's correct.

15     Q.    Did you ever overhear any comments by

16  Mr. Wilcoxon regarding Miss Freebery being pregnant?

17     A.    I do not.

18     Q.    When at the meeting on December 17th there was a

19  conversation that was a dispute resolution-type

20  conversation and during that meeting did Miss Freebery

21  discuss inappropriate remarks that Mr. Wilcoxon made?

22     A.    She did.

23     Q.    Do you recall the pregnancy issue coming up

24  during that conversation?



**WILCOX & FETZER LTD.**
Registered Professional Reporters

A295

1      A.    It did.

2      Q.    There was testimony earlier about Mr. Wilcoxon

3  making a comment to Miss Basara and to others about Miss

4  Freebery being the closest thing to a wife and bitch

5  that he had.  Do you recall that being discussed at any

6  point?

7      A.    I do.

8      Q.    When those remarks were made what did

9  Mr. Wilcoxon say?

10     A.    I believe he denied them.

11     Q.    Did he make any remarks about you said opening

12  the door at one point?

13     A.    He did say that.

14          MR. WILSON:  Objection.  Asked and

15  answered.

16  BY MR. WILLOUGHBY:

17     Q.    Right.  Can you take us through what he said

18  when those remarks were made and what else he said?

19     A.    When the initial comments were made by Miss

20  Freebery in that meeting Mr. Wilcoxon replied to Miss

21  Freebery that, and Miss Basara and myself, that she had

22  opened the door with comments made by him to her -- by

23  her to him.

24     Q.    And did he refer to anything in particular?



A296

FRANK RUMFORD                                              54

1      A.    He did not.

2      Q.    Did he say anything else about what his intent

3   was with respect to the comments he had made?

4      A.    Intent, no.

5      Q.    Did he say anything about joking, things like

6   that?

7      A.    He did say I was just kidding, yes.

8      Q.    And you listened to the tape of that meeting,

9   correct?

10      A.    I did listen.

11      Q.    Okay.  And was that part of the conversation on

12   the tape?

13      A.    The inappropriate comments?

14      Q.    His response when Miss Freebery mentioned

15   inappropriate comments?

16      A.    I did not hear it.

17      Q.    Did he turn the tape off at that point?

18      A.    He did.

19      Q.    Did you listen to any other tapes of

20   conversations that Mr. Wilcoxon secretly made other than

21   that one day?

22      A.    I believe I did.

23      Q.    Okay.  What others did you listen to?

24      A.    I believe it was the day before.



A297

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RICHARD WILCOXON            : CIVIL ACTION
          Plaintiff        :
                           :
     -v-                   :
                           :
RED CLAY CONSOLIDATED      :
SCHOOL DISTRICT BOARD OF   : NO. 05-524-SLR
EDUCATION, and JANAY       :
FREEBERY                   :
          Defendants       :

          Deposition of JANAY FREEBERY, taken before
Elaine Gallagher Parrish, Registered Professional
Reporter, at 1509 Gilpin Avenue, Wilmington, Delaware on
May 25, 2006, commencing approximately at 2:40 p.m.

APPEARANCES:

          TIMOTHY J. WILSON, ESQ.
          Margolis Edelstein
            1509 Gilpin Avenue
            Wilmington, Delaware 19806
            for the Plaintiff,

          BARRY M. WILLOUGHBY, ESQ.
          Young Conaway Stargatt & Taylor, LLP
            P.O. Box 391
            The Brandyine Building
            1000 West Street, 17th Floor
            Wilmington, Delaware 19801
            for the Defendants.

ALSO PRESENT:

          DEBORAH COLES, Paralegal
          RICHARD WILCOXON
          DIANE DUNMON



WILCOX & FETZER LTD.
Registered Professional Reporters



A298

1      Q.    Did you go to college?

2      A.    Yes.

3      Q.    Where did you go?

4      A.    University of Delaware.

5      Q.    Graduate?

6      A.    Yes.

7      Q.    What year?

8      A.    1995.

9      Q.    And what is your degree in?

10     A.    Bachelor's of Science, physical education and

11     health teacher.

12     Q.    Did you graduate with honors?

13     A.    Yes.

14     Q.    What were the honors?

15     A.    I had distinguished honors my first year and

16     then graduated with a grade point average that allows

17     you to be considered honors and I was also awarded the

18     Woman of Promise Award for that year.

19     Q.    What does the Woman of Promise signify?

20     A.    It is an award that the university acknowledges

21     a woman who they believe is going to make something of

22     herself and do something good some day for others,

23     excuse me.

24     Q.    Have you done any graduate work?

1    A.   Yes.

2    Q.   Do you have any degrees?

3    A.   Yes.

4    Q.   And from where?

5    A.   Wilmington College.

6    Q.   What degree?

7    A.   A master's of education with a concentration in

8  reading to be a reading specialist.

9    Q.   What year did you get that?

10   A.   2004.

11   Q.   Are you currently employed by Red Clay?

12   A.   Yes.

13   Q.   And in what capacity?

14   A.   Physical education, health teacher.

15   Q.   Is that the same title you had in 2002-2003

16  school year?

17   A.   Yes.

18   Q.   And the 2003-2004 school year?

19   A.   Yes.

20   Q.   How long have you worked for Red Clay?

21   A.   Since 1995.

22   Q.   Did you meet with Mr. Willoughby to prepare for

23  today's deposition?

24   A.   Yes.



WILCOX & FETZER LTD.
Registered Professional Reporters

A300

1    Q.   Okay.  But anybody that has any knowledge of the

2    case?

3    A.   No.

4    Q.   And prior to the 2002-2003 school year there has

5    been testimony that you were out of work that year or

6    part of that year to give birth?

7    A.   Yes.

8    Q.   Okay.  Was there any tension between you and

9    Mr. Wilcoxon during the 2002-2003 school year?

10   A.   Tension meaning negative tension?  The tension

11   -- the only tension that was there in the beginning when

12   I first returned and met him was that I basically had to

13   take the lead, mentor him, guide him.  I had to

14   basically carry the load as far as lesson plans, units

15   were concerned, ideas, handouts, books.

16   Q.   Did you resent Mr. Wilcoxon for this?

17   A.   No, because I know -- I was informed that he and

18   the substitute were having a tough time getting class

19   together, discipline management, things like that.

20   Q.   By the substitute, you mean the person that

21   filled in for you the prior year?

22   A.   Yes.

23   Q.   And who was that?

24   A.   Jill Orensky, O-r-e-n-s-k-y.  I don't know her.



1    Q.   Do you know where she's at now?

2    A.   Absolutely no idea.

3    Q.   During that first year back were you having any

4  personal problems in the 2002-2003 school year?

5    A.   The only ones were in relation to my husband.

6    Q.   And you were going through a divorce?

7    A.   Yes.

8    Q.   Did that cause you any emotional distress?

9    A.   I guess so, yeah.

10   Q.   Were you during that time period were you ever

11  medicated for depression?

12   A.   No.

13   Q.   Did you ever have difficulty sleeping?

14   A.   No.   Other than when a newborn baby would wake

15  me up.

16   Q.   When was your baby born?

17   A.   April 4th, 2002.

18   Q.   And it was a daughter, correct?

19   A.   Uh-huh.

20   Q.   Was that a problem with your daughter, waking

21  you up at night?

22   A.   No.   Just normal newborn baby things.   She still

23  does it.

24   Q.   Okay.   Did the breakup of your marriage and the

WILCOX & FETZER LTD.
Registered Professional Reporters

A302

JANAY FREEBERY                            11

1    Q.   So did you resent this that in the second year

2  that he hadn't stepped up and, in your perspective to

3  start pulling his own weight?

4    A.   I -- I wouldn't say resented because I'm not

5  that kind of person.  I was disappointed and lost a lot

6  of confidence in him as a partner because of what I knew

7  in the past.  He was very different and just I felt that

8  I was carrying a lot of the weight, but I had taught it

9  and I had done things and I had experienced I guess a

10  lot more situations, so I just would handle them and

11  move on.  I was asked when I returned or mentioned that

12  they were struggling and they couldn't wait for me to

13  come back, and Mr. Wilcoxon even himself mentioned that

14  things were much better once I was there due to

15  classroom management and disciplinary procedures.

16    Q.   Did you, in a sense, feel as though you were

17  Mr. Wilcoxon's supervisor?

18    A.   Never.

19    Q.   But you did feel as though you were a mentor to

20  him?

21    A.   I was asked to help him develop better

22  disciplinary procedures and classroom management and

23  lessons and I think as a team partner you just do that

24  with each other.



WILCOX & FETZER LTD.
Registered Professional Reporters

A303

JANAY FREEBERY                    12

1     Q.   Did you ever give instruction to Mr. Wilcoxon as
2  to what he needed to do?
3     A.   I would have -- I would ask him if he had
4  anything to contribute to the planning of a new lesson
5  or a new topic, subject topic such as drugs, alcohol.
6  He would say no.  I would show him all the handouts for
7  the entire unit that I had developed over the years, and
8  he would say those are just fine, and I would say okay,
9  I'm going to take care and copy this for this day, can
10  you please copy these for this day.  That was mainly I
11  guess the only kind of direction I -- or instruction I
12  would give to him other than I'd have to ask him to help
13  me with -- if you're not going to contribute to the
14  planning of the lessons can you at least contribute to
15  running the copies.
16     Q.   Did you feel that since you were contributing
17  more in terms of planning the lessons that he should
18  contribute more in terms of teaching the lessons and,
19  you know, interacting with the students in the class?
20     A.   Never.  Because I did most of the teaching
21  because when he did do it, just as anyone else would
22  experience when you're teaching someone else's lesson,
23  you leave things out because you didn't develop it
24  yourself.  So when he would be instructing I was always



WILCOX & FETZER LTD.
Registered Professional Reporters

A304

1    having to interject and make sure that the students got

2    the information that they would then be responsible for

3    or make sure that they had understanding because a lot

4    of times they didn't.

5        Q.   Did you continue to have personal issues during

6    the 2003-2004 school years regarding the breakup of your

7    marriage and your daughter?

8        A.   I don't believe so because the divorce was final

9    on February 6th of that year.

10       Q.   Of 2003?

11       A.   Yes.

12       Q.   Or 2004?

13       A.   2000 -- she was born in April of '02, so -- '03.

14       Q.   All right.  During -- from here on out I am

15   going to be talking about 2003-2004 unless I indicate

16   otherwise, okay?

17       A.   Okay.

18       Q.   During that year were you disciplined at all?

19       A.   No.

20       Q.   Were you given any verbal warnings?

21       A.   Yes.

22       Q.   And what was that for?

23       A.   That was only during the situation that the log

24   was found and Mrs. Basara said that if there was



1    Q.   You just referred to Miss Basara as Janet, is

2  she a friend of yours?

3    A.   A work friend.

4    Q.   What's your definition of a work friend?

5    A.   Someone that you have a positive relationship or

6  a cooperative relationship or you work with.

7    Q.   Do you ever see her outside of work?

8    A.   No.

9    Q.   Okay.  Can you explain - you're aware of the

10  journal we have been talking about all day - can you

11  explain to me how you came into possession of that

12  journal?

13    A.   On December 15th, 2003 Mr. Wilcoxon called out

14  sick.  There were no lesson plans available.  I didn't

15  have anything from him, didn't know he was going to be

16  out.  Therefore the sub was very confused to what to do.

17  Apparently the sub discussed it with Mr. Rumford.  I

18  don't know how it ended up coming about, but Mr. Rumford

19  gave the legal pad to the substitute.  I don't know what

20  their conversation was prior to that because I wasn't

21  there.  The substitute just was very, very upset, did

22  not know what to do, couldn't -- didn't even know what

23  to do when he was told just to take the attendance.  So

24  I said to him, don't worry about it, I will handle this,

JANAY FREEBERY                                    23

1    and I just brought the two classes together and very

2    quickly came up with -- altered my entire lesson and

3    schedule for the day that I planned to be able to teach

4    my kids, and covered for him.

5              I took the legal pad from the sub and said

6    don't worry, I'm going to show you how to do this and

7    then I will take attendance for my kids for the rest of

8    the day, you can take attendance for his like this or

9    with whatever they give you later, and I just took the

10   pad, he handed it to me, I just took it.  I went like

11   this to flip it up to go to write the date on it and

12   right then and there I saw log on Janay and I just stood

13   there and, you know, I'm in the middle of 60, 70 kids, a

14   substitute, who has no idea of what he's to do to teach

15   all day long, and I just stood there and I was in

16   complete and utter shock.  And I said to myself, you got

17   to get yourself together.  You don't even know what's

18   going on with this.  So I just said to the substitute,

19   okay, I'm going to give you another piece of paper,

20   we're going to take attendance on something completely

21   different.  Let's just put this aside.  I don't even

22   know what else I did.  I was so upset.

23             I went and taught the class, two classes.

24   In between I called Mr. Rumford and said I don't know



A307

JANAY FREEBERY                                    24

1   what's going on but I have some log here that's on me,

2   and it's absolutely blowing my mind, and I said, you

3   know, I'm having to cover for his classes. I'm having

4   to teach my class. This poor substitute doesn't know

5   what to do, and all of a sudden I'm put on the spot and

6   I was upset. And he said come up after this class and

7   we'll talk with you. I said okay. So I kept the log.

8   I didn't do anything to it. At that time I could have

9   done whatever I wanted to that log, but I knew that

10  something was wrong and I thought to myself why would

11  someone ever do this to me? I have been here for ten

12  years, never had one negative conflict, one negative

13  conversation. I have never had an incident with any

14  teacher in this building, ever. And I was shocked. I

15  was completely shocked and very upset, confused.

16              I left the log laying there for the entire

17  two classes and then I walked it into Janet's office.

18      Q.   Do you recall who the sub was?

19      A.   I do not.

20      Q.   You heard testimony earlier today about a

21  comment that supposedly you made about Mr. Wilcoxon

22  being difficult to work with?

23      A.   Yes.

24      Q.   Did you ever make that comment?



1      A.   No.

2      Q.   Did you ever say anything to that effect about

3   working with Mr. Wilcoxon, anything similar to him being

4   difficult to work with?

5      A.   The only time I mentioned something was briefly

6   to Frank that it was -- it was getting tougher and

7   tougher for me to handle the covering, the constant

8   load, and the inappropriate comments were getting out of

9   hand.

10     Q.   And what were the inappropriate comments?

11     A.   What were they?

12     Q.   Yes.

13     A.   There were a lot.  Do you want me to go through

14   and just tell you a ton of them?

15     Q.   Sure.

16              MR. WILLOUGHBY:  Tell him the ones you can

17   remember.

18              THE WITNESS:  He would come in during our

19   planning period and pull a chair out.  I had two chairs:

20   One at my desk, one off to the left side of my desk.  He

21   would pull that chair right up next to me, whatever I

22   was doing on my computer, lesson plans, adjustments,

23   changes, telephone calls, he would just come and sit

24   right down in the girls locker room and I would



JANAY FREEBERY                                          26

1   sometimes look at him like, what do you need, and he

2   would just say, nothing, just go ahead do what you're

3   doing.  I said, do you want to plan something?  Do you

4   want to get something together for another lesson?  Do

5   you have a problem with something?  Do you want to talk

6   about something?  No.  And I would say okay.  Well,

7   what's -- what's up then?

8           And he would just say something, you know,

9   very rude and disrespectful such as, so, what's the deal

10  with you and Bruce, have you had sex with him yet?

11          And I would say, where -- where would you

12  come up with this?

13          Well, how long have you been dating him

14  now?  Isn't it about time you have had sex with him.

15          And I would say, this is none of your

16  business.  This is not your concern.

17          Oh, come on, I'm just kidding.  Come on,

18  you can tell me.  Come on.  I'm going through a divorce.

19  I'm not getting any.  I'd love to hear from somebody who

20  might be.  Come on, are you still dating John, too?

21          I would say, that's none of your business.

22          Come on, that would be great.  You don't

23  know anyone other than your husband and wouldn't that be

24  great to date two guys at once?  Anybody would love

1  that.

2                    What are you and Bruce doing this weekend?

3                    I don't know.

4                    He would say, come on, you don't know what

5  you're going to do?  And he would say, I sure know what

6  he's going to do.  And I would say, Rich, that's enough.

7  You're making me a little sick here.  I just went

8  through a divorce.  I have a newborn baby.  I have trust

9  issues.  I did share with him some of the different

10  things I was dealing with with my ex-husband.  He knew I

11  had trust issues.  He knew I was going to possibly have

12  relationship issues, and he pushed it.  I would walk by

13  him in the gym one time, "Sure do look good in those

14  pants" in front of students.

15  BY MR. WILSON:

16      Q.   When did that happen?

17      A.   I would say fall of 2003.  Possibly November,

18  October, November.  Students were -- students were

19  there.  Students would comment, you know, Miss Freebery,

20  I think he's stalking you.  I think he's staring at you

21  again.  We think Mr. Wilcoxon likes you, Miss Freebery.

22  I would say to them, that's completely ridiculous.

23  We're team teaching partners.  That's the only reason we

24  spend the time we have to together.  Enough.  And I



1   would shut it down very quickly.

2           When I did stop team teaching with him I

3   did have two students actually say oh, good, you finally

4   gave him the boot, it's about time, Miss Freebery.  I

5   thought to myself you have got to be kidding me, even

6   the kids picked up on some of the inappropriateness,

7   even though I -- it was completely avoided during class.

8           He said to me, I must have gone -- I would

9   have to run through the gym to go to the bathroom.  I

10  have a weak stomach.  I mean, I do.  So sometimes my

11  stomach would be bothering me.  I would wave to him.  He

12  knew I was running out to go to the bathroom.  He said

13  to me later that day, so what's the deal, should I be

14  congratulating you?

15          I said, what do you mean?

16          He said, you must be pregnant.  You're

17  complaining you're tired, you're complaining you're

18  nauseous, you're running out to go to the bathroom a

19  lot.  Nothing else other than you must be pregnant.

20          I said, please, I have a weak stomach, my

21  stomach is upset, or I drank a lot of water.  I said,

22  don't even go there, please, and I would walk away.

23          He then said, next time I see Bruce I'm

24  going to have to congratulation Bruce because I'm going



WILCOX & FETZER LTD.
Registered Professional Reporters

1   to tell him congratulations for being a daddy again.

2            I said Rich, please don't do something like

3   that.  That is highly embarrassing.  Bruce doesn't need

4   that.  I don't need that.  I just told you that is not

5   the case.  That is the last thing that could possibly go

6   on in my life right now.  I don't need it.

7            He waited and waited and waited for the

8   next time Bruce came back to drop by on planning period

9   my coffee.  Of course he made his way right over to

10  Bruce who was outside the doors of the outside, like the

11  exterior doors of the gym, and he said to Bruce, so

12  congratulations, daddy, I hear you're going to be a

13  daddy again.  And Bruce looked at him and said what are

14  you talking about?  I said, Rich, I can't even believe,

15  I have asked you not to go there and do things like

16  that.  You know that's inappropriate.  And Bruce is

17  like, dude, you're being ridiculous.  We were both

18  embarrassed.  Bruce and I were both embarrassed.  He's

19  thinking why would this guy possibly say this.  Why.

20           He then proceeded the third time to make me

21  completely uncomfortable with that same comment in the

22  main office in Frank's presence and Cindy's presence,

23  Cindy Falgowski, F-a-l-g-o-w-s-k-i, and Frank Rumford's,

24  I was talking to Frank and Cindy during our planning



1    period discussing - I don't know whether it was an

2    afterschool event because Cindy would help me

3    periodically whenever she could, her and a couple other

4    teachers, with intramurals.  I probably was checking --

5    I don't know what I was checking, but the three of us

6    were standing in the main office at the front counter

7    with parents, teachers, students, and other faculty

8    members such as the secretaries, and he said, so, have

9    you congratulated Janay?  And Cindy goes, oh, on what?

10   He goes you didn't hear?  She's pregnant.  And Cindy is,

11   like, what are you talking about?  And I looked at him,

12   I said, Rich, I have asked you to stop.  It's not funny

13   any more.  He didn't even know what we were talking

14   about.  He just came right in and interrupted the entire

15   conversation and said did you congratulate her yet.

16            He would ask me on a normal basis down the

17   locker room, so, when are you going to have sex with

18   Bruce?  How long would you like to be having sex or how

19   long do you have sex with Bruce?

20            He would say other inappropriate comments

21   such as in the faculty meeting, I was holding the staff

22   Christmas party at my house, and he had been drawn --

23   his name to win a poinsettia.  As he was walking out he

24   says well, I don't need this poinsettia.  He says you



1    can take it and put it at your house for the party.  I

2    said thank you.  He turned around and said, why not,

3    you're the closest thing I have to a wife and a bitch.

4        Q.    Where did this happen?

5        A.    Right after a faculty meeting in the library.

6        Q.    Okay.  I'm sorry.  I didn't mean to interrupt

7    you.

8        A.    We were -- the faculty meeting was over.  We

9    were all leaving.  As we were walking out of the library

10   that's when it happened.

11       Q.    Okay.

12       A.    And I was so embarrassed.  Other comments,

13   constant comments about playing two men, fooling around

14   with two men, all the time I would say to him please,

15   please stop asking me.

16              Oh, come on.  Cut me a break.  You know,

17   I'm just kidding with you.

18              That was it.  I mean there is a lot of

19   examples.

20       Q.    When did the comments start?

21       A.    They started towards the end of the first year

22   that we were working together.  I figured -- I figured

23   he was just somebody -- another guy that just made

24   inappropriate comments or said inappropriate things



WILCOX & FETZER LTD.
Registered Professional Reporters

A315

JANAY FREEBERY                                    32

1    because of being immature.  I just kind of shrugged it

2    off, figured sooner or later he'll smarten up and just

3    leave me alone about it.  He's not going to keep asking

4    me questions because I'm constantly telling him to leave

5    me alone.

6        Q.    And is it your testimony that it continued into

7    the next year?

8        A.    Yes.

9        Q.    Why is it that you didn't come forward with a

10   complaint earlier than you did?

11       A.    Because at the end of the first year I just

12   assumed, like I said, that over the summer he'll start

13   realizing, you know, okay, I need to get some lessons

14   together, I need to get some information, I'll start

15   researching over the summer for some stuff to contribute

16   to lessons, and I assumed he would figure, okay, I'm not

17   going to bother her, it's not going anywhere, so I'm not

18   going to bother with her any more as far as questioning

19   and saying things to her, and I just assumed that he

20   would just grow up and not do it any more, not ask any

21   more.

22       Q.    But he didn't?

23       A.    Unh-unh.

24       Q.    So the next year when this continued why didn't



A316

JANAY FREEBERY                                    33

1    you make a complaint?

2        A.   I once again thought I could handle this myself

3    by telling him and shutting it down.  There was a -- I

4    was embarrassed.  I mean, I don't know -- it's

5    embarrassing to sit here and say some somebody would ask

6    you how long did it take you to have sex or you know

7    what he wants to do to you.  Come on, you're an

8    attractive woman, you could get any guy you want, he

9    would say to me, things like that.  It was embarrassing.

10   I didn't feel -- I don't know.  I didn't feel that I

11   needed to talk about it because it was embarrassing.  I

12   didn't see myself going in and sitting Mr. Rumford or

13   Mrs. Basara down and saying Rich is asking me how long

14   it takes me to have sex with my boyfriend.  It just was

15   a weird situation.  I didn't know what to do.

16              I was embarrassed and also I just -- there

17   was so much going on that year, with Nick our, Nick

18   Manolakas, our principal, being diagnosed with a very

19   aggressive cancer, then quickly changing gears, putting

20   Janet as principal, moving Frank, there was a lot of

21   movement.  I'm the last person to try to create a

22   problem.  You know, I'm the kind you just deal with it

23   yourself, you try to fix it yourself.  If it gets too

24   bad that's when you inconvenience someone else.  I just



WILCOX & FETZER LTD.
Registered Professional Reporters

A317

1    didn't feel that I wanted to cause any more rough waters

2    for the office staff.  They were going through enough

3    transition and turmoil at the time.

4        Q.    So what was it to make you finally decide to

5    make the complaint?

6        A.    Well, I didn't -- I just -- in the winter, early

7    winter, I mentioned something to Frank Rumford just

8    because it had gotten to the point where I think I was

9    just utterly disgusted by it and I looked at Skyline as

10    my normal safe place.  I came to work every day and I

11    loved it.  I loved what I did.  I loved the students.  I

12    enjoyed the staff.  I loved what I did.  That was my

13    safe place.  That was my routine.  You had a schedule.

14    Whereas at home I was still learning.  I was learning

15    how to become a single mom.  Didn't know, wasn't

16    prepared for that.  So Skyline was my joy to come to

17    because that was the normal place.

18                I was starting to feel uncomfortable there.

19    I was starting to feel embarrassed and very nervous all

20    the time.  When he would come in that locker room door

21    would open and I would just feel myself, oh, my God,

22    what is he going to say today?  What's he going to do

23    today?  It was a weird feeling to the point where

24    sometimes I actually went into my bathroom which is in



1   the office, I would close my door to the office, go into

2   the bathroom and just stand there with the light

3   completely off, and sometimes he would just stand

4   outside of my locker room office door and wait to see

5   whether I was going to come in or out or whether I

6   wasn't even in there yet and that he was just waiting.

7   There were many times when I would come walking into my

8   locker room and there was Rich standing in the girl's

9   locker room outside of my door.  And I knew something

10  was wrong.

11          So I said something to Frank Rumford that

12  I'm having some problems.  He's being a little

13  inappropriate to me and I don't know what to do.  And

14  Frank said what you need to do is stop it now.  And that

15  was it.  So I got a little more firmer with my don't ask

16  me questions like that.  Don't say things like that.

17  Somebody could overhear you.  Somebody might take that

18  as a rumor and spread it around that I'm pregnant.

19  Somebody might take it as a rumor that, you know, I'm

20  the closest thing you have to a wife and a bitch.  And

21  it was embarrassing and I just -- I don't know.  I

22  mentioned it to him.  Other people heard comments that

23  he made to me that were completely inappropriate and had

24  said something to him at that time, too.



JANAY FREEBERY                                    36

1    Q.   Who?

2    A.   At that the wife and the bitch comment Sean

3    Farilla was right there and had said I can't --

4    something along the lines of I can't believe you said

5    that.  That's completely inappropriate to her.  And I

6    just kind of was like. . .  You know, in other words,

7    you people have no clue.  You have no clue.

8    Q.   Did anybody else hear it?

9    A.   Oh, I'm sure.  I mean there was a whole entire

10   staff leaving a faculty meeting when he heard it.  I'm

11   pretty sure Rebecca Perse heard it.  There could have

12   been ten, seven -- seven to ten other people right

13   there.

14   Q.   You mentioned something to Frank Rumford you

15   said in early winter?

16            MR. WILLOUGHBY:  I don't think she said

17   early winter but . . .

18            THE WITNESS:  I think, no.  I think I said

19   -- I don't know what I said.  I mentioned something to

20   Frank -- no, it was definitely in the fall of '03 that I

21   mentioned something to Frank.  It was either in November

22   or -- it was -- I think it was in November of '03, maybe

23   early December, late November, but it was right around

24   that time, because it was prior to the whole wife and

JANAY FREEBERY

37

1    bitch comment.  It was prior to that.

2    BY MR. WILSON:

3      Q.    Okay.

4      A.    And it was right around the same time as the

5    pregnancy comment was made in front of people.  That was

6    the time that it happened so . . .

7      Q.    But Mr. Rumford didn't do anything about it?

8      A.    He told me that I needed - I guess because I

9    didn't give him specifics because I was too embarrassed

10   - I don't think he really knew or understood the

11   magnitude of it.  He just said you need to tell him stop

12   right now.

13     Q.    Okay.  So what made you decide to bring it to

14   Janet Basara's attention and to have something done?

15            MR. WILLOUGHBY:  I object.  There is no

16   foundation for that question.

17   BY MR. WILSON:

18     Q.    You can answer the question.

19            MR. WILLOUGHBY:  You can answer the

20   question.  Why don't you repeat the question?

21            (Record read.)

22            MR. WILLOUGHBY:  I object to the form of

23   the question.

24            THE WITNESS:  Can you say it again?  Can

A321

1    you -- am I missing something?  I guess I don't --

2         MR. WILLOUGHBY:  He wants to know how it

3    came about that you disclosed --

4         MR. WILSON:  I'll ask her.

5    BY MR. WILSON:

6    Q.   Obviously this became an issue, okay.

7    A.   Yes.

8    Q.   How did it become an issue?

9    A.   The only time that I discussed it formally with

10   Mrs. Basara was when she called the meeting on the

11   December 15th, the day the log was found.

12   Q.   Okay.  Why did you decide to share it with

13   Mrs. Basara that day?

14   A.   Because at that time at the meeting it was just

15   her, myself and Mr. Rumford, and she said to me, you

16   know, I was very upset at the time and she said to me

17   what -- obviously something is wrong here.  She said,

18   you know, you -- something is not right with this team

19   teaching relationship.  What are all the issues?  What

20   is going on?  What are the problems here?  Because there

21   is something not right for someone else -- for you to be

22   this upset, someone else to be keeping a log.  There is

23   something going on with your partnership.  What is going

24   on?  And the purpose of her meeting was to basically

1    find out what's going on here.

2                   So I told her.  I said what was going on.

3    I said I am, you know, I'm carrying the weight, you know

4    you guys are relying on me to help a new teacher become

5    a better disciplinarian and a better classroom manager,

6    a better lesson planner, a better teacher, you put that

7    on me, and I then decided that that's what I would do.

8    So I did not want to disrupt the office staff, her, Mr.

9    Rumford, anyone else.  I just did what I needed to do.

10   I said to her, you know, it was getting very difficult.

11   The entire time he's never presented a lesson.  He's

12   never presented an idea.  He's never given me a handout.

13   He's never shown me an old lesson from another building

14   or another school or an example.  He's never come up

15   with anything.  You know, I'm dealing with that every

16   single day.

17                   I told her that I was embarrassed about

18   some other things.  I was feeling uncomfortable with the

19   inappropriate comments that he was making and that's

20   when she said what are you talking about?  What's

21   happening?  What else is going on?  And that's when I

22   mentioned them.

23        Q.    Okay.  Did Mr. Wilcoxon deny making the

24   comments?



1   my school computer, saying that he's sorry that I found

2   the book, it must have been very upsetting to me.  It

3   must have been, but you have to understand that when I

4   heard that you were complaining I was difficult to work

5   with I needed to cover my own ass in case you went to

6   administration.  I never intended to show it to anybody.

7   And he said -- he never told me he was sorry, though,

8   never, because I kept waiting.  And I'm the kind of

9   person that if somebody did, if he approached me, even

10  if it was just the two of us, and if he approached me

11  and said to me, I am sorry, I did this, I lied about

12  stuff to make you look bad because I was afraid of what

13  you had on me, can we please reconcile this and move on?

14  I'm going to carry my weight now.  I was taking

15  advantage of you all the time.  You did carry me.  You

16  did teach me.  You did help me.  I'm going to contribute

17  now, and I will never ask you a personal, sexual,

18  inappropriate comments again; I think it would have

19  ended right then and there and we would not be sitting

20  here right now because I would have accepted the apology

21  and I would have taught with him again.

22              But I was waiting, every day, waiting for

23  him to say he was sorry.  Because he admitted in that

24  meeting on December 17th that he exaggerated times, he



WILCOX & FETZER LTD.
Registered Professional Reporters

1   lied about certain things, and some of his exact wording

2   because I misconstrued my words.  I was angry.  Janay, I

3   was angry.  As soon as I heard these accusations that

4   you had brought up against me, I was angry.  He did

5   admit that he was saying inappropriate things such as

6   the pregnancy comments.  He admitted those.  He admitted

7   things in that meeting and now he's saying that he

8   didn't, and he did, and they were on that tape because

9   right when he cut it off that's when I was giving

10  examples.  And he did, and he said to me right then and

11  there, you just don't get my personality, a lot of

12  people don't get my personality.  I was only joking with

13  you.  I was only kidding with you.  And I said but you

14  hurt me and you made me feel uncomfortable a lot.

15      Q.   You just said that if he had apologized we

16  wouldn't be sitting here?

17      A.   Meaning that I wouldn't be -- none of this

18  defamation stuff or whatever is going on would be

19  happening because it would have ended right then and

20  there on December 17th in that meeting with the four of

21  us.

22      Q.   Do you think he would have been terminated at

23  the end of the year?

24      A.   I have no idea.  I had no idea of the other



A325

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD WILCOXON, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-524 (SLR) |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| RED CLAY CONSOLIDATED | ) | |
| SCHOOL DISTRICT BOARD OF | ) | |
| EDUCATION, and JANAY FREEBERY, | ) | |
| | ) | |
| Defendants. | ) | |

## VERIFICATION OF SEAN M. FURILLA

Pursuant to 28 U.S.C.§ 1746, I, Sean M. Furilla, hereby submit the following declaration under penalty of perjury:

1.    I am the Band Director for Skyline Middle School and have worked with Janay Freebery for six years  I have always known her as a truthful, conscientious employee who is dedicated to her students.  I am also acquainted with Mr. Richard Wilcoxon. He was the male Physical Education/Health teacher at Skyline during the 2002-2003 and 2003-2004 school years.

2.    I personally heard Mr. Wilcoxon make an inappropriate comment of a sexual nature to Ms. Freebery.  This occurred at the faculty meeting in December of 2003 during the Christmas holiday season.  The meeting took place in the Library.  At the end of the meeting Mr. Wilcoxon received a poinsettia.

4.    I was seated at a table with Ms. Freebery.  Mr. Wilcoxon walked over to the table where I was seated.  Referring to Ms. Freebery, he stated that he was giving her the poinsettia because she is "the closest thing to a wife and bitch that I have." I personally heard this remark. It was said directly to me and Ms. Freebery.

061778 1003

DB01:2126315 1

A326

5.    Ms. Freebery seemed to be in a state of shock after Mr. Wilcoxon's statement. I made a direct comment to Mr. Wilcoxon and told him that what he said was completely inappropriate. Mr. Wilcoxon then left the library.

I, Sean M. Furilla, declare under penalty of perjury that the foregoing is true and correct.

Sean M. Furilla

Dated: 6/26/06

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RICHARD WILCOXON,                     )
                                      )
            Plaintiff,                )
                                      )        C.A. No. 05-524 (SLR)
      v.                              )
                                      )        JURY TRIAL DEMANDED
RED CLAY CONSOLIDATED                 )
SCHOOL DISTRICT BOARD OF              )
EDUCATION, and JANAY FREEBERY,        )
                                      )
            Defendants.               )

## VERIFICATION OF CYNTHIA A. FALGOWSKI

Pursuant to 28 U.S.C.§ 1746, I, Cynthia A. Falgowski, hereby submit the following declaration under penalty of perjury:

1.    I am employed as an Educational Diagnostician for Red Clay School District. I work at the Skyline Middle School and am personally acquainted with Ms. Janay Freebery and Mr. Richard Wilcoxon.

2.    Ms. Freebery was the Girls' Physical Education/Health Teacher at Skyline when I arrived at Skyline through and including the 2003-2004 school year. She was on maternity leave for the Fall semester of the 2002-2003 school year and returned to work early in the second semester, around January of 2003. Ms. Freebery has always been an outstanding teacher. She is known to be honest, cooperative with her co-workers and dedicated to the students.

3.    During the 2002-2003 and 2003-2004 school years, Mr. Wilcoxon was the Boys' Physical Education/Health Teacher. My contact with Mr. Wilcoxon was limited, but I was not impressed with his initiative during those years. As set forth below, although I had limited contact with him, I received at least one complaint from a parent who observed Mr. Wilcoxon teaching during the 2002-2003 school year before Ms. Freebery returned from maternity leave.

061778 1003

A328

4.    I personally heard Mr. Wilcoxon make two inappropriate remarks of a sexual nature to Ms. Freebery.

5.    First, I was present and personally heard Mr. Wilcoxon state, seemingly out of the blue, "Did you know that Janay was pregnant?" Ms. Freebery was extremely embarrassed and asked Mr. Wilcoxon not to repeat the comment.

6.    I asked Mr. Wilcoxon why he would say something like that. He responded that he made the statement because Janay was "always tired and nauseated" and listed other pregnancy symptoms. I told Mr. Wilcoxon that it did not mean she was pregnant. I thought the remark was extremely inappropriate and embarrassing. I also thought the statement could be potentially damaging to Ms. Freebery's reputation, since she is a single parent.

7.    Second, at a faculty meeting in December of 2003, I was present when Mr. Wilcoxon received a poinsettia. I personally heard Mr. Wilcoxon make another inappropriate remark of a sexual nature later that day.

8.    Mr. Wilcoxon and I were leaving the building and he was carrying the poinsettia he received at the faculty meeting to his car. I commented to him something to the effect that, "Rich, you got a poinsettia."

9.    Mr. Wilcoxon responded by saying directly to me that, "yes, I'm giving it to Janay because she's the closest thing I have to a wife and a bitch."

10    I was shocked and embarrassed by Mr. Wilcoxon's statement. It was completely inappropriate.

11.    In addition to the inappropriate comments I heard as set forth above, I also have personal knowledge in my role as Educational Diagnostician for Skyline Middle School of at least one parent complaint concerning Mr. Wilcoxon's performance as a teacher.

2

061778 1003

DB02:5368861 1

A329

12.    A special education student's mother, E- H-, made a complaint to me concerning Mr. Wilcoxon. One of the services that E- H- needed involved his health class. I invited her to sit in on one of the classes taught by Mr. Wilcoxon. Ms. Freebery was on maternity leave at the time.

13.    E-H-'s mother reported to me after sitting in on the class that it was very mismanaged and out of control. She said that if things didn't change she was going to go to the District. I reported this to Janet Basara, who at the time was Assistant Principal. This occurred in the 2002-2003 school year before Ms. Freebery's returned from maternity leave.


I, Cynthia A. Falgowski, declare under penalty of perjury that the foregoing is true and correct.


Cynthia A. Falgowski

Dated: 7/11/06

3

DB02:5368861 1                                                              061778 1003

A330