Richard Wilcoxon

49

1   Q.   But you thought that was worthy of an entry?
2   A.   School policy was always to sign out. I always
3   signed out when I left.
4   Q.   So the concern then you had was that she didn't
5   sign out?
6   A.   And that she was late returning, yes.
7   Q.   So now how do you know she didn't sign out?
8   A.   There is a sign-in book in the office.
9   Q.   Did you go check it?
10  A.   I probably did. Or maybe I left during a
11  planning period and signed out myself and came back.
12  Q.   Do you remember?
13  A.   I do not remember.
14  Q.   So you are speculating as to how you know?
15  A.   It would be one of those two ways, yes.
16  Q.   So you went to look at the sign-out book in the
17  office?
18  A.   Yes.
19  Q.   All right. What is the next entry below that?
20  A.   "Left class at 1:15 to call in after-busses, did
21  not return until 1:32."
22  Q.   What was wrong with that?
23  A.   Missing the middle of class. Her calling the bus
24  is an extra duty, with extra pay, I felt should not be