IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD WILCOXON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 05-524-SLR ) |
| RED CLAY CONSOLIDATED SCHOOL DISTRICT and JANAY FREEBERY, | ) ) ) |
| Defendants. | ) ) |

**O R D E R**

At Wilmington this 25th day of July, 2006, having reviewed the parties stipulation to extend the briefing schedule for their summary judgment motions and having informed the parties that such extension will cause the current trial date in this action to be removed from the court's calendar[1];

IT IS ORDERED that said stipulation (D.I. 47) is granted as follows:

1. Summary judgment motions and accompanying opening briefs shall be filed on or before **July 12, 2006**.

2. Answering briefs shall be filed on or before **August 2, 2006**.

3. Reply briefs shall be filed on or before **August 9, 2006**.

```
                         /s/ Sue L. Robinson
                         United States District Judge
```

---

[1] The trial date will not be rescheduled until the pending dispositive motions are resolved by the court.