IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD T. WILCOXON, <br><br> Plaintiff, <br><br> v. <br><br> RED CLAY CONSOLIDATED SCHOOL DISTRICT BOARD OF EDUCATION and JANAY FREEBERY, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 05-00524 - SLR <br> ) <br> ) TRIAL BY JURY DEMANDED <br> ) <br> ) <br> ) <br> ) |

### CERTIFICATE OF SERVICE

I, Timothy J. Wilson, the undersigned Counsel for Plaintiff in the above-captioned case, hereby certify, that two (2) true and correct copies of *Plaintiff's First Supplemental Answers to Defendant's First Request for Production of Documents* were sent on July 28, 2006 via U.S. Mail, postage prepaid, to the following:

Barry M. Willoughby, Esq.
Michael P. Stafford, Esq.
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

MARGOLIS EDELSTEIN

/s/ Timothy J. Wilson
Timothy J. Wilson, Esquire (DE #4323)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
(302) 777-4682 facsimile
twilson@margolisedelstein.com
Attorney for Plaintiff