IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD WILCOXON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No.05-524 (SLR) |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| RED CLAY CONSOLIDATED ) | |
| SCHOOL DISTRICT BOARD OF ) | |
| EDUCATION, and JANAY FREEBERY, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I, Timothy J. Wilson, Esq., hereby certify that on August 9, 2006, I electronically filed a true and correct copy of the foregoing *Plaintiff's Reply Brief in Support of Plaintiff's Motion for Partial Summary Judgment* with the Clerk of the Court using CM/ECF, which will send notification of such to the following counsel of record, and further that I caused a copy of same to be delivered to the following counsel of record:

Barry M. Willoughby, Esq.
Michael P. Stafford, Esq.
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

MARGOLIS EDELSTEIN

_____
Timothy J. Wilson, Esq. (No. 4323)
1509 Gilpin Ave.
Wilmington, DE 19806
(302) 777-4680 – Telephone
(302) 777-4682 – Facsimile
twilson@margolisedelstein.com – Email
*Attorney for Plaintiff*

iii