# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BARRY M. WILLOUGHBY
DIRECT DIAL: (302) 571-6666
DIRECT FAX: (302) 576-3345
bwilloughby@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

August 28, 2006

VIA E-FILE CM/ECF
The Honorable Sue L. Robinson
United States District Court
844 North King Street
Lock Box 31
Wilmington, DE 19801

        Re:   Wilcoxon v. Red Clay Consolidated School District, et al.
               Civil Action No. 05-524

Dear Judge Robinson:

      I am writing to inform the Court that the parties have reached an amicable resolution of the above matter as a result of their mediation with Judge Thynge. They are currently in the process of memorializing their agreement and expect to file a Stipulation of Dismissal shortly.

                                           Respectfully,

                                           */s/ Barry M. Willoughby*
                                           Barry M. Willoughby
                                           (I.D. #1016)

BMW:mmcm
cc:    The Honorable Mary Pat Thynge
       Clerk, U.S. District Court
       Timothy Wilson, Esquire

DB02:5487893.1                                                                           061778.1003