IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RICHARD WILCOXON, )
          Plaintiff, )
          v. ) C.A. No. 05-524 (SLR)
RED CLAY CONSOLIDATED ) JURY TRIAL DEMANDED
SCHOOL DISTRICT BOARD OF )
EDUCATION, and JANAY FREEBERY, )
          Defendants. )

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and among the parties, that the above-captioned action is hereby dismissed, with prejudice. Each party shall bear its own costs and attorneys fees.

MARGOLIS EDELSTEIN

_/s/ Jeffrey K. Martin_
Jeffrey K. Martin, Esquire (ID #2407)
Timothy J. Wilson, Esquire (ID #4323)
1509 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 777-4680
Facsimile: (302) 777-4682
Email: twilson@margolisedelstein.com
Attorney for Plaintiff

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/_
Barry M. Willoughby, Esquire (ID# 1016)
Michael P. Stafford, Esquire (ID# 4461)
The Brandywine Building
1000 West Street, P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6666; 6553
Facsimile: (302) 576-3345
Email: bwilloughby@ycst.com; mstafford@ycst.com
Attorneys for Defendants

SO ORDERED this _____ day of _____, 2006.

_____
The Honorable Sue L. Robinson, Chief Judge