IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD WILCOXON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 05-524 (SLR) |
| | ) |
| v. | ) JURY TRIAL DEMANDED |
| | ) |
| RED CLAY CONSOLIDATED | ) |
| SCHOOL DISTRICT BOARD OF | ) |
| EDUCATION, and JANAY FREEBERY, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and among the parties, that the above-captioned action is hereby dismissed, with prejudice. Each party shall bear its own costs and attorneys fees.

MARGOLIS EDELSTEIN

/s/ Timothy J. Wilson
_____
Timothy J. Wilson, Esquire (ID #4323)
1509 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 777-4680
Facsimile: (302) 777-4682
Email: twilson@margolisedelstein.com
Attorney for Plaintiff

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/
_____
Barry M. Willoughby, Esquire (ID# 1016)
Michael P. Stafford, Esquire (ID# 4461)
The Brandywine Building
1000 West Street, P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6666; 6553
Facsimile: (302) 576-3345
Email: bwilloughby@ycst.com; mstafford@ycst.com
Attorneys for Defendants

SO ORDERED this _____ day of _____, 2006.

_____
The Honorable Sue L. Robinson, Chief Judge